**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| ALMOG MEIR JAN,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PEOPLE MEDIA PROJECT, a Washington Non-Profit Corporation, d/b/a PALESTINE CHRONICLE; RAMZY BAROUD; JOHN HARVEY; and DOES 1 through 10,<br><br>　　　　　　　　　　　　Defendants. | NO.  3:24-cv-05553-TLF<br><br>**NOTICE OF ASSOCIATION OF COUNSEL**<br><br>*[Clerk's Action Required]* |

**TO:** 　　**Clerk of the Court;**
**AND TO:** 　**All Parties and Their Attorneys.**

　　YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that Blair M. Russ of Tomlinson Bomsztyk Russ hereby associates with Aric S. Bomsztyk of Tomlinson Bomsztyk Russ as associated counsel of record of this case.

　　Notwithstanding this Notice of Association of Counsel, all pleadings shall be served on all parties.

　　DATED this 17th day of July 2024.

　　　　　　　　　　　　　　　　　　TOMLINSON BOMSZTYK RUSS

　　　　　　　　　　　　　　　　　　By: _[signature]_
　　　　　　　　　　　　　　　　　　Blair M. Russ, WSBA #40374
　　　　　　　　　　　　　　　　　　Aric S. Bomsztyk, WSBA #38020
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　Email:  bmr@tbr-law.com
　　　　　　　　　　　　　　　　　　　　　　　asb@tbr-law.com

NOTICE OF ASSOCIATION OF COUNSEL - 1

TOMLINSON
BOMSZTYK
RUSS

1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871  F/ 206.621.9907