UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALMOG MEIR JAN,<br><br>                      Plaintiff(s),<br>Vs.<br><br>PEOPLE MEDIA PROJECT d/b/a PALESTINE CHRONICLE; et al.,<br><br>                      Defendant(s). | NO. 3:24-cv-05553-TLF<br><br>DECLARATION OF SERVICE OF: SUMMONS IN A CIVIL ACTION; COMPLAINT; ORDER; CIVIL COVER SHEET. |

STATE OF WASHINGTON
COUNTY OF KING

    That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

    That at 12:40 P.M. on July 17th, 2024, at 23524 3rd Place West, Bothell, Washington, I duly served the above-described documents in the above-described matter upon Ramzy Baroud, by then and there personally delivering a true and correct copy thereof by leaving the same with Suzanne Baroud, wife and resident of suitable age and discretion and co-resident, who confirmed that they both reside here.

    I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

| | |
|---|---|
| Process Fee: 12.00<br>Prep: 10.00<br>Travel: 90.00<br>Bad Address:<br>SSA:<br>Wait:<br>Special Fee: 70.00<br>Declaration Fee: 12.00<br><br>TOTAL $194.00 | Signed at Seattle, Washington, on Jul, 19 2024<br><br>*[signature]*<br>GLEN A. JOHNSON    SNOHOMISH CO. # 2021-39 |