**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| ALMOG MEIR JAN,<br><br>                            Plaintiff,<br><br>v.<br><br>PEOPLE MEDIA PROJECT, a Washington Non-Profit Corporation, d/b/a PALESTINE CHRONICLE; RAMZY BAROUD; JOHN HARVEY; and DOES 1 through 10,<br><br>                            Defendants. | NO.  3:24-cv-05553-TLF<br><br>**PRAECIPE RE: DKT. 18, APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE** |

Plaintiff respectfully requests the Clerk of the Court substitute the attached Application for Leave to Appear Pro Hac Vice for Mark Goldfeder, which was filed under Dkt. 18, which is identical in all respects to the original Application, but with the revised Street Address to reflect 666 Harless Place, West Hempstead, NY 11552. The filing hereto is intended to supplant the Application originally filed at Dkt. 18, and is not intended to be an amendment to the same. Said replacement Application is attached hereto as ***Exhibit 1***.

DATED this 13th day of August 2024.

TOMLINSON BOMSZTYK RUSS

By: _____
Aric S. Bomsztyk, WSBA #38020
Blair M. Russ, WSBA #40374
Attorneys for Plaintiff
Email:  asb@tbr-law.com
            bmr@tbr-law.com

PRAECIPE RE: DKT. 18 - 1

TOMLINSON
BOMSZTYK
RUSS

1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871   F/ 206.621.9907

# Exhibit 1



# United States District Court
# Western District of Washington

| Almog Meir Jan | Case Number: 3:24-cv-05553 |
|---|---|
| Plaintiff(s) | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| v. | |
| People Media Project d/b/a Palestine Chronicle et al | |
| Defendant(s) | |

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, **Mark Goldfeder** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Almog Meir Jan

The particular need for my appearance and participation is:

Representing Plaintiff in the above-captioned matter

I, **Mark Goldfeder** understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 4, 2024            Signature of Applicant: s/ Mark Goldfeder

**Pro Hac Vice Attorney**

Applicant's Name: Mark Goldfeder

Law Firm Name: NATIONAL JEWISH ADVOCACY CENTER, INC. THE INTERNATIONAL LEGAL FORUM

Street Address 1: 666 Harless Place

Address Line 2:

City: West Hempstead    State: NY    Zip: 11552

Phone Number w/ Area Code: 800-269-9895    Bar #: NY0273    State: New York

Primary E-mail Address: mark@jewishadvocacycenter.org

*(Primary E-Mail address must be for the Pro Hac attorney and not any subordinate or staff member)*

Secondary E-mail Address: goldfed@gmail.com

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant Mark Goldfeder is unable to be present upon any date assigned by the court.

Date: August 13, 2024    Signature of Local Counsel: s/ Aric S. Bomsztyk

Local Counsel's Name: Aric S. Bomsztyk

Law Firm Name: Tomlinson Bomsztyk Russ

Street Address 1: 1000 Second Avenue

Address Line 2: Suite 3660

City: Seattle    State: WA    Zip: 98104

Phone Number w/ Area Code: 206.621.1871    Bar #: 38020



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The PACER password combined with your login, serves as your signature under Federal Rule of Civil Procedure 11 and 5(d)(3)(C). Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Court staff will assess the risk and advise accordingly.

4. By signing this Registration Form, **you consent to receive notice electronically and waive your right to receive notice by personal service or first-class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons.** This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. After January 27,2020, a PACER login and password, will be required to electronically file. You can register for PACER access at their web site: www.pacer.gov.

6. By completion of this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

Date Signed 8/4/2024     Signature s/ Mark Goldfeder

*(Pro Hac Vice applicant name)*