**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| ALMOG MEIR JAN, SHLOMI ZIV, and ANDREY KOZLOV,<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLE MEDIA PROJECT, a Washington Non-Profit Corporation, d/b/a PALESTINE CHRONICLE; RAMZY BAROUD; JOHN HARVEY; and DOES 1 through 10,<br><br>Defendants. | NO. 3:24-cv-05553-TMC<br><br>**AGREED ORDER FOR EXTENSION OF TIME TO JOIN PARTIES AND AMEND PLEADINGS** |

THIS MATTER came before the Court upon the Parties' Stipulated Motion for Extension of Time to Join Parties and Amend Pleadings, filed on June 12, 2025. Having reviewed the Stipulated Motion, the accompanying briefs, and the arguments of counsel, the Court hereby GRANTS The Parties' Stipulated Motion, and it is hereby ORDERED that the deadline to join parties shall be extended to July 17, 2025, and the deadline to amend pleadings shall be extended to July 28, 2025.

Dated: June 13, 2025

_____
District Judge

//

//

//

MOTION FOR EXTENSION OF TIME TO JOIN PARTIES AND AMEND PLEADINGS - 1

TOMLINSON BOMSZTYK RUSS

1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871   F/ 206.621.9907

*Presented By:*

| Plaintiff's Trial Counsel | Defendants' Trial Counsel |
|---|---|

/s/*Aric S. Bomsztyk*
Aric S. Bomsztyk (WSBA #38020)
Blair M. Russ (WSBA #40374)
TOMLINSON BOMSZTYK RUSS
1000 Second Avenue, Suite 3660
Seattle, Washington 98104
Phone: (206) 621-1871
asb@tbr-law.com
bmr@tbr-law.com

Mark Goldfeder *(pro hac vice)*
NATIONAL JEWISH ADVOCACY CENTER, INC.
666 Harless Place
West Hempsted, New York 11552
Phone: (917) 301-8746
mark@jewishadvocacycenter.org

David Schoen *(pro hac vice)*
LAW OFFICES OF DAVID SCHOEN
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
Phone: (334) 395-6611
schoenlawfirm@gmail.com

Jason Torchinsky *(pro hac vice)*
Erielle Davidson *(pro hac vice)*
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC
2300 N Street, NW, Suite 643A
Washington, District of Columbia 20037
Phone: (202) 737-8808
jtorchinsky@holtzmanvogel.com
edavison@holtzmanvogel.com

Phillip Gordon *(pro hac vice)*
John Cycon *(pro hac vice)*
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC
15405 John Marshall Hwy
Haymarket, Virginia 20169
Phone: (540) 341-8808
pgordon@holtzmanvogel.com
jcycon@holtzmanvogel.com

/s/*Daniel Kovalik*
Ralph Hurvitz
P.O. Box 25642
Seattle, Washington 98165
Phone: (206) 223-1747
ralph@hurvitz.com

Daniel Kovalik
112 Washington Place, Suite 15K
Pittsburgh, Pennsylvania 12519
Phone: (412) 335-6442
dkovalik@outlook.com

MOTION FOR EXTENSION OF TIME TO JOIN PARTIES AND AMEND PLEADINGS - 2



TOMLINSON BOMSZTYK RUSS
1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871  F/ 206.621.9907