**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| ALMOG MEIR JAN, SHLOMI ZIV, and ANDREY KOZLOV,<br><br>                              Plaintiffs,<br>v.<br><br>PEOPLE MEDIA PROJECT, a Washington Non-Profit Corporation, d/b/a PALESTINE CHRONICLE; RAMZY BAROUD; JOHN HARVEY; and DOES 1 through 10,<br><br>                              Defendants. | NO. 3:24-cv-05553-TMC<br><br>**PLAINTIFFS' EXPERT WITNESS DISCLOSURE**<br><br>FRCP 26(a)(2) & Pursuant to Court's Modified Scheduling Order [Dkts. 31, 63] |

TO:       THE CLERK OF THE ABOVE-ENTITLED COURT; and

AND TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

      Plaintiffs Almog Meir Jan, Shlomi Ziv, and Andrey Kozlov, by the undersigned attorneys and in accordance with Federal Rule of Civil Procedure 26(a)(2) and the Court's Order for Extension of Discovery Deadlines [Dkt. 63], discloses and serves this Expert Witness Disclosure and states as follows:

    1.  Plaintiffs designate the following expert witnesses to testify on their behalf:

        a.  Dr. Rael D. Strous, M.D., M.H.A.;

        b.  Dr. Matthew Levitt, Ph.D.; and

        c.  Stephen A. Wilcox, CEO, Export Controls & Sanctions Advisors, LLC.

These individuals may be contacted through counsel for Plaintiffs.

PLAINTIFFS' EXPERT WITNESS DISCLOSURE - 1



TOMLINSON
BOMSZTYK
RUSS

1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871   F/ 206.621.9907

2. Dr. Rael Strous's Expert Report will be provided via a link to all counsel via email. Defendants' expert witness disclosure has not been served at the time of providing this disclosure. Dr. Strous may be required to rebut any such disclosures, and he will do so in a timely manner. With these provisos, Dr. Strous's Expert Report contains a complete statement of Dr. Strous's opinions formulated to date to be expressed at trial and the bases and reasons therefore; the data or other information considered by Dr. Strous in informing the opinion; any exhibits to be used as a summary of or support for the opinions; the qualifications of Dr. Strous, including a list of all publications authored by Dr. Strous within the preceding ten years; the compensation to be paid for the study and testimony; and the listing of any other cases in which Dr. Strous has testified as an expert at trial or by deposition within the preceding four years.

3. Dr. Matthew Levitt's Expert Report will be provided via a link to all counsel via email. Defendants' expert witness disclosure has not been served at the time of providing this disclosure. Dr. Levitt may be required to rebut any such disclosures, and he will do so in a timely manner. With these provisos, Dr. Levitt's Expert Report contains a complete statement of Dr. Levitt's opinions formulated to date to be expressed at trial and the bases and reasons therefore; the data or other information considered by Dr. Levitt in informing the opinion; any exhibits to be used as a summary of or support for the opinions; the qualifications of Dr. Levitt, including a list of all publications authored by Dr. Levitt within the preceding ten years; the compensation to be paid for the study and testimony; and the listing of any other cases in which Dr. Levitt has testified as an expert at trial or by deposition within the preceding four years.

4. Stephen Wilcox's Expert Report will be provided via a link to all counsel via email. Defendants' expert witness disclosure has not been served at the time of providing this disclosure. Mr. Wilcox may be required to rebut any such disclosures, and he will do so in a

PLAINTIFFS' EXPERT WITNESS DISCLOSURE - 2

TOMLINSON
BOMSZTYK
RUSS

1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871   F/ 206.621.9907

timely manner. With these provisos, Mr. Wilcox's Expert Report contains a complete statement of Mr. Wilcox's opinions formulated to date to be expressed at trial and the bases and reasons therefore; the data or other information considered by Mr. Wilcox in informing the opinion; any exhibits to be used as a summary of or support for the opinions; the qualifications of Mr. Wilcox, including a list of all publications authored by Mr. Wilcox within the preceding ten years; the compensation to be paid for the study and testimony; and the listing of any other cases in which Mr. Wilcox has testified as an expert at trial or by deposition within the preceding four years.

5. Plaintiffs make these expert disclosures based upon information reasonably known to or obtained by Plaintiffs as of the date below. Plaintiffs' investigation and discovery is ongoing and, accordingly, Plaintiffs reserve the right to modify, amend, add to, or otherwise supplement these disclosures as permitted by Federal Rule of Civil Procedure 26(e) and any applicable Court orders, either through express supplements to these disclosures or through responses to formal discovery, as additional information becomes available during the course of this lawsuit or in the event that one or more witnesses becomes unavailable and others must be substituted. Plaintiffs reserve the right to name any expert witness whose identity is not currently known but which may become known through the discovery process.

DATED this 15th day of October 2025.

Aric S. Bomsztyk, WSBA #38020
Blair M. Russ, WSBA #40374
1000 Second Avenue, Suite 3660
Seattle, WA 98104
Telephone: (206) 621-1871
Facsimile: (206) 621-9907
asb@tbr-law.com
bmr@tbr-law.com

PLAINTIFFS' EXPERT WITNESS DISCLOSURE - 3



TOMLINSON BOMSZTYK RUSS
1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871   F/ 206.621.9907

Mark Goldfeder (*pro hac vice*)
Erielle Azerrad (*pro hac vice*)
NATIONAL JEWISH ADVOCACY CENTER, INC.
THE INTERNATIONAL LEGAL FORUM
1718 General George Patton Drive
Brentwood, TN 37027
Phone: (800) 269-9895
mark@jewishadvocacycenter.org
eriellea@njaclaw.org

David Schoen (*pro hac vice*)
LAW OFFICES OF DAVID SCHOEN
2800 Zelda Road, Suite 100-6
Montgomery, AL 36106
Phone: (334) 395-6611
schoenlawfirm@gmail.com

Jason Torchinsky (*pro hac vice*)
Kellen Dwyer (*pro hac vice*)
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC
2300 N Street, NW, Suite 643A
Washington, DC 20037
Phone: (202) 737-8808
jtorchinsky@holtzmanvogel.com
kdwyer@holtzmanvogel.com

John Cycon (*pro hac vice*)
Daniel Bruce (*pro hac vice*)
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC
15405 John Marshall Hwy
Haymarket, VA 20169
Phone: (202) 737-8808
jcycon@holtzmanvogel.com
dbruce@holtzmanvogel.com

Dallin Holt (*pro hac vice*)
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC
2555 E Camelback Rd., Suite 700
Phoenix, AZ 85016
Phone: (615) 647-8528
dholt@holtzmanvogel.com

PLAINTIFFS' EXPERT WITNESS DISCLOSURE - 4