# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ALMOG MEIR JAN, SHLOMI ZIV, and ANDREY KOZLOV,<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLE MEDIA PROJECT, a Washington Non-Profit Corporation, d/b/a PALESTINE CHRONICLE; RAMZY BAROUD; JOHN HARVEY; and DOES 1 through 10,<br><br>Defendants. | NO. 3:24-cv-05553-TMC<br><br>**DECLARATION OF DANIEL BRUCE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Daniel Bruce, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney admitted to practice before the courts of the Commonwealth of Virginia as well as before this Court *pro hac vice*. I am over the age of 18. I make this declaration based on my own personal knowledge and am competent to testify to the matter state herein if called upon to do so. I have personal knowledge of all relevant facts herein. I am an associate with the firm Holtzman Vogel Baran Torchinsky & Josefiak PLLC and am counsel to Plaintiffs in this matter. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

2. Attached hereto as ***Exhibit A*** is a true and correct copy of the cited portions of the Transcript of the September 16, 2025, Deposition of Ramzy Baroud.

3. Attached hereto as ***Exhibit B*** is a true and correct copy of the Expert Report and Declaration of Dr. Matthew Levitt.

DECLARATION OF DANIEL BRUCE IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT - 1



TOMLINSON
BOMSZTYK
RUSS

1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871  F/ 206.621.9907

4. Attached hereto as **Exhibit C** is a true and correct copy of the cited portions of the Transcript of the November 13, 2025, Deposition of Romana Rubeo – Corporate Designee.

5. Attached hereto as **Exhibit D** is a true and correct copy of a screen shot of Abdallah Aljamal's June 6, 2023, Facebook post that was produced in discovery and bears the Bates label PCPL000268–269.

6. Attached hereto as **Exhibit E** is a true and correct copy of the Expert Report of Stephen A. Wilcox.

7. Attached hereto as **Exhibit F** is a true and correct copy of a January 22, 2019, article written by Ramzy Baroud and Abdallah Aljamal that was produced in discovery and bears the Bates label PCPL000392–398.

8. Attached hereto as **Exhibit G** is a true and correct copy of the Response of Defendant People Media Project d/b/a Palestine Chronicle to Plaintiffs' Second Interrogatories.

9. Attached hereto as **Exhibit H** is a true and correct copy of a portion of WhatsApp messages between Abdallah Aljamal and Defendants that Defendants produced in discovery.

10. Attached hereto as **Exhibit I** is a true and correct copy of the cited portions of the Transcript of the September 29, 2025, Deposition of Shlomi Ziv.

11. Attached hereto as **Exhibit J** is a true and correct copy of the cited portions of the Transcript of the October 1, 2025, Deposition of Andrey Kozlov.

12. Attached hereto as **Exhibit K** is a true and correct copy of the cited portions of the Transcript of the September 30, 2025, Deposition of Almog Meir Jan.

DECLARATION OF DANIEL BRUCE IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT - 2

TOMLINSON
BOMSZTYK
RUSS

1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871   F/ 206.621.9907

I declare the foregoing is true and correct subject to the penalty of perjury under the laws of the State of Washington and the United States of America.

Dated: December 22, 2025.

Signed at Haymarket, Virginia.

<u>/s/ Daniel Bruce</u>
Daniel Bruce
Counsel to Plaintiffs

DECLARATION OF DANIEL BRUCE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 3



TOMLINSON BOMSZTYK RUSS

1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871  F/ 206.621.9907