# EXHIBIT A



# Transcript of Ramzy Baroud

**Date:** September 16, 2025
**Case:** Meir Jan, et al. -v- People Media Project, et al.

**Planet Depos**
**Phone:** 888.433.3767 **| Email:** transcripts@planetdepos.com
**www.planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    7

1        A    Yes, we'll do so.

2        Q    Okay. Do you understand those procedures?

3        A    I do. Okay.

4        Q    Well, I'll just start with your life story

5   and background. Where were you born?

6        A    I was born in the Nuseirat refugee camp in

7   Gaza.

8        Q    And what citizenship did you have at the

9   time of your birth?

10       A    No citizenship. I was a Palestinian refugee

11  in Gaza, so we had IDs that were issued to us by the

12  Israeli military. The passports we had, we called them

13  Lasei Paseis, and it listed nationality as undefined.

14       Q    And when did you get your first passport?

15       A    I got my first passport in the U.S., I

16  believe in 1996, if my memory serves me right.

17       Q    And I'm sorry, what year were you born?

18       A    1972.

19       Q    Did you grow up in Gaza?

20       A    I did.

21       Q    And when did you leave?

22       A    I left Gaza in 1994.

23       Q    To go where?

24       A    To the United States.

25       Q    And why did you move to the United States? ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    10

1        A    I worked as a freelance writer. I started

2    the Palestine Chronicle soon after. I, what else did I

3    do?

4        Q    Well, maybe if we just back up just for a

5    second. How long were you a freelance writer from when

6    you got your master's before starting Palestine

7    Chronicle?

8        A    Well, I'm still a freelance writer. I mean,

9    that's kind of my main work because the Palestine

10   Chronicle doesn't pay much. So I'm still doing it

11   until now. The initial Palestine Chronicle was kind of

12   just a website. It did not have an official

13   designation per se. It was just a website until later

14   on when we developed it into a non-profile.

15       Q    And when you first started off as a

16   freelance writer, what subject matters generally were

17   you writing on?

18       A    From my B.A.?

19       Q    When you started off as a freelance writer,

20   were there any particular subjects that you were

21   focused your writing on?

22       A    Right. So I write about many issues. Always

23   Palestine for me is the main issue, considering my

24   background and my interests. But I also wrote about a

25   lot of issues pertaining to international relations, ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                12

1    And it was, yeah, it lasted for about 10 years.

2    Then, you know, then I moved to another newspaper and

3    a third. But I would say, depending on each year,

4    there is a different, you know, some newspapers pay

5    more than other newspapers and so forth. But it's

6    never consistent since the beginning of my career.

7        Q    Okay. Besides the freelance writing and the

8    Palestine Chronicle, do you have any other sources of

9    income?

10       A    Okay. So I also, because I mean, you can't

11   raise kids and put them in colleges with that kind of

12   money. So once in a while, I would go and do some work

13   for anywhere between six months to even two years for

14   other organizations. So, for example, I joined Al

15   Jazeera 2000, 2005, 2006, I believe, for about two

16   years. I ran a newspaper in Brunei.

17       Q    Sorry to interrupt before you go to the next

18   one. Al Jazeera, were you still based in Washington

19   State?

20       A    No, I was based in Doha.

21       Q    Okay. Okay, continue. After Al Jazeera, what

22   other?

23       A    I would come back to Seattle, do some work

24   for a while. As a freelancer, then I went to run a

25   newspaper in Doha. I'm sorry, in Brunei, called the ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    14

1    that sort of thing. So I've been to many countries,
2    but not living there, only for temporary things.
3        Q    When you travel to lecture or to report, who
4    pays for that travel?
5        A    Usually I pay for it myself. In fact, my
6    salary from the Palestine Chronicle usually goes for
7    just to help me out with travel expenses. Once in a
8    while, however, an organization would pay for tickets
9    or accommodations. I mean, the same way it would work
10   for any other person giving a talk. So quite often I
11   don't usually don't get paid for my appearances, but I
12   just get paid specifically for tickets and hotel.
13       Q    Did you at some point get a Ph.D.?
14       A    I did. I got a Ph.D. from the University of
15   Exeter in the UK. I believe I completed it in 2015.
16       Q    And what was the subject matter of your
17   Ph.D.?
18       A    t was about people's history with a focus on
19   Palestinian history.
20       Q    Okay. So would you say that you're an expert
21   in Palestinian studies?
22       A    I would like to think so, yeah.
23       Q    Does your expertise cover Palestinian
24   government and politics?
25       A    Yes.  ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    15

```
1          Q    All right. I guess I should ask, is there
2     any particular aspect of kind of Palestinian studies,
3     which you would say is your sort of main focus?
4          A    Well, it's people's history.
5          Q    What does that mean?
6          A    So people's history is essentially a type of
7     history that looks at events from a different point of
8     view. And instead of looking at it from an elitist
9     point of view, from those in power, it looks at it
10    from the viewpoint of ordinary people. So in order
11    for, for you to do so, you have to, you know,
12    interview a very large number of people regarding any
13    given subject, and then formulate your ideas of
14    history based on that collective view of history that
15    ordinary people have. It is very difficult type of
16    work, but at the end of the day, you offer something
17    different than, let's say, to ruling political parties
18    or factions or, you know, the kind of history that's
19    oriented around individuals.
20         Q    Would your expertise cover the Israeli-
21    Palestinian conflict?
22         A    Yes, for sure.
23         Q    Would your expertise cover the Palestinian
24    Authority?
25         A    Yes.  ?
```

Transcript of Ramzy Baroud
Conducted on September 16, 2025                16

```
1        Q     Would your expertise cover Hamas?

2        A     Yes.

3        Q     Would your expertise cover the Popular Front

4   for the Liberation of Palestine?

5        A     Absolutely.

6        Q     Would your expertise cover the Palestinian-

7   Islamic Jihad?

8        A     Yes.

9        Q     Okay. Do you also work for the Center for

10  Islam and Global Affairs?

11       A     It's a voluntary job. I basically have some

12  kind of an agreement or contract that would allow me

13  to, because, you know, as an academic, I have to have

14  a platform. So as a result, I basically have that

15  platform that would allow me to associate with them,

16  but I do not get paid. I have never gotten paid from

17  them.

18       Q     Okay. Do they cover your travel?

19       A     No.

20       Q     And could you just explain to me what the

21  Center for Islam and Global Affairs is?

22       A     Well, there is a university in Istanbul that

23  is called Sabahattin University or Istanbul Sabahattin

24  University, and they have several centers focusing on

25  various issues. CIGA, Center for Islam and Global ?
```

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    20

1    regarding this issue.

2        Q    And does the One Democratic State campaign

3    have a view on what would happen to the Jewish people

4    living in Israel under a one state solution?

5            MR. KOVALIK        Objection. Irrelevancy.

6    Go ahead.

7        A    Yeah, definitely it does. That's the whole

8    point of coexistence. It's, you know, the vision is

9    for all of us to exist as equal citizens in a single

10   state.

11       Q    Okay. So we started to talk about this, but

12   could you describe to me what the Palestine Chronicle

13   is?

14       A    The Palestine Chronicle is essentially my

15   views on people's history from an academic point of

16   view. I wanted to start a platform that allows

17   ordinary Palestinians to have a voice. Neither Fatah,

18   nor Hamas, nor any faction involved in the shaping of

19   the Palestinian narrative. For years, I tried to hone

20   down my ideas in such a way that it really opens up

21   the stage for everybody to be involved in the

22   conversation, including people that we might not even

23   agree with their viewpoint. So it's an independent

24   media organization that attempts to communicate a

25   Palestinian message to Americans, but also to the rest ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    21

1    of the world that makes accessible a Palestinian voice

2    that is non-factional, non-ideological, and non-

3    politicized.

4         Q    And are you the founder of the Palestine

5    Chronicle?

6         A    I am.

7         Q    Did you have any co-founders?

8         A    No.

9         Q    What year did you start it?

10        A    Well, the website itself was established in

11   1999, but the non-for-profit, it had a status of non-

12   for-profit, I want to say six, seven years ago.

13        Q    Where is Palestine Chronicle located?

14        A    We don't have a location. We don't have

15   offices. We're just basically working from our homes,

16   essentially. But it's registered in the state of, I

17   mean, in the city of Olympia in Washington.

18        Q    Okay. You generally work from your home on

19   Palestine Chronicle matters?

20        A    Yes.

21        Q    And where's your home located? What city?

22   You don't have to give the exact address.

23        A    In Bothell, Washington.

24        Q    Who else works for the Palestine Chronicle?

25        A    Who else works for the Palestine Chronicle? ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    22

1    Okay, so the Palestine Chronicle is largely voluntary.

2    So there are people who make contributions. People

3    will come and go, but they don't officially work. In

4    fact, we don't have official contracts, including

5    myself. I'm not an official worker for the Palestine

6    Chronicle. But the people who are permanently involved

7    in the Palestine Chronicle include our managing

8    editor, Romana Rubio, who is based in Italy. In the

9    last year and a half, they include Noor Taib, based in

10   South Africa. So these are like the three main

11   editors, but the rest are freelancers and

12   contributors.

13        Q    And did you mention John Harvy?

14        A    John Harvy is a volunteer, basically. I

15   mean, he never got paid from the Palestine Chronicle.

16   And he just deals with the occasional paperwork.

17        Q    What is his title?

18        A    I think he might be the secretary of the

19   board.

20        Q    Okay, and what is Romana's role?

21        A    She is the managing editor.

22        Q    What does that entail, generally?

23        A    Well, she deals with all content. And that

24   kind of frees me to just deal with the other things. I

25   do interviews. I get interviewed. I travel. I speak. ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    23

1    I write books. But all content that goes on the

2    website goes through Romana.

3         Q    It goes through Romana. It doesn't go

4    through you?

5         A    No, I am the guy who answers the questions.

6    How do we deal with this particular issue? Do we cover

7    the subject or not? But at this point, my role is more

8    like advisory role, again, because of the nature of my

9    work, as I have a very hectic schedule separate from

10   the Palestine--

11        Q    What is Noor's role?

12        A    Noor just writes reports on a daily basis.

13        Q    And sorry, I didn't catch Noor's last name.

14        A    I think it's pronounced Taib. T-A-I-B. I'm

15   sorry. It's T-A-P-E. I think it's T-A-P-E.

16        Q    Do your responsibilities at Palestine

17   Chronicle involve hiring and firing decisions?

18        A    Yes.

19        Q    Would you be the one who's in control of

20   business decisions?

21        A    Can you just define business decisions?

22        Q    Sure. A decision involving the management of

23   the entity, financial decisions, whether to make

24   payments, those sorts of things, where to invest your

25   resources. ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    24

1      A    Initially, yes. I mean, let's say that you

2    want to contribute to the Palestine Chronicle. You

3    know, should we pay? Kellen, should we not pay him?

4    But once we agree, the decision just goes through

5    someone else. But sometimes the initial decision, or

6    most of the time, the initial decisions are made--

7      Q    Who would be the person at Palestine

8    Chronicle who would decide to open bank accounts,

9    those sorts of things?

10     A    Well, the bank account was open, you know,

11   from the first month that we had the non-for-profit

12   status, and we haven't really opened any other bank

13   account. We just have that and PayPal.

14     Q    Okay. So the only two—you said the bank

15   account. What bank account were you referring to?

16     A    The one that we have in Olympia. It's in a

17   bank called TwinStar, I think.

18     Q    And besides TwinStar and PayPal, are there

19   any other banks or financial platforms that you use?

20     A    We use GoFundMe, but that's kind of a recent

21   thing, just to diversify a bit.

22     Q    Okay. So besides TwinStar, PayPal, and

23   GoFundMe, any other platforms you use to move money?

24     A    Not in the United States, no.

25     Q    Okay. Any outside of the United States? ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    25

1        A       Well, not bank accounts that belong to the

2    Palestine Chronicle.

3        Q       Okay. What bank accounts are you referring

4    to that are outside the United States?

5        A       Well, I mean, if we work with other

6    organizations, we have to pay them for the services

7    that they provide, but these bank accounts don't

8    belong to us.

9        Q       Okay. Do you exercise final approval over

10   payments to contractors and employees?

11       A       Yes.

12       Q       Are you in charge of fundraising?

13       A       I kind of usually take the lead on that,

14   yes.

15       Q       And how do you fundraise?

16       A       We fundraise through the website itself. So

17   let's say we are having a fundraiser right now, we'll

18   have an ad on the website, we'll have a feature

19   article telling people why they should donate, and we

20   also have a newsletter. And of course, the GoFundMe.

21   So these are the platforms that we usually use for

22   fundraising. And even when we do not have an official

23   fundraising campaign, people can always go to the

24   support us page on the website, and they just can make

25   a contribution there. ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                28

```
 1   time difference with Italy and our writers somewhere
 2   else. I will read them, I will do-- when I can,
 3   I can do quality assurance for one or two of the
 4   pieces, just to make sure that it's consistent with
 5   our editorial line. Then I will just follow the news.
 6   I read American media, I read Arabic media.
 7   I follow social media and I see what stories that I
 8   feel like still need to be reported. I communicate
 9   with my managing editor. She usually has a long list
10   of questions for me. This commentator who used this
11   kind of language, this seems to be a little bit too
12   factional. There's a personal agenda involved. I just
13   make sure that everything that we publish is
14   consistent more or less with our editorial line.
15   Once we sort out all the questions, if they need my
16   help, I could actually compose a story. If they don't,
17   then I can do my own, or I just have my own interviews
18   going on on the side. And then there's the final look
19   at the content before everybody goes to bed, just to
20   make sure that everything is in order. When everyone
21   is gone, usually I am left alone to deal with the live
22   blog. We have been maintaining since the beginning of
23   the recent conflict. We have been maintaining a live
24   blog on a daily basis, and we try as much as possible
25   to kind of keep it going throughout the day. ?
```

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    31

1        A     I did, because I'm aware of the fact that we

2    have very little money. And if I pay myself proper

3    salary, the Palestine Chronicle will go bust in six

4    months.

5        Q     And how are you paid?

6        A     Through a direct deposit from TwinStar.

7        Q     Okay, not through PayPal?

8        A     No.

9        Q     Why not PayPal?

10       A     Because they charge a lot of fees. So the

11   $1,200 will arrive $1,110, while, the amount coming

12   from TwinStar usually is in check.

13       Q     Does Palestine Chronicle compensate its

14   writers?

15       A     For a long time, we didn't. For a very long

16   time, we didn't. Until recently. Because the

17   competition is growing, and we managed to get, because

18   of the conflict in Gaza, as you can imagine, there's a

19   lot more readership. So the small donations are adding

20   up to the point that we do have enough to compensate

21   some selected writers. For example, for the

22   commentary, we do not pay anybody except an Israeli

23   historian. For features, for news, we produce it

24   ourselves. The only compensation we made are for

25   features that are written exclusively for the ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    32

1    Palestine Chronicle.

2        Q    How much do you pay for a feature that's

3    written exclusively for the Palestine Chronicle?

4        A    Yeah, we began, with $75, and then we pushed

5    the amount to $100. So once we accept a piece, it's

6    usually $100.

7        Q    And when were you paying? Just to back up a

8    bit, you said not until recently did you start to pay.

9    When did you start to pay?

10       A    I would say maybe three years ago. And, if

11   you want me to elaborate on the logic behind that, I'm

12   happy to.

13       Q    Yes, please.

14       A    Yeah. So there's a group in Gaza called We

15   Are Not Numbers. It's an international group that kind

16   of gives platforms to young kids, university students,

17   young people, usually not affiliated with anybody,

18   just young people who want to be published. So we,

19   they wanted to get published in the Palestine

20   Chronicle and because of their financial situations,

21   they need to pay tuitions, and $75 in Gaza before the

22   war was relatively okay money. So we made a decision

23   that was not easy because of our small budget that we

24   need to compensate them for their articles. So we

25   began paying $75. When the war started, the prices in ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    33

```
1    Gaza went up. The value of the money was not as good.
2    So we started paying $100.
3         Q    So you said when the war started, so around
4    October 2023?
5         A    Yeah, yeah.
6         Q    Do you have anywhere in writing these sort
7    of policies in terms of what you pay and for what
8    types of materials?
9         A    We don't have it as a general guideline, but
10   we communicate that sometimes to some of our writers.
11   So if the company, if someone submits an article, we
12   will let them know in advance that we are, you know,
13   we cannot pay, we cannot afford paying, you know, we
14   have a limited budget, unless it is something that we
15   feel deserves payment. And in that case, we let them
16   know that if this article is accepted for publication,
17   you will be compensated $100.
18        Q    And why do you let your writers know in
19   advance what their compensation is going to be for an
20   article?
21        A    Because it happened on multiple occasions,
22   and it happened with me also when I was working for Al
23   Jazeera and Middle East Eye, is that sometimes there's
24   some confusion, maybe people expected to get paid
25   more. And then you don't want the negotiations over ?
```

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    34

1    money to start once the article is published, because

2    it's not professional and you don't want to start

3    pulling down articles from the website. So we try to

4    clarify things to them from the website.

5         Q    If someone was not going to get paid at all,

6    would you clarify that in writing before they publish?

7         A    Usually our commentators don't ask for

8    payment to begin with. The ones that do, they will

9    make it clear, you kind of get from the, from the

10   message itself. Like for example, dear editors of the

11   Palestine Chronicle, I have this article, please let

12   me know if you're interested, otherwise I will submit

13   it, I don't know, to the Washington Post or to Al

14   Jazeera. And in that case, you kind of get a sense

15   that that person is expecting payment. So based on

16   that, we act. Sometimes when we are not clear, we will

17   make it clear to them that we cannot pay.

18        Q    And why would it be important to make it

19   clear to them before they publish that they're not

20   going to get paid?

21        A    Well, again, because, you know, you just

22   don't want anyone to have certain expectations. And

23   then once the article is published, they make the

24   discovery that we are not paying publication. So just

25   to avoid misunderstandings and that sort of thing. ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    35

1        Q    Has that ever happened before where there
2   was a misunderstanding, you publish something and then
3   someone asked for a payment, you had to tell them, no,
4   you're not getting paid.
5             MR. KOVALIK        I'm going to object this
6   to relevancy, but go, go ahead.
7        A    Honestly, I cannot recall anything of that
8   nature happening. It just, I know from my experience
9   as a journalist for many years, that this, the issue
10  regarding payment is critical to be communicated from
11  the editor to writers anywhere. But whether it
12  actually happened and someone said, wait a minute, you
13  got me published, but you did not pay me. I do not
14  recall this happening. And I will give you, I will
15  answer that with affirmative, no. It just, we've been
16  doing this for a very long time. And I just want to be
17  on the safe side.
18       Q    Understood. Does, do writers, are they more
19  likely to get paid the more they publish?
20       A    No, not necessarily. You know, in fact,
21  those who are sending articles and not asking for
22  money, and actually it's the opposite, are less likely
23  because it means that they just want to be published.
24  They want to communicate their ideas, you know, and,
25  you know, they just want to add things to their CV or, ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    37

1    seven, eight articles published in a semester, they'll

2    be able to pay their tuition. So I honestly was

3    thinking about it purely in terms of tuitions and

4    going to school.

5         Q    And then you mentioned that after the war

6    started in 2023, that prices increased?

7         A    Yes, because I have family there, so I know

8    how difficult life there is.

9         Q    Just generally, could you describe like what

10   would $100, could someone live off $100 a week or

11   would that pay for food? How far would that go?

12        A    Yeah, well, based on my communication with

13   relatives in Gaza, I mean, they will tell you the

14   prices fluctuates. So a kilo of flour, for example,

15   could potentially be $75 or $100. So I mean, I try to

16   help many of us, but at the end of the day, you know,

17   you're really not even making much of a difference.

18   But maybe for some of these young writers, if they

19   write, if they write, for example, for the

20   Independent, the BBC, Al Jazeera, Palestine Chronicle,

21   maybe they accumulated enough that they can actually

22   get by, but definitely nobody is going to be surviving

23   from Palestine Chronicle money.

24        Q    What method does Palestine Chronicle use to

25   pay its writers?  ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    38

1        A    PayPal.

2        Q    Why PayPal rather than a traditional bank?

3        A    Well, because John, our administrative

4   person, he's a volunteer. And I mean, he tries to help

5   when he can. But honestly, I mean, for someone who

6   doesn't get paid, I mean, I can't have him go to the

7   bank and, you know, every other day to pay someone.

8   That's one thing. So we thought PayPal is the easiest

9   way of doing it. But also because I like to keep

10  records of everything that I do financially. I mean,

11  when I started a non-for-profit in the US, I was

12  informed by, you know, the various people who were

13  helping us that you have to have a very clean record

14  regarding these things, especially you're dealing with

15  issues that could be considered controversial from

16  some people's point of view. So I wanted to avoid

17  misunderstandings or issues in the future. Not all of

18  our writers are happy with that. Some of them don't

19  want to communicate with PayPal for ethical reasons.

20  They don't like PayPal. But it is something that we

21  did and we stuck with throughout. Donations come from

22  PayPal and money to writers go through PayPal.

23       Q    Why is it important to have clean financial

24  records?

25       A    Well, it's important because, I mean, we are ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    40

1    I know I'm elaborating beyond your question, but it's

2    an issue that came up a lot in the past. Especially

3    after the WikiLeaks issue, when PayPal refused to give

4    money to or shut down the accounts of WikiLeaks. And

5    some people out of principle said this is not

6    acceptable and you should not be working with PayPal.

7    But we continued. Again, we are a small organization.

8    I can't afford having credit card service, for

9    example, that costs $300, $400 a month. We are talking

10   about very little money. So PayPal remained simple and

11   straightforward, and I just did not ever feel the need

12   to leave that platform.

13        Q    Do you use a US-based PayPal account?

14        A    Yes.

15        Q    Is that PayPal account linked to your

16   TwinStar account?

17        A    Yes.

18        Q    Do you ever transfer money from your

19   TwinStar account into your PayPal account?

20        A    It's usually the other way around. PayPal to

21   TwinStar. But on several occasions, we just did not

22   say, did not have enough money for any given month.

23   And I need to pay the guys affiliated with the

24   Palestine Chronicle. And sometimes we are short by

25   $500, $1,000. And PayPal would give me the option ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    41

1    saying, do you want this to be taken from the credit

2    card that is affiliated with TwinStar? And I would say

3    yes.

4         Q    Do you physically log into the PayPal

5    account yourself to make transfers?

6         A    Sometimes I do. Sometimes Romana does.

7    Sometimes John does.

8         Q    Okay. All three of you have the credentials

9    to log into that account?

10        A    All three of us.

11        Q    And all three of you are authorized to make

12   transfers?

13        A    I'm usually the one who makes the transfers.

14   Because I have to assess whether we have enough to pay

15   or not. So let's say that we have $6,000 and

16   everybody's salary is $4,200. So I feel like, okay,

17   there's an excess of $1,500 that I will decide maybe I

18   will department to that account.

19        Q    Would Romana ever make transfers from the

20   Palestine Chronicle PayPal account without your

21   knowledge or permission?

22        A    I don't think this happened before.

23        Q    And when you're making decisions about

24   transfers from the PayPal account, you're typically in

25   Washington State? ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    44

1  we give her editing work. Sometimes she just writes

2  reports from scratch. Robert Indakesh, on the other

3  hand, he writes only. He doesn't edit. We have the

4  same thing applies to other regular writers like

5  Professor Jeremy Saul, Professor Ilan Pappe in Israel.

6  These are people who are regular writers, but are not

7  so they are most likely to appear in the Palestine

8  Chronicle. But in Gaza, for example, you could have a

9  writer who contributes a single article, and then

10  that's it.

11      Q     Okay. I've seen you use the term

12  correspondent before. Is there a formal difference

13  between a correspondent and a contributor?

14      A     Right. That's a good question. Okay, so our

15  relationship with them, I keep calling them the kids

16  in Gaza because we try to kind of work with young

17  people in Gaza to give them a platform. So with young

18  people in Gaza, in particular, we try to do everything

19  in our power to give them a platform to empower their

20  voices. So we used the term correspondent twice

21  before. One was with Abdallah Aljamal, and one was

22  with Mahmoud Ajjour. Mahmoud Ajjour is a photographer.

23  He's no longer in Gaza. He ran away during the war,

24  and he's in Egypt. And he provided photography, but

25  with time, he would provide certain lines that we kind ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    45

1    of take and translate, and we give him the term

2    correspondent for a while. But the reason that we did

3    this is because most of Gaza writers are often used as

4    fixers. Right? So let's say that you are with the BBC,

5    you go to Gaza or CNN, you find one of these kids

6    walking around with you, translating for you, and they

7    do a lot of work, but they don't get proper credits

8    for it. So I try to give them certain titles, you

9    know, such and such is a Palestine Chronicle

10   contributor. That allows that person to kind of take

11   that title and goes to Al-Jazeera and says, I am a

12   contributor to the Palestine Chronicle. And then they

13   would say, Okay, that gives him a certain kind of

14   validation. We are a small newspaper, but we do have a

15   reputation of being quality media. The correspondent,

16   the last, after Mahmoud Ajjour left Gaza to Egypt, the

17   only one that was left behind was Abdallah Aljamal,

18   and he sent a lot of content. And I'm sure we are

19   going to be discussing the nature of the content later

20   on. But because he wasn't getting paid for it, you

21   know, I just felt like we needed to do something to

22   give him, you know, some sort of a reason to continue

23   doing this, because we were desperate for content from

24   Gaza. So we gave him the title correspondent as a way

25   of saying thank you for, you know, the stuff that ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    46

```
1    you're sending and you're sending them for free,
2    obviously, with the hope that this was going to help
3    him try to locate work elsewhere. I also, yeah, I'll
4    stop here, and I'm sure that you have more questions.
5         Q    Yeah, is correspondent a formal title? Would
6    you provide something in writing to someone that's
7    saying, you know, congratulations, you're now a
8    correspondent from contributor?
9         A    No, unfortunately, we don't have that. Just
10   because the entire apparatus is, I mean, I still think
11   of it as a labor blog, something voluntary, you know,
12   because even if we don't have a dime, we are going to
13   carry on doing what we are doing. Therefore, we don't
14   have that kind of official kind of, you know,
15   paperwork. Someone, oh, now he is used to be a
16   contributor. Now he is a correspondent, and maybe in
17   the future, a chief correspondent. So there is no such
18   thing to the point that I don't even think that
19   Abdallah or Mahmoud were even aware that they were
20   being called correspondent. You know, it wasn't
21   something that we communicated via email to them.
22   Mahmoud did not even read English. I think Abdallah
23   maybe translated some of the stuff that he published
24   in the Palestine Chronicle through Google Translate.
25   But, you know, it was just our way of saying thank ?
```

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    47

1    you. But nothing really beyond that.

2         Q    Would there be any written message that you

3    sent to Aljamal or anyone else to tell them thank you

4    for your work? You know, it's voluntary, but thank

5    you. And we're giving you this title.

6         A    No, not the title. For sure, not the title.

7    There's been no correspondence or no communication

8    about the title. But the thank you, I mean, usually

9    it's Romana that deals with writers and thanks them.

10   And again, and when you are not paying people, most of

11   the time you have to be extra kind and extra polite,

12   you know, so that they keep contributing. Once in a

13   while, I could pop up in, you know, and join a

14   conversation and say to that person, thank you.

15   I don't do it as often because I try not to blur the

16   lines between the work of the editor and the managing

17   editor. I try to, as much as possible, keep some kind

18   of a hierarchy. Otherwise, writers will start sending

19   me emails personally or trying to, you know, trying to

20   get ahold of me on Facebook and LinkedIn. And I always

21   say, you have to go through this email, through this

22   individual. I do not get involved in making immediate

23   editorial decisions.

24        Q    And we're skipping ahead a bit because I'll

25   cover Abdallah later. But I'm just curious, was there ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    49

```
1    there's a new editor joining us, I don't want that

2    editor to be directly involved with all other editors,

3    unless we are sure that she is ready for that sort of

4    communication and that sort of work. So sometimes we

5    start a three-way conversation on WhatsApp until we

6    are like, Okay, it's ready. That editor now can join

7    the rest. And in that case, we just delete the

8    conversation.

9        Q    To your knowledge, did Romana ever send a

10   message to Aljamal to thank him for writing

11   voluntarily?

12            MR. KOVALIK        I'm just going to object

13   on the basis of knowledge and also, well, the

14   document, the WhatsApp chat will speak for itself,

15   which you're going to get. But with that said, go

16   ahead.

17       A    Yes, of course. I mean, you just have to be

18   courteous and polite with your writers. If someone

19   sends you something, especially often very tragic

20   news, thank you, Abdallah. I'm sure it's very

21   difficult for everyone. We appreciate it, that sort of

22   thing. But the idea that it's voluntary or not, as I

23   said, you have to be extra courteous to those who are

24   doing something to you for free. So maybe it comes out

25   in the degree of how grateful she could be, but never ?
```

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    50

1    in the context of or following that logic. Thank you

2    for providing things on a voluntary basis. That would

3    never happen.

4        Q    So you don't think there is any written

5    communication from anyone at Palestine Chronicle

6    acknowledging to Aljamal that he was providing content

7    voluntarily?

8        A    No.

9        Q    I know you said that you don't write emails

10   to someone telling them what their title is, but would

11   there be any internal documents at Palestine Chronicle

12   that tracks which writer is a contributor and which

13   one is a correspondent?

14       A    No, we do not have that sort of thing,

15   because we are a very small organization, very, very

16   small, who are trying to do a lot of work. If you go

17   to the website and see the amount of content we

18   produce, a lot of people find it shocking that this

19   really just involves essentially two people, me and

20   Romana, and a few others working at a very small part-

21   time capacity. So as a result, we don't have this kind

22   of administrative files, because we just don't have a

23   person dedicated to this kind of work.

24   We do the best we can.

25       Q    You mentioned earlier that it could be ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    51

1    helpful for someone externally, you know, dealing with

2    the BBC or so forth, to have the title correspondent

3    with Palestine Chronicle. Would there be any benefit

4    within Gaza to having that title?

5            MR. KOVALIK        Objection. Basis of

6    knowledge and calling for speculation, but go ahead.

7        A    I could speculate and say that I don't think

8    so, because, you know, because of the issue of

9    language. I mean, unless someone could use that to

10   say, I am working for an American-based newspaper. I

11   mean, usually in the Middle East, that kind of

12   suffices. It gives you a certain kind of credibility,

13   maybe, but the specifics are very difficult for people

14   there to understand, because the nature of media is

15   just entirely different.

16       Q    Yeah, I mean, to use your example, I would

17   think that if you're credentialed as a reporter from a

18   US-based newspaper in a war zone, that would give you

19   at least some measure of safety, not complete safety,

20   but some measure.

21           MR. KOVALIK        I'm just going to object

22   as to, again, calling for speculation, but go ahead.

23       A    Yeah, safety, I really don't know. I mean,

24   judging with what is going on, I don't think anybody

25   is safe, even those affiliated with CNN. You know, so ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    52

1    yeah, I don't think so.

2        Q    I think getting back to the original

3    question that kind of got us off track, I'd ask

4    whether any of Palestine Chronicle's writers are

5    located in Gaza, or if you prefer to use the word

6    contributors, how many are located in Gaza, if you

7    know?

8        A    The number increased in recent months. Prior

9    to that, pretty much all the writers that were

10   involved in the Palestine Chronicle from Gaza are

11   students who were affiliated with a group called We

12   Are Not Numbers. And it really was more a service to

13   these young people to help out the organization, as

14   opposed to us looking for writers. Because the quality

15   of their English wasn't very good, you know, we would

16   be helping them a lot. If the quality of that kind of

17   content arrives from, say, Egypt or, I don't know, the

18   UK, we wouldn't publish it in the first place. But

19   because there are young people who are trying to be

20   writers, we felt like it was more of a service we are

21   trying to do to empower young people. And they had a

22   system they called the cohorts. So basically, that

23   kind of-- I think every six months, Romana knows for

24   sure because she works with them closely. So every few

25   months, there were, you know, kind of new students in ?

1   the cohort, and then they would graduate, as in they

2   finished that particular course, and then they would

3   disappear. And then we would be told, oh, there are

4   new writers joining in. And then they would send us

5   some of their content, and we'd say, yeah, we can work

6   with this person. This is not good enough, that sort

7   of thing. That was before the war. During the war,

8   when a very large number of writers and journalists

9   and bloggers were killed, honestly, anybody who can

10  write proper English good enough just to tell us what

11  is happening in Gaza are people that we are willing to

12  work for. As of late, however, I told my editors to,

13  or Romana in particular, to try to narrow the number a

14  little bit, because number one, even PayPal now

15  doesn't work in Gaza. So financially, we don't know

16  how to pay them. And we don't want things to add up to

17  become a financial burden for us. And the third thing,

18  the story seems to be kind of essentially the same

19  repeated story of people living through famine and

20  very difficult situation. There's not much value added

21  aside from the tragedy of Gaza, which we try to

22  articulate using our news reports and our

23  commentaries, anyway. So maybe at any given point, you

24  could have three people writing from Gaza. For

25  whatever reason, almost all of our Gaza writers are ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    54

1    female. I don't know why that happened. And the female

2    writers tend to usually talk about the struggle and

3    the suffering of women and children and family and

4    that sort of thing. Yeah, so I would say at any given

5    point, maybe we have about three writers. And as I

6    said, some of them come and go, some leave to Egypt.

7    So it's not like we have a fixed roster of writers

8    throughout.

9        Q    I think you said a second ago that at any

10   given point, you had approximately three writers. You

11   mean approximately three Gaza-based writers?

12       A    Yes, that's what I meant.

13       Q    And you mentioned earlier that it was more

14   important for you to support a Gaza-based writer as

15   opposed to someone in Egypt or someplace else. Could

16   you explain that, why that is?

17       A    Well, because we are, you know, we are

18   called the Palestine Chronicle, not the Egypt

19   Chronicle, obviously. So we wouldn't, you know, we

20   that's-- and we have very limited resources. And

21   therefore, we would rather focus the resources.

22   And when I say resources, I don't mean just money, the

23   resources of us as editors. So I would rather that we

24   focus our time on trying to get good quality content

25   out of Gaza, out of the West Bank, out of Jerusalem, ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    55

1    even out of Israel itself, as opposed to cover areas

2    that are beyond our immediate interest.

3         Q    What does a Gaza-based writer get from the

4    Palestine Chronicle besides just money?

5         A    Well, I mean, the good director--

6              MR. KOVALIK         I'm just going to

7    object. I think that mischaracterizes the testimony,

8    because he said most of the people are not getting--

9         Q    The question is, he said that it wasn't just

10   money. I understand your point. But I'm asking what

11   other things besides money would someone get out of

12   working? What would a Gaza-based writer get out of

13   working for the Palestine Chronicle?

14        A    When I refer to resources, is this the one

15   about resources? Because I said--

16        Q    I think so, yeah.

17        A    Yeah, it's our own time. It's not the $75 or

18   the $100 that's going to that Gaza contributor, but

19   the fact that I, as Ramzy, could spend an hour or two

20   editing an article, or Romana spending an hour or two

21   editing an article. So that is time consuming. So we

22   try to be as careful as possible. Is this article

23   really worth that much time of our own resources?

24   Because we also get paid, yes, very little. But still

25   a resource. But if you want me to also expand and talk ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                56

1    about what else they get from writing from the

2    Palestine Chronicle, I assume, as you know, I was a

3    young writer at one point. And when I was affiliated

4    with a newspaper that I perceived to be reputable, I

5    want to have something on my CV. I want to get my

6    ideas out. I want to share my thoughts with the world.

7    And I think they keep sending us content for the same

8    reason.

9        Q    Between September 2023 and the present, has

10   Palestine Chronicle sent any money to Gaza based

11   contributors?

12       A    I'm sorry, you said September?

13       Q    September 2023 to the present.

14       A    Yes. Yes, we have.

15           MR. KOVALIK         I'm just going to object

16   as to the time period after June 2024. But with that

17   said, you can answer.

18       A    Yeah, we have using the same PayPal

19   platform.

20       Q    Okay. Do you have a sense of how much money

21   was sent to Gaza based reporters from September 2023

22   to June 2024?

23       A    I do not know the answer to that question.

24   But we are talking about very few hundred dollars a

25   month. I don't think it ever exceeded a thousand. ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    58

1      A    I mean, I've heard about certain

2    restrictions that PayPal has. I mean, we reported on

3    that. I'm sure we must have reported on that in the

4    Palestine Chronicle. But when someone sends me an

5    email and he says, this is the email I would like you

6    to use to send me that payment. I don't ask, where did

7    you open it? Were you in Gaza? Were you in Ramallah?

8    Were you in Cairo? Just that's the email and we use it

9    and we send the money.

10     Q    Would it be a problem if the email that

11   someone gave you associated with a PayPal account was

12   not actually their account?

13     A    This has been happening more recently than

14   before, because there's no cash liquidity in Gaza

15   anymore.

16     Q    Okay.

17     A    So as a result, you could have a young lady

18   who would have us send the money to her brother or her

19   sister living in the UK, and then they would cash the

20   money and they would try to send it using Western

21   Union perhaps. We had to accommodate that, honestly,

22   just because the situation is extremely dire. But

23   generally speaking, we don't. Just when under certain

24   circumstances, because of the situation is very

25   difficult, we have been accommodating that, yes. ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                          59

1    But with the understanding, sorry, if I may add, I

2    would usually, if I am the one who's sending the

3    money, I will be writing the comment section that this

4    amount, this $100 is designated for the name of the

5    contributor, for an article she published in the

6    Palestine Chronicle on such and such date. And I would

7    put it under, as opposed to give to family, I think

8    that's the option, give to family. I would put it

9    under services to make it very clear that this is why

10   the money is being sent to whom. And we haven't had

11   any complaint by anyone that the money was not

12   received.

13        Q    Okay. So let me just kind of back up,

14   because you said a couple of things there. You said

15   that under certain circumstances, Palestine Chronicle

16   would pay a Gaza-based writer through a third party's

17   PayPal account. Is that right?

18        A    Yes, but that's only very recently. I would

19   say maybe in the last year or a few months, yeah.

20        Q    Okay. Approximately when did Palestine

21   Chronicle start paying individuals through third party

22   PayPal accounts?

23        A    No, this is not always the case. I'm saying

24   in some situations, yeah. Again, as I said, it's in

25   the last year or so. ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    60

1        Q     Okay. And you said only under certain

2    circumstances would you pay someone through a third

3    party account. What circumstances would that be?

4        A     Right. So let's say someone has a bank

5    account in Bank of Palestine. I'm not going to drive

6    all the way to Olympia, to Twin Star, and try to

7    figure out a way to send money from Twin Star to Bank

8    of Palestine, if that's even a possibility to begin

9    with.

10       Q     Have you ever tried to do that?

11       A     No, never.

12       Q     Why not?

13       A     Because I just don't have the kind of time

14   that I need to drive for two hours just to come to the

15   branch of Twin Star in Olympia to pay someone $100.

16   I know the money is important for people, but I just

17   don't have that kind of time. And as I said earlier in

18   my statement, that we figured that PayPal is a much

19   easier and kind of a straightforward platform to keep

20   everything intact, to keep all of our financial

21   information in one place. So if they would say, I

22   would say we can only pay via PayPal. And once in a

23   while you have someone who would say, can you send it

24   to my sister's account in Dubai? And the answer is

25   yes, we can. But with the understanding that we have ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    61

1    to always write something noting the purpose of the

2    money and the recipient, the intended recipient of the

3    money.

4        Q    When someone asked you to pay them through a

5    third party, did you ever inquire as to why they

6    weren't able to be paid under their own name?

7        A    No, I haven't. But it's just, again, the

8    common understanding is that there is no cash in Gaza.

9    So you can't go to your PayPal account in Gaza, I

10   presume, and cash money. I don't know how it works

11   exactly. But I know that everybody's having a very

12   difficult time getting money into Gaza, whatever means

13   of payment. So that's just the presumed idea, is that

14   people are having a difficult time accessing money.

15   And I would rather that, again, keep it on PayPal,

16   even if I have to send it through another family

17   member.

18       Q    Why wouldn't someone be able to get money

19   through a PayPal account in Gaza?

20       A    I do not know.

21       Q    And it's not because PayPal has a policy

22   against servicing Gaza?

23       MR. KOVALIK         Again, objection. He

24   already said he doesn't know.

25       A    I honestly don't know. I mean, I would love ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    62

1    to give you an answer. In fact, I'm volunteering some

2    answers that you're not even asking for.

3          Q    I understand.

4          A    If I knew the answer, I would have told you.

5          Q    Okay. But you never inquired as to why

6    someone wasn't able to accept payment? You're just

7    assuming it's because-- you never inquired as to why

8    someone was not able to accept payment in their own

9    name?

10          A    Exactly. For example, if someone is to say

11    that Telegram is no longer working in Gaza, or Western

12    Union is no longer having cash in Gaza, I just assume

13    it's just because it is very difficult to do so.

14    Western Union maybe had to cut down on their services.

15    Maybe their offices were bombed. But I do not usually

16    investigate the very reasons of why. I just take that

17    as the answer and just move on.

18          Q    Do you ever investigate the reasons as to

19    why somebody can't get paid directly?

20          A    No, but again, it's just the assumption that

21    there is a blockade on Gaza, and people are just

22    having a heck of a time accessing money. I mean, even

23    their bank accounts. And when banks themselves are

24    being destroyed, people are struggling accessing their

25    bank accounts. So that's just the assumption. ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    63

1      Q    When a Gaza-based writer gives you a third-
2   party PayPal account, did you ever investigate as to
3   who this third party actually is?
4      A    They would usually say, that's my sister.
5   That's a friend of mine. Most of them are usually
6   based in Europe anyway.
7      Q    Did you ever investigate to see whether it
8   actually is their sister, or actually is a friend, and
9   not some sort of criminal or terrorist?
10     A    I don't know if that's the responsibility of
11  an editor to investigate the relationship between the
12  writer and other people. I don't recall ever
13  investigating that, or anybody of the organization I
14  was involved with ever investigating that. It's just
15  not part of our work.
16     Q    Okay, so the answer is no, you never
17  investigated to figure out who the third-party PayPal
18  account actually belonged to?
19     A    No, we don't investigate.
20     Q    Okay. You mentioned that if you were going
21  to pay someone through a third-party PayPal account,
22  that you would write in the comment section on PayPal
23  who was the money actually going to, is that right?
24     A    Yes.
25     Q    Did you always do that? ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    64

1          A      Not always, only during the war.

2          Q      Okay, so starting October 2023, anytime you

3     pay a third-party via PayPal, excuse me, withdrawn.

4     Starting October 2023, anytime you paid one of your

5     Gaza-based writers through a third-party PayPal

6     account, there should be a notation in the comment

7     section on PayPal showing who the money was actually

8     going to?

9          A      I didn't say start in October. It wasn't

10    like, oh, the war started, let's start writing notes

11    sort of thing. I don't know when it started exactly.

12    It started within the period of the war, just again to

13    try to be as clean and transparent as possible. So

14    it's something that we've added to our system, you

15    know, voluntarily. But I do not have the exact date,

16    of course.

17         Q      Okay, but at some point in the relatively

18    recent past, you started making notations on PayPal

19    when a payment was not actually going to the person,

20    to the account that you were paying for, that it was

21    an ultimate designation--

22         A      No, no, sorry to interrupt you, but no, we

23    do with everybody at this point. Whether it's going to

24    that person, or to a friend, or a family, we do it

25    with everyone. Just again, to be as, we are trying to ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    67

1    Q    Okay, so there should never be a time then

2    when the Palestine Chronicle paid a writer through a

3    third-party PayPal account but did not note in the

4    comment section that that's what was going on?

5    A    Well, I cannot guarantee that because if I

6    asked someone for a PayPal email, the PayPal email

7    might not say something like Ramzy or at Ramzy Baroud

8    or RamzyBaroud.gmail.com. So if they say this is the

9    email you should send the money to, I assume that it

10   is the actual email address, and I proceed with that

11   understanding.

12       Q    Okay, but to your knowledge, you've never

13   knowingly paid a writer through a third-party PayPal

14   account without noting in the comment section on

15   PayPal that that's what you were doing?

16       A    There would be an exception to that and that

17   is We Are Not Numbers because We Are Not Numbers have

18   or had. We haven't worked with them since the start of

19   the war but we had an account that goes to all

20   writers. So you kind of pay the writers within that

21   cohort to the We Are Not Numbers email and then they

22   distribute the money to their writers accordingly.

23   Aside from that exception, I can't think of anything

24   else.

25       Q    Okay, and was that account labeled as a We ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    68

1    Are Not Numbers account or was it just like a random

2    name?

3         A    I believe it was. I believe it was. Again,

4    it's been such a long time.

5    I do not recall.

6         Q    When you paid someone to the We Are Not

7    Numbers account, would you note in the comments, you

8    know, this is going to John Smith, this is supposed to

9    go to Mary Doe or anything like that?

10        A    No, no, we didn't. What we did was they

11   would send us, we tried to keep track of the lists of

12   writers and then we would tally the amount and we will

13   send it to them based on the tally we have. So we

14   would say this is for six articles published between

15   this date and this date, you know, and then we will

16   tell them how much money we paid per article. As a

17   way, and I know I'm volunteering too much here, but as

18   a way to encourage some kids to work a little bit

19   harder or to provide better quality content, sometimes

20   we would say, you know, we would have a range where

21   you would have $50 per, you know, kind of the lowest

22   base of an article that was publishable, but really

23   nothing special. $75 for the articles were, you know,

24   good quality.

25        Q    Except beyond just the comment section of ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    69

1    PayPal, is there any other internal document where

2    Palestine Chronicle would make a record for when

3    they're paying someone through a third party's PayPal

4    account?

5        A    No, no, it is just something that we just

6    know. And again, it was something that we volunteered

7    that, just not for any legal purposes, honestly. We

8    did it because we want to make sure that the person

9    who is receiving the money is aware where the money

10   should be going to protect the writer, nothing more

11   than that.

12       Q    Okay. Do you believe it's important to make

13   sure that any money that Palestine Chronicle sends to

14   people in Gaza does not go to a member of Hamas?

15       A    I mean, we have, I mean, if you go to about

16   a section of the Palestine Chronicle, from the very,

17   very start, we made it very clear that we not only

18   have no factional affiliation, we are not interested

19   in having an editorial line that defends or back any

20   faction or any group. And we did it not fearing

21   accountability. We did it because this was our entire

22   journalistic approach. That's the very reason why we

23   existed. Because most Palestinian media don't have

24   that. You know, so you have certain media that could

25   be nominally affiliated with the socialists and the ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    79

1    Hamas-operated institutions in Gaza versus people who

2    are just Hamas as much as I am a Green Party supporter

3    in the U.S. I have no official capacity. I'm not a

4    member of any Green Party affiliated institution, but

5    it's just that. So there are so many people in Gaza

6    that are being thought of as Hamas, even though they

7    are just basically supporters of Hamas as a political

8    party. They would vote for Hamas in municipal

9    elections, for example. And this is why it's

10   impossible to gauge who's a supporter of Hamas and

11   who's not, because you are looking at a population of

12   nearly two millions or whatever number remains.

13   Half of them, I would say, maybe belong to Islamic

14   parties, and the other half would belong to secular

15   and socialist parties. You have to live in Gaza to

16   know these things, and I don't, and it's impossible

17   for me to know.

18        Q    So what steps does the Palestine Chronicle

19   take, if any, to ensure that its writers or

20   contributors are not affiliated with Hamas?

21           MR. KOVALIK        Objection, asked and

22   answered, but go ahead.

23        A    You know, I mean, we are all good

24   journalists. We know if a certain person has a profile

25   in public that would make him affiliated with any ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    80

1    group, and not just Hamas, by the way. And as a
2    result, we make an editorial decision based on that.
3    So the fact that a certain person does not have a
4    profile that affiliates them with Hamas or the Jihad
5    or the PFLP, and has a bio where that person is
6    already published in respective media, we immediately
7    assume that that person is safe in that sense. And so
8    once we receive a contribution from someone who is
9    maybe not published, or we are not familiar with that
10   name, either I or Romana or anyone else, we try to
11   Google that person and say, oh, we published in this
12   and this and this newspaper. Let's read. Let's see
13   what he has to say. When that person has no record and
14   it's not published anywhere else, then that's kind of,
15   it's different. In that particular case, we are more
16   cautious, more careful. We read the articles very
17   carefully. Doesn't necessarily mean that if you're not
18   published, you're not allowed to be published ever.
19   But we usually go through that process of where was he
20   published? If the answer is, well, that person has an
21   article in the New York Times and Al Jazeera, then
22   most likely we'll say, okay, that's fine. Let's see
23   what he has to say. And most of our writers usually
24   are published elsewhere anyway. So the question
25   doesn't really come up too often. ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    81

1        Q    Okay, so just to make sure I understand the

2    whole process, the first time writer submits a

3    publication, it sounds like you investigate what

4    they've written before and any sort of public profiles

5    or bios that they have. Is that correct?

6        A    To the best of our ability. Again, very

7    small operation, very limited resources. We can't

8    spend several days trying to investigate people.

9    But most of the first time writers from Gaza came

10   through We Are Not Numbers. And that's kind of the

11   process we use to vouch for these people. Otherwise,

12   if they are not through We Are Not Numbers, they have

13   been published elsewhere. Very, very rarely do we run

14   into people, I cannot even think of a single example

15   in which that person was never published anywhere

16   prior.

17       Q    Okay, so if you had a first time writer, a

18   first time writer with you, would you always Google

19   them to look at what's out there, what they've written

20   before, what they've posted about themselves?

21           MR. KOVALIK          Objection, asked and

22   answered. Go ahead.

23       A    Not necessarily like what they wrote about

24   themselves. We just need to make sure that that person

25   exists, first of all. That person is not made of Chat ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    82

1    GPT person. And yeah, sometimes, I mean, as of

2    recently, there are people who are, you know, kind of

3    utilizing some mediums that are, you know, writing

4    their own content. We make sure that our content is

5    all legit. And it's written by the author who's saying

6    that he wrote or she wrote that content. The

7    investigation process is, I mean, I got published in

8    mainstream media a lot in the past. I don't think

9    they, you know, found out everything they need to find

10   out about me aside from my bio. I don't know what

11   process they use, but it's not really that elaborate

12   process. You just judge the quality, the affiliation,

13   the organization that that person is working with. And

14   just to make sure that, you know, that person has not

15   misrepresented himself. But it's not as hectic and

16   elaborate process as it may seem. It could be the

17   matter of five, 10 minutes just googling that person,

18   looking at various social media and that sort of

19   thing.

20        Q    Okay. Would you ever publish someone's work

21   without first googling them and looking at their

22   social media?

23        A    I think maybe Romana would need to answer

24   that question because she kind of does with, you know,

25   kind of more of the content. She deals directly with ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                84

1    years based on common understanding. For example, that

2    we use American English, not British English. You

3    know, we don't necessarily have that in a guideline

4    form because we don't have so many editors and

5    contributors that would have to have access to that

6    file. It's just a common understanding that these are

7    the things that we do. So yeah, we Google our writers

8    to make sure that they have a profile in public and

9    they are published elsewhere when necessary.

10        Q    So these are not written guidelines?

11        A    No, the only guidelines that we have that is

12   written deal with stylistic issues. You know, that's

13   the only one. And it's in a constant state of being

14   updated.

15        Q    Do you have any sort of writing, whether

16   it's an email or a memo that instructs Romana in terms

17   of what she should be doing to vet writers before

18   publication?

19        A    Not in an email form, not in a written form.

20   We communicate on a daily basis for hours. So we kind

21   of have that understanding, but we don't have it in a

22   written form.

23        Q    You mentioned a couple of times in your

24   previous answers the bios of the writers. What bios

25   are you referring to? ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    90

1  This is irrelevant to this case, but go ahead.

2       A    They emailed us the way they emailed so many

3  organizations. Al Jazeera, Electronic Intifada,

4  Mondoweiss, many other organizations and they offered

5  content. And yeah, so we got involved based on that.

6       Q    Do you pay any money to We Are Not Numbers?

7       MR. KOVALIK          Same objection,

8  relevancy. Go ahead.

9       A    Well, not anymore, but back then we did and

10  we had, you know, several, you know, when we published

11  several of their articles per month, we did pay them

12  and I described the process of payment.

13       Q    Right, okay. But that stopped when the war

14  started, so late 2023?

15       A    It did stop when the war started, yeah.

16       Q    Okay, so getting back to the original

17  question, I want to make sure I got all the steps out.

18  I originally asked you what steps Palestine Chronicle

19  takes to ensure that its writers are not affiliated

20  with Hamas. We discussed a number of things like

21  Googling and social media and reviewing the content

22  itself. Is there any other step that you would take to

23  make sure that a writer is not affiliated with Hamas?

24       A    No additional steps to this. And just to be

25  clear, it's not just Hamas, but any other ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    91

1    organization. I mean, we don't have a special code or

2    guidelines to make sure that none of our writers are

3    affiliated with Hamas. It's just a policy that we have

4    regarding affiliations with any groups. And naturally

5    for an organization that is based in the U.S. and

6    abides by U.S. policies and laws, we have no interest

7    in being affiliated with anyone who has any

8    affiliation with Hamas or any other organization that

9    could become a problem for us in the Palestine

10   Chronicle. We've always been very clear and keen on

11   that from the very start.

12        Q    You mentioned that you would Google writers.

13   If you Googled someone, what sorts of things would

14   potentially be a red flag to you that this is somebody

15   that we shouldn't be doing business with?

16        A    Ah, that's a really good question. Language.

17   We're aware of language. You know, I mean, that's what

18   we do. If we sense that someone perhaps uses language

19   that would seem to be extremist in any way. But not

20   just on the extremist side, but on all other sides.

21   Someone who seems to provide content for newspapers

22   that is fit to print and changes his ideological or is

23   rather his political or views to get published

24   elsewhere. These kind of like charlatans, if you will,

25   just trying to get published and to make money.  We ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    92

1  don't respect that. We don't work with that. Other red

2  flags. Yeah, some people who seem to, you know, take a

3  strong factional view. Especially within the

4  Palestinian context. Attacking others. We don't

5  support that. The ones that we like to work with those

6  who seems to have a sense of, you know, the common

7  good that is good for all Palestinians. I try not to

8  impose my political views on the editorial process,

9  because I approach this really more from a

10  journalistic point of view, as opposed to from an

11  activist point of view. So sometimes I do publish

12  things I don't necessarily agree with. I just think

13  it's editorially valid and it's a voice that needs to

14  be heard. But it's just really the very strongly

15  factional and voice that kind of usually worries me.

16  Because it's just, again, not consistent with our

17  editorial mind.

18      Q    Before you pay a writer, do you require them

19  to give you any sort of governmental ID?

20      A    No, we don't.

21      Q    Why not?

22      A    I'm not aware that this is a policy. I mean,

23  I haven't, in my practice in journalism, I don't

24  recall that this being a policy, that someone needs to

25  send me his ID. ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    93

1        Q     Do you require them to give you any sort of

2   tax ID number?

3        A     Well, not in, because we don't pay anyone in

4   the States. Right? So as a result, this is not an

5   issue in the States. But everyone has, every place in

6   the country has a different tax policy. And they just

7   have to handle that income in their own way. But we do

8   not require people to send their tax IDs.

9        Q     Do you require them to send a date of birth?

10       A     I noticed that young writers like to

11  indicate their own date of birth, but it's not

12  something that we require.

13       Q     Do you require them to give you a physical

14  address?

15       A     No.

16       Q     You mentioned that you would check a

17  writer's social media before publishing their

18  materials. Are there any red flags that you'd be

19  looking for in their social media?

20       A     It's not something that I have done much of.

21  It's usually something that Romana does. But I'm

22  always worried, if you have a picture of Mahmoud Abbas

23  as a profile photo, for example, or someone has a

24  picture of someone with a gun, you know, that sort of

25  thing, it's immediately is a red flag. ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                          108

1        Q     You know what? Let me look at my outline

2    during the break and I'll let you know. But I'm trying

3    to move quick to get through it. And I do think that

4    we should be done by five.

5             MR. KOVALIK        OK, thank you very much.

6             THE VIDEOGRAPHER    The time is 3:05 p.m.

7    and we're going off the record.

8             THE VIDEOGRAPHER    The time is 3:41 PM, and

9    we're back on the record.

10       Q     Hey, good afternoon, Dr. Baroud.

11       A     Good afternoon. Hello.

12       Q     I hope you had time to get lunch.

13       A     We did.

14       Q     Could you please describe your relationship

15   with Abdallah Aljamal?

16       A     Abdallah Aljamal was one of the contributors

17   to the Palestine Chronicle. That's pretty much where

18   the relationship started.

19       Q     How did the relationship first start?

20       A     The Abdallah wanted—rather, a cousin of

21   Abdallah recommended him to take photos for the

22   Palestine Chronicle during what they call the Great

23   March of Return in Gaza. I think it was 2018, 2019. He

24   did send a few photos. They were not really good

25   quality. He did not have a good camera. Then that was ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    110

1        Q     He was recommended to you, okay. So your

2   first connection with him is someone recommended him

3   as a photographer in 2018?

4        A     Yes.

5        Q     Who was that person who recommended him?

6        A     It's his cousin, Youself Aljamal.

7        Q     Okay. And what was your relationship with

8   Youself Aljamal?

9        A     Youself is just one of those young writers

10  and scholars in Gaza. Now, he just finished his PhD in

11  Istanbul that I kind of used in the past as a fixer,

12  you know, to help me with interviews and that sort of

13  thing. He was living in Gaza at the time. Youself is

14  the one who initiated contacts. He was a young writer

15  and he needed a letter of recommendations, that sort

16  of thing. And I get approached by people like this all

17  the time, you know, just seeking academic advice and

18  that sort of thing. And from that point, you know, on,

19  he made some, you know, work for the Palestine

20  Chronicle, you know, contributed a few articles, asked

21  me for a foreword to one of his books that came out

22  later on. So really the main connection was Youself,

23  not Abdallah. Abdallah is a kind of just a side note

24  in that kind of relationship.

25        Q     And how did you originally meet Youself? ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    111

1        A    Okay. So we need to kind of just remember

2    that I come from the Nuseirat refugee camp myself. I

3    was born and raised in Nuseirat. So for young people

4    in Nuseirat, especially those who wanted to achieve

5    something in academia or journalism, or they always

6    look up to me, you know, that I am someone from their

7    neighborhood or someone from their refugee camp who,

8    you know, did something with his life. So, and

9    whenever they do, I'm always, you know, I'm always

10   kind, always supportive of their work. Anything I

11   could help them with, I would. Yeah, so that's really,

12   that's why he connected with me or contacted me. Years

13   and years ago, you know, and then we were working

14   together or I used him for some of my projects in Gaza

15   related to a book I did that was published by Clue to

16   Press in London. And aside from that, we really didn't

17   do a lot of, you know, he went to do his PhD and he

18   just disappeared for years, you know, and that was

19   that.

20       Q    Did he originally contact you by email or

21   some other means?

22       A    Youself? Yeah, yeah. It had to be by email

23   because, I mean, he didn't have my number or anything

24   like that.

25       Q    Do you have any sense on what year it would ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    112

1    have been when Youself approached you?

2        A    I mean, that would have had to be like 12,

3    13 years ago. I mean, it's just a guess, honestly, I

4    can't remember because at the time he was still

5    working on his BA and since then he has done so much

6    and finished his PhD. So it must have been many years,

7    but I don't have a specific recollection of the year.

8        Q    Have you ever met Youself in person?

9        A    I met Youself in person.

10       Q    When?

11       A    The first time we met, I think we met maybe

12   twice. And I think both of them were in Istanbul at

13   just various Palestine conferences.

14       Q    And what did you talk about when you met him

15   in person?

16       A    What did I talk with Youself about? How's

17   the family? How was life? What's going on? Then you

18   talk politics, of course. You know, I mean, that's

19   what we do in Gaza. He always has a very cynical view

20   of politics. The reason that I kind of worked with him

21   is he is also non-affiliated, non-factional. And that

22   kind of gives you more space for political

23   conversations, but really mostly, if not entirely,

24   from just in his capacity as a young academic.

25   And I'm an older academic and talking about projects. ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    113

1    I want to do my PhD in this subject. You know, that

2    sort of thing.

3         Q    Did you know Youself's family?

4         A    Not Youself's family. Okay, the Aljamal

5    family is a prominent family in Nuseirat. And people

6    are kind of, they all know each other in a sense.

7    In many, many years ago, 1988, my mom was, she had

8    cancer. And she was, you know, she was very frail and

9    she had no opportunity to go to hospitals. The

10   hospitals we've had in Gaza were very kind of run

11   down. And so we had a neighbor who offered help. And

12   that neighbor happened to be Abdallah's father. His

13   help really was basically just giving her painkillers

14   until she died in the camp. And that was that. So when

15   Abdallah contacted me all these years ago, saying,

16   hey, I have this cousin who wants to be a journalist.

17   And I was like, oh, what's his name, Abdallah? You

18   know him? I don't know him, many years ago, never met

19   him. He said, well, his dad is Dr. I can't remember--

20   I think his dad's name is Youself as well, but I'm not

21   really certain. He said, this is the guy who treated

22   your mom all these years ago. So really, that's the

23   only connection I've had to the Jamal family, is just

24   the memory of, I was 11 years old at the time, just

25   the memory of his dad that's coming to the house to ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    114

1    give mom the injection.

2         Q    So the father of both Abdallah and Youself

3    was a doctor?

4         A    No, Youself and Abdallah are, sorry to

5    interrupt you, but they are cousins.

6         Q    Oh, they're cousins.

7         A    They're father of Abdallah.

8         Q    Abdallah's father, okay. Youself's uncle.

9    But Abdallah's father would have treated your mother

10   when you were a boy?

11        A    Yeah.

12        Q    Okay. You mentioned a few times being from

13   Nuseirat. Could you just explain to me a little bit,

14   you mentioned a couple of things about people always

15   know each other. I don't know that much about the

16   region. Could you just explain what the Nuseirat

17   refugee camp is and how big it is and kind of how life

18   works there?

19        A    With pleasure, of course. So in 1948, when

20   Israel was established, the people who lived in the

21   area later on named the Gaza Strip, the Gaza region,

22   or they called it the Gaza district at the time, was

23   made mostly of nomadic tribes and fewer Socratic

24   families, Muslims and Christians. But then you had

25   this huge flood of refugees that amounted to something ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    115

1    like a quarter of a million. Most of them were crammed

2    into refugee camps that were run by the Quakers and

3    eventually by UNRWA, the UN Refugee Agency for

4    Palestinians. And they were divided mostly to refugee

5    camps like Nuseirat, Bureij, Maghazi, Khan Yunis. So

6    these are usually refugee camps that are adjacent to

7    big cities. And some of them are independent from

8    these cities. The Nuseirat refugee camp was built kind

9    of independent from any city in this kind of open area

10   that used to be roamed and owned by Bedouin and

11   nomadic tribes. But because most of those refugees

12   come from southern Palestine, they tend to know each

13   other because they are, you know, many of them from

14   same clans, families, tribes. And because they are

15   living in very, very condensed environment, you know,

16   there are very little spaces. And as a result, you

17   know, especially when the camps were this crowded, a

18   lot of people knew, you know, the Jamal family, the

19   Baroud family, the Muqaddimah (phonetic) family, and

20   so forth. So that's where, you know, you don't have

21   the leverage of living in a big city where people are

22   so far away from each other.

23        Q    You mentioned the clan. What's the

24   difference between a family and a clan?

25        A    A clan is usually constitutes of several ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    116

1    families. Sometimes you have a clan that is divided to

2    families of different last names, but essentially they

3    all kind of trace their origins back to the original

4    clan.

5        Q    And you said the Jamal family was a well-

6    known family in Nuseirat?

7        A    They are, yes.

8        Q    What is their reputation generally?

9        A    They were just, generally speaking, they

10   were always out of trouble, kind people. The fact

11   that, you know, the uncle was a doctor, that usually

12   isn't particularly popular in Gaza, especially in the

13   refugees area, with even more access to medical,

14   proper medical care and that sort of thing. But it was

15   just a family that were just well-known and respected,

16   although I doubt that it was a very large family. I

17   mean, I lived in Gaza when I was like relatively a

18   teenager, so I, you know, I wasn't so involved in the

19   details of people's lives.

20       Q    You said earlier that Youself worked for you

21   as a fixer? What did you mean by that?

22       A    A fixer, okay, so my work is related to

23   people's history, and people's history requires

24   interviewing a lot of people. Otherwise, you interview

25   a single person, you cannot possibly be a ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    117

1    representation of a crowd of people, of a nation. So I

2    needed to interview a lot of people. So one time I did

3    a book called The Lost Earth, a Palestinian story. And

4    I wanted to interview a large number of Palestinians

5    living all over the world. Gaza is part of that world,

6    of course, and I did not have access to Gaza. So I had

7    friends, Youself wasn't the only one. I had other

8    people helping me, kind of, I would describe to them

9    the kind of profiles I'm looking for, and they would

10   suggest several people. Then we would sit and we'd

11   talk, I would do an initial interview with that

12   person, and based on the outcome, I decide whether to

13   go into a longer interview, or just end with that,

14   meaning that that person does not really represent

15   this profile I'm looking for. He was always

16   accommodating, and he knew a lot of people, because he

17   also was a fixer for various journalists, mostly from

18   Europe, who worked in the Gaza area. So he has that

19   reputation of knowing how to connect people, and he

20   was very helpful in that sense.

21        Q    Did you ever pay any money to Youself for

22   his work?

23        A    To Youself I did, because for a while, when

24   he went to Istanbul, he was doing a PhD, and he got a

25   scholarship for his PhD. But he did not have enough ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    120

1    though, that we tried to pay him regularly, the amount

2    of about $250 per month, and that was the maximum.

3          Q    Okay. I want to go back to walking through

4    your relationship with Abdallah. You said that you had

5    originally been introduced to him by Youssef via email

6    around 2018 for the photo project. Is that correct?

7          A    For the Greek March of Return.

8          Q    When would have been the next time that you

9    had contact with Al Jamal?

10         A    With Abdallah.

11         Q    With Abdallah Al Jamal, yeah.

12         A    When I started working on my essay in a book

13   about alternative history to Palestine, and it was

14   kind of brief communication. I'm looking for pictures

15   of these particular areas. Can you do it? Yes, I can.

16   And then he sent me a whole bunch of pictures. I

17   forwarded that to be viewed, but the file wouldn't

18   open and we couldn't figure it out.

19         Q    Okay. And how did you communicate with him

20   at that time?

21         A    At that time, I communicated with him via

22   Hotmail. I mean email, but Hotmail, an account that I

23   haven't had access to for a long time.

24         Q    Do you remember what his email address was?

25         A    I do not know. ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    123

1     are willing to work with people who are just want to

2     get their story out. They want to get published as

3     long as they adhere to certain editorial guidelines

4     that we have regarding quality and style and area of

5     interest and so forth. But I'm not aware of him being

6     a journalist prior to that.

7          Q     When he reached out to you in 2023 about

8     publishing his material, did you ever discuss with him

9     whether he or not he'd be paid for it?

10         A     Prior? Yeah, prior to October '23, he didn't

11    really, I mean, he didn't publish material in the

12    Palestine Chronicle. I don't think there was anything

13    published by him. He just wanted the opportunity to be

14    published. So he would send photos that were, like,

15    done very poorly. He had an old camera, I presume, and

16    they were of no use. I mean, I would say that he only

17    began, or his material began, you know, getting

18    published in the Palestine Chronicle in the latest

19    form.

20         Q     Did you pay him any money for the photo work

21    that he did?

22         A     No.

23         Q     In 2018? 2018, no. And then when he started

24    publishing with you in 2023, did you have any

25    discussion with him about whether or not he would be ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    124

1   paid?

2        A    No, we haven't. At one point, and I think, I

3   don't know if the WhatsApp messages with Romana

4   indicate that, where he would say something to the

5   effect of, you know, if I could just get, you know,

6   maybe we can discuss me getting paid for gas or, you

7   know, or just some of the expenses. But none of this

8   materialized to anything, because we never paid him,

9   and he never really insisted on anything. He just put

10  it out there that if I could get compensated for some

11  of my expenses, as he was constantly on the move, you

12  know, from one school to the other, one shelter to the

13  other.

14       Q    Did you have a conversation with Romana

15  about what she should say to Abdallah when he's asking

16  for expense reimbursements?

17       A    I mean, I cannot recall that I did. I mean,

18  maybe. You know, maybe she, again, this is something

19  that's went on during the most extreme and mad times

20  you can possibly imagine. So did she at one point say,

21  Abdallah mentioned an issue about payment for gas or

22  something of that nature? I, but it's not a specific

23  conversation that I can recall, and I can enunciate to

24  you right now.

25       Q    Would you have instructed Romana not to ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    127

1    regular contributions came in the early months of the
2    war.
3         Q    How did you communicate with Abdallah?
4         A    Well, via the WhatsApp group.
5         Q    And that's a WhatsApp group that's preserved
6    on Romana's device, is that right?
7         A    That's correct.
8         Q    It's not preserved on your device?
9         A    No.
10        Q    Why is that?
11        A    Because I don't preserve anything on my
12   device. I delete everything, all the time.
13        Q    About how frequently would you message with
14   Abdallah on WhatsApp?
15        A    I didn't message with Abdallah, period. I
16   mean, it was Abdallah sending articles. You will see
17   it's a very kind of simple operation. He will send
18   things in Arabic, one, two, three articles or texts,
19   pictures, videos. And then Romana sometimes will take
20   them and will kind of publish them in a single
21   feature. As sometimes I will tell Romana, yeah, skip
22   this one, publish this one, add this one, mix article,
23   you know, things together because all I need is a
24   testimony of what is happening in Gaza. Nothing beyond
25   that. We tried as much as possible to avoid publishing ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    132

1    for the Ministry of Labor in Gaza without being an

2    affiliate of Hamas?

3        A    I would say yes, that's very much possible.

4    I mean, at least these movements, they try to appear

5    inclusive. I don't think it was in the application, a

6    precondition that they would have to be part of Hamas.

7    In fact, I know for a fact, because I've been writing

8    about this for many years, that they invested so much

9    in trying to appear at least inclusive so that they

10   would hire people from Fatah, from the PFLP, from the

11   Communist Party, and so forth and so on. So to make

12   the assumption that anybody would immediately have to

13   be a member of Hamas, I don't think that would be

14   consistent with the historical trajectory of how at

15   least the official version of Hamas acted when they

16   were in control of Gaza.

17       Q    Did you ever Google Abdallah before agreeing

18   to allow him to publish for the Palestine Chronicle?

19       A    No, I haven't.

20       Q    Did Romana?

21       A    No, she hasn't. I don't think.

22       Q    Isn't that different? Isn't your normal

23   procedure that you would Google someone before you

24   would let them publish for you?

25       A    I mean, you can ask Romana that question. ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                                    133

1    But for me, I knew everything I needed to know about

2    Abdallah previous to it through his cousin. You know,

3    he's from a general family. He's from Nuseirat. You

4    know, and that's that. Okay, fine. I wasn't asking him

5    to write me, you know, anything complex. Just send me

6    pictures from what's happening in the Great March of

7    the time. Are the pictures good? No. Then we just

8    moved on. But yeah, because of that, when someone

9    vouches for someone, that kind of immediately kind of

10   puts him in a different category. And I have that

11   happening often, where a scholar would vouch to say,

12   this scholar is my friend, and he wants to write a

13   book review. Well, because it comes from someone that

14   you already know and respect, makes it slightly

15   different.

16        Q    Did Youself vouch for Abdallah?

17        A    Yeah.

18        Q    What did he say about him?

19        A    Again, you're talking about something that

20   happened many years ago, and it's all done for legal

21   reference. So I don't know what he said, you know,

22   word for word. But I can imagine or, you know, he's

23   just like, you know, he's doing his master's degree.

24   He's really smart. He wants to be a journalist. Maybe

25   you want to look at his pictures and decide. ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    134

1        Q     Would this conversation have taken place

2    over text or email?

3        A     Most likely over the phone.

4        Q     Okay. You mentioned that one of the things

5    that made you comfortable with Abdallah was that he

6    was from Nuseirat. Is that right?

7        A     Nuseirat, yes.

8        Q     Nuseirat. I mean, there are also, correct me

9    if I'm wrong, aren't there also a lot of individuals

10   from Nuseirat who are affiliated with Hamas?

11       A     Yes, but what I meant is just someone that

12   you know, you knew his father, even as a child, and

13   you know his cousin, who has an established reputation

14   as a credible researcher and a fixer among many

15   journalists. And, you know, I mean, that's a lot more

16   than you would know about any other contributor.

17       Q     Have you ever met any of Aljamal's relatives

18   in person besides Youself?

19       MR. KOVALIK          I'm going to object as

20   to relevancy, but go ahead.

21       A     No, I haven't personally, aside from his

22   father, as I said, Dr. Youself. I think it is Dr.

23   Youself, honestly. It's, again, been a million years.

24   And Youself, who I had met the first time in Turkey.

25       Q     Have you ever met his wife, Fatima Aljamal? ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                        137

```
1        A    Can you scroll down a little bit?
2             MR. KOVALIK        I'm just going to, if I
3    may, I'm going to object to this exhibit as being
4    outside the timeline of this case and irrelevant, but
5    you may comment on it.
6        A    Okay, if you don't mind just scrolling a
7    little bit, I just want to see if there's any direct
8    interviews.
9        Q    Yeah, let's look at the interview there,
10   beginning with They Killed My Cat. Yeah, and it's an
11   interview with Wafa' Samir Ibrahim al-Bis. Does that
12   jog your memory at all in this article?
13       A    Exactly, yes. So he did conduct interviews,
14   obviously.
15       Q    So who is Wafa' Samir Ibrahim al-Bis?
16            MR. KOVALIK        I'm going to object this
17   to relevancy, but go ahead.
18       A    I mean, I don't know her as a person. My
19   career spans, I don't want to say thousands, but I
20   mean, that's what they do for living on a daily basis.
21   She was in prison in Israel, and there's a particular
22   story affiliated with her in which they, you know, as
23   part of the psychological torture she experienced was
24   killing her cat she was looking after in the prison.
25   So that was one of the stories I selected. ?
```

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    138

1      Q    So just based on the first line there, she
2  was someone who, when she was 16, she wore an
3  explosive belt and attempted to conduct a suicide
4  bombing against Israeli soldiers. Is that right?
5           MR. KOVALIK        I'm going to object
6  because, first of all, the article speaks for itself,
7  but second, it's irrelevant, but go ahead.
8      A    Yeah, I mean, again, I'm a journalist. If
9  Trump would allow me to interview him, I would. And if
10 a wannabe suicide bomber wants me to interview him, I
11 would. I mean, that's what I do for living. And, you
12 know, I'm publishing it publicly and talking about it
13 publicly.
14     Q    Yeah, I understand. I was just asking if
15 that's who this was. So did Aljamal, was he the one
16 who conducted the interview?
17     A    I believe, yes.
18     Q    Okay. And then she says a little further
19 down, could you go down below the picture? Stop there.
20 Sorry, Daniel, where's the part where she talks about
21 who trained her?
22           MR. BRUCE     I think it might be back
23 above the picture. Let's go back up. It's the first
24 sentence at the top of this page.
25     Q    So she says at the top of the page that I ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    140

1          MR. KOVALIK          Objection. Relevancy.

2    Go ahead.

3        A    Arranged it as in contacted the lady? Yeah,

4    most likely this is how I would work with my fixers. I

5    have an idea and I'm looking for people who could fit

6    into or contribute to an article. So most likely

7    Abdallah would have suggested that he knows of this

8    prisoner. I mean, there are freed prisoners all over

9    Gaza. I mean, you can look at your neighbors on the

10   right, on the left, you're going to find one of them

11   is a freed prisoner. So most likely he suggested it,

12   as I did not know her prior.

13       Q    How was Abdallah able to get an interview

14   with someone who had been a suicide bomber?

15          MR. KOVALIK          Objection. Relevancy,

16   but also, you know, calls for speculation. Go ahead.

17       A    Yeah, but I mean, my opinion, it's just, I

18   mean, the easiest thing in the world. This is Gaza.

19   And it has a lot of people with all sorts of

20   backgrounds and various involvements and political

21   movements and militant movements. So if you're a good

22   fixer, I mean, it should be straightforward, really.

23       Q    So you didn't find it suspicious that

24   Abdallah was able to get an interview with a suicide

25   bomber? ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    141

1        A    No, not at all.

2        Q    Did you work on any other projects with

3   Aljamal beyond what we've discussed?

4        A    Beyond this prisoner project, no.

5        Q    What was Abdallah's position with Palestine

6   Chronicle?

7        A    He didn't really have a position. He was a

8   contributor like everybody else. But as I indicated,

9   due to the frequency of the articles we published by

10  him during the war, we, you know, gave him the title

11  correspondent. And I explained the motive behind that.

12  But essentially, he was just really a contributor like

13  everyone else.

14       Q    And did you ever write to him to tell him

15  that you were giving him the title correspondent?

16       MR. KOVALIK        Objection, asked and

17  answered. Go ahead.

18       A    No, I haven't.

19       Q    You just one day just updated the website to

20  correspondent without telling him?

21       A    Yes.

22       Q    And then the day after he was killed, you

23  changed the website to make him back being listed as a

24  contributor, not a correspondent, right?

25       A    Correct. ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                              142

1        Q    Why did you do that?

2        A    Well, because there was a massive attack on

3    the Palestine Chronicle by people within the far right

4    that seemed to be very organized, coming from

5    individuals on Twitter and elsewhere, targeting anyone

6    affiliated with the Palestine Chronicle, anyone who

7    ever published in the Palestine Chronicle. There were

8    lots of death threats, lots of doxing. So, of course,

9    the first thing I needed to do is to protect the

10   people affiliated with the Palestine Chronicle.

11   So that's the first thing that I've done. It's one of

12   the steps that I did is to, you know, I mean, the term

13   correspondence there was put for a reason that if

14   Abdallah is ever aware of it, he wants to utilize it

15   for getting freelance work elsewhere. That's great.

16   Now that he was dead, it had served no purpose. Aside

17   from just really inviting more hate speech, racism,

18   death threats to the Palestine Chronicle, it served no

19   purpose whatsoever. Therefore, I changed it to

20   contribute.

21       Q    When you decided to first take on Aljamal as

22   a correspondent or a contributor, did you—we already

23   talked about Googling—did you ever check his social

24   media?

25       A    No, I haven't.  ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    148

1    checked to see if that is the case, and indeed we

2    were.

3        Q    Did you communicate with him on Facebook at

4    all?

5        A    No, I haven't, except there was one occasion

6    in which I usually open my Facebook for people on my

7    birthday, because people end up sending hundreds of

8    messages, and I just don't have the time to respond

9    personally to everyone. So I open it up and people

10   would just put their own comments, and I would like.

11   So I discovered that there was a single exchange

12   where, along with hundreds of people, he said, happy

13   birthday, and I liked it.

14       Q    At any point, did you view any posts on

15   Facebook from Aljamal?

16       A    I don't think so. I don't recall because, as

17   I said, I only recently discovered that we were

18   actually Facebook friends.

19       Q    Okay, and it sounds like you also never

20   viewed Aljamal's Facebook page.

21       A    I don't think I have.

22       Q    Can you pull up tab 16, please? Do you

23   recognize this post?

24       A    I don't recognize it, no.

25       Q    This is a post that kind of speaks for ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    155

1        A      I presume that it is the Hamas headband.

2    It's not very clear, the writing on it.

3        Q      But that's how it looks to you?

4        A      I know that they use the color green. I'm a

5    little bit surprised by the black shirts of the men

6    behind because that's not a Hamas color. It just says

7    Palestinian on it, which means Palestinian. So I

8    cannot really guarantee that this is a Hamas-related

9    post. It could be. It might not. Do you mind if you

10   kind of go up a little bit?

11       Q      Yeah.

12       A      Information--

13       Q      We can zoom in on the picture if that's

14   helpful.

15       A      Yeah, that's what I meant. Sorry. Okay.

16   And go down. Yeah, it's not clear. It really could be

17   a Hamas headband. I'm not certain. I'm not certain

18   because the shirts themselves give a different

19   indication.

20       Q      If it was a Hamas headband, would it concern

21   you to have a Palestine Chronicle journalist

22   publishing a picture of a child wearing a Hamas

23   headband?

24            MR. KOVALIK        I'm going to object as

25   to calling for a hypothetical, but go ahead. ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                              157

1    stash says Dar something, which means the house of. I

2    don't know what the house of what. The hair of the boy

3    is covering the writing on the headband. So I have no

4    idea what this organization or what this particular

5    reference is about.

6         Q    Okay, you can take down the photo and bring

7    up tab 19. But while you're doing that, I can ask some

8    preliminary questions. Dr. Baroud, are you on TikTok?

9         Q    I am, yes. When did you start on TikTok?

10        A    I would say about two years ago.

11        Q    How often do you check it?

12        A    Not often at all. I used to, but not at all.

13   I mean, I just only when I have something to post and

14   that's that.

15        Q    So roughly how frequently do you go on

16   TikTok?

17        A    I mean, I go like every day to see if there

18   is any, you know, sometimes some of your videos go

19   viral. Sometimes they don't. I would say I would spend

20   an average of literally a few seconds just to check if

21   there's anything that has gone viral. And then I turn

22   it off.

23        Q    You check every day, but only for a few

24   seconds?

25        A    Yeah. I check all of my social media ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    158

1    accounts very quickly.

2          Q    You're a minority. I feel like TikTok is

3    known for being very addictive.

4          A    Yeah, I wish I had that kind of time.

5          Q    How many followers do you have on TikTok?

6          A    I think about 20,000.

7          Q    That's a lot.

8          A    Is it? Some of the intellectuals have

9    millions, so I'm quite jealous.

10         Q    How many posts do you make on TikTok?

11         A    I used to do-- I'd post quite frequently.

12   Maybe once or twice a week. For me, that would have

13   been frequently. But as of late, I haven't. Sometimes

14   four months would pass without any posts.

15         Q    Have you ever viewed any TikToks from

16   Abdallah Aljamal?

17         A    No, I haven't. But I usually-- TikTok is

18   different, as you know, than Facebook. I mean,

19   Facebook, you kind of see all the information of all

20   the individuals. But with TikTok, you could just move

21   so very quickly. Did I look at something not knowing

22   that is from Abdallah? But intentionally and

23   deliberately, I do not recall ever seeing a post by

24   Abdallah Aljamal on TikTok. Nor did I know that he was

25   on TikTok in the first place. ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                 164

1    it was good. He was just saying daring. I mean,

2    understanding the context, of course, it was.

3         Q    Is this an opinion piece or a news piece?

4         A    It was more like a feature.

5         Q    What does a feature mean?

6         A    A feature kind of allows for the voice of

7    the writer to appear in the writing, unlike a news

8    report, which the writer has to be entirely detached.

9    But at the same time, it allows for direct quotes and

10   interviews with others.

11        Q    But comments of this nature didn't give you

12   any pause that maybe he had some sympathy for Hamas?

13        A    Most Palestinians sympathize with Hamas. I

14   mean, how do I know?

15        Q    Okay. Can we go to 15, please? So this is

16   another article in the Palestinian Chronicle written

17   by Aljamal, and it appears to be a eulogy for the

18   mayor of Nuseirat, Dr. Iyad Maghari. Are you familiar

19   with Dr. Iyad Maghari?

20        A    I am not, no.

21        Q    You're not familiar with the mayor of

22   Nuseirat?

23        A    No, I'm not.

24        Q    Just kind of based on your expertise, would

25   someone be able to become the mayor of Nuseirat if ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                165

1    they were not a member of Hamas?

2         A    No, I don't think that's a precondition.

3         Q    You can pull that down. So between October

4    2023 and his death, Aljamal published over 100

5    articles with the Palestine Chronicle. Does that sound

6    correct to you?

7         A    It sounds correct, yes.

8         Q    That's a fair amount of content, is it not?

9         A    What do you mean by that?

10        Q    Let me rephrase that. Did you have any other

11   writers who were publishing as often as he was during

12   that time period?

13        A    No, because he was the one who was the most

14   active. Several of them were killed in the war. Some

15   disappeared.

16   Some escaped. So as an editor, I'm, you know, the

17   last, if I have a few lasting, you know, writers who

18   are able to communicate the message, of course, I

19   would have to invest time in that in terms of time to

20   edit and publish.

21        Q    Did you ever have any discussions with

22   Aljamal about the volume or frequency of his

23   reporting?

24        A    Not to the contrary, because, I mean,

25   people, during, especially during the early part of ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    180

1    is. You can stop there. Here Abdallah says on May

2    16th, 2024, he gives his PayPal email, hslibrarygaza

3    at gmail.com.

4           A    Okay.

5           Q    Why is he sending his PayPal address to you

6    all?

7           A    If you read the information above, he was

8    suggesting that there are numerous children in the

9    camp who haven't had a haircut for months. He said

10   that we have a barber who is willing to give a number

11   of them haircuts at a discounted price of $500. He

12   says if you could send them here and I told Romana not

13   to do that because that kind of falls outside the

14   nature of our work. As admirable as the initiative

15   was, it wasn't our thing.

16          Q    Have you seen that email address before,

17   that hslibrarygaza at gmail? Is that familiar to you?

18          A    The email is not familiar to me, no.

19          Q    Okay. Can you go to tab 25? So do you

20   recognize this document?

21          A    I don't recognize it. I'm sure that's

22   something that Romana sent from her side.

23          Q    Will you scroll down just to, yeah, right

24   there. So these are financial records that you all

25   produced to us. And you see it says there in the ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    186

1   then it says, via PayPal, payment to Youself El-Jabba

2   (phonetic), HS library. What is this payment for?

3       A    So that kind of adds up now. So Youself,

4   this is the email that Youself has provided to get

5   paid for his services. As I said, he worked with us

6   for a while, and this is the email he provided for

7   services.

8   So most likely, Abdallah was suggesting to use the

9   same email that his cousin has used, so that his

10  cousin might be able to actually give the money to

11  him.

12      Q    So Abdallah Aljamal and Youself Aljamal are

13  using the same PayPal account to receive money?

14      A    Yeah, I mean, this is Gaza. Many people are

15  using the same accounts. You know, an individual who

16  will kind of distribute the money to people who need

17  to get paid, but yeah, it kind of makes sense.

18      Q    Oh, by the way, was Youself ever in the

19  Palestinian Naval Police?

20      A    Youself, I don't think so, no.

21      Q    Okay, you can take that down. So given

22  everything you know now, do you now believe that

23  Abdallah Aljamal was a member of Hamas?

24      A    I don't think Abdallah Aljamal was a member

25  of Hamas. ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                    189

1   Palestinians in one state, and suddenly I am, you
2   know, lumped into this whole discussion and this whole
3   category. It's sad. It's disappointing. It doesn't
4   change my mind in any sense, because until now I don't
5   know. I don't know them. I don't know their motives. I
6   don't know what they have to say. My answer about
7   Abdallah was based on my personal observation, and if
8   I had the least indication that he might have been
9   involved in anything, not just hostage taking, but any
10  form of militancy whatsoever, I would have
11  disassociated from him a long time ago. My reputation
12  matters to me greatly, and my mission in life, with
13  all due respect to Abdallah and everyone else, it
14  surpasses that of trying to protect an individual, you
15  know, for any reason.
16       Q    You spent a career as a professional
17  journalist. Would you say you're good at assessing
18  people's credibility?
19       A    I would say so, yeah.
20       Q    Would you say you're good at seeing warning
21  signs or red flags?
22       A    Yeah, I should be able to. I mean, it's
23  just, it's my job, yeah.
24       Q    And you're also probably good at doing
25  investigations? ?

Transcript of Ramzy Baroud
Conducted on September 16, 2025                          190

1        A    I do, yeah.

2        Q    Okay. So knowing, if you could do it all

3   over, knowing everything you know now, would you still

4   allow Abdallah Aljamal to write for the Palestine

5   Chronicle?

6             MR. KOVALIK        I'm going to object.

7   It's completely irrelevant that, what he thinks now.

8   But if you want to answer, go ahead.

9        A    Knowing that I'm sitting here in front of

10  you, having to answer these questions, I wish I

11  didn't. But not because Abdallah Aljamal did or didn't

12  do anything wrong. I just, I don't know anything about

13  that matter. But because I, you know, my time is

14  extremely valuable. My family needs me, and this is a

15  great deal of stress on me and my family. I wish that

16  I wasn't in any way involved in this conversation. So

17  if, I would have not done it just because I don't want

18  to be involved in this, not because I thought that

19  Abdallah was involved in anything.

20       Q    Yeah, but putting aside the liability of it,

21  even knowing everything you know now, do you believe

22  Abdallah did anything that would disqualify him from

23  being a writer for the Palestine Chronicle?

24            MR. KOVALIK        Again, I'm going to

25  object. I don't see how that's relevant, what his ?

# EXHIBIT B

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

------------------------------------------------------------x

ALMOG MEIR JAN, ET AL.

                Plaintiffs,

                                        Case No: 3:24-CV-05553-TMC

      v.

PEOPLE MEDIA PROJECT, ET AL.,

                Defendants.

------------------------------------------------------------x

### EXPERT REPORT AND DECLARATION OF DR. MATTHEW LEVITT

      I, Dr. Matthew Levitt, of the City of Washington, D.C., this 15th day of October, 2025, declare pursuant to 28 U.S.C. § 1746 subject to penalties of perjury as follows:

**A.**      **Nature of this Expert Witness Report**

      1.      I have been asked by counsel for the plaintiffs in the case of *Almog Meir Jan v. People Media Project et al.* to provide my professional opinion concerning: background on Hamas; the Hamas attack of October 7, 2023; the purpose of Hamas attacks, including hostage taking; Abdullah al-Jamal's publicly known ties to Hamas; how funds provided to al-Jamal would have facilitated his ability hold hostages in his home, and how receipt of funds through convoluted schemes suggests the parties involved knew they were involved in illicit financial conduct.

      2.      My opinion, as set forth below, is based upon my academic studies, research, field research, travel in the Middle East and work in counterterrorism intelligence over the course of many years with a particular focus on Hamas and more generally on terrorism in the context of the

Israeli-Palestinian conflict. During the course of my career, I have obtained information from numerous sources, including conversations with experts, officials, academics and others, academic and professional lectures and review of books, newspapers, academic and policy journals, and research these materials on the internet (including the websites, video and audio clips and images on sites geared towards counterterrorism and those of terrorist groups and their sympathizers as well). Sources relied upon are cited in footnotes through this report, and copies of these sources will be produced contemporaneously with this report. Moreover, in preparing this opinion, I have examined the complaint in the above-referenced case filed by the plaintiffs against the defendants, as well as a screenshot of Abdallah Al-Jamal's June 6, 2023, Facebook post that was produced in discovery and bears the Bates No. PCPL000268–PCPL000269.

B.    **Summary of Opinions**

3.    Based on my knowledge, experience, training and education, and drawing on my own extensive research, it is my expert opinion that:

- Hamas carried out the October 7, 2023, attack, for which the group has claimed responsibility, and which have been widely condemned as war crimes and crimes against humanity.

- It was well known in the days and weeks after the October 7, 2023, attack that Hamas carried out the attack and was holding over 200 hostages in Gaza.

- While the scale of Hamas kidnapping on October 7, 2023, was unique, Hamas has a long history of hostage taking.

- Hamas has a long history of gaining financial and other support from networks of supporters in the United States.

- Abdullah al-Jamal held an official position within the Hamas government in Gaza, was part of a prominent family with well-known ties to Hamas and was himself known to be affiliated with Hamas. Hamas would not entrust Israeli hostages taken on October 7, 2023, to random Gazans unaffiliated with and untrusted by Hamas.

- Any funds provided to Abdullah al-Jamal would have helped facilitate his ability to hold kidnapped Israelis hostage in his home. Given the financial crunch of

3

wartime Gaza, the provision of even small amounts of money would be significant. Sending such funds through convoluted schemes, rather than through an account at the Bank of Palestine or directly to the ultimate recipient through other means, suggests the parties involved knew they were involved in illicit financial conduct.

C.    **Professional Background**

4.      My qualifications as a noted expert in international terrorism, with a focus on Middle East terrorist groups like Hamas and State Sponsors of Terrorism like Iran, are based on a multidisciplinary combination of my academic education, professional training and experience.

5.      I am a United States citizen, residing in the Washington, D.C. area. I hold both a Master's of Law and Diplomacy (MALD) and a Ph.D. in International Relations from The Fletcher School of Law and Diplomacy at Tufts University. The Fletcher School, a member of the Association of Professional Schools of International Affairs and one of the preeminent graduate programs in international affairs in the United States, is renowned for its interdisciplinary curriculum and approach to international studies.

6.      My Master's degree included concentrations in Conflict Resolution, International Security Studies, and the Middle East. My doctoral dissertation entitled "The Impact of Acute Security Crises on the Process of Ongoing Negotiations," examines the impact of terrorism on the Arab-Israeli peace process. The dissertation examines acts of terrorism carried out by both Islamic and Jewish terrorists. I was awarded several fellowships and grants in support of this research, including a graduate research fellowship from the Program on Negotiation at Harvard Law School. While at Harvard I conducted extensive field research in the West Bank and Gaza Strip. In a letter supporting my application for funding for my doctoral work, an assistant director of the FBI described the project as one that "will be of great benefit to the FBI and the U.S. Intelligence Community (USIC)."

4

7.       Prior to joining the Washington Institute, I served as a counterterrorism intelligence analyst with the Federal Bureau of Investigation (FBI) providing tactical and strategic analysis in support of counterterrorism operations. There I developed a special focus on fundraising and logistical support networks for Middle East terrorist groups. In addition, I participated as a team member in a number of crisis situations, including the terrorist threat surrounding the turn of the millennium and the September 11 attacks.  In my official capacity as a U.S. government intelligence analyst, I researched and analyzed trends and patterns of international terrorist groups, produced written products and oral presentations for FBI management, FBI field agents and other agencies, and liaised with U.S. intelligence community counterparts, other U.S. government agencies, and foreign services.  I received extensive training and developed particular expertise in the analysis of material collected through investigations and the synthesis and further analysis of this material together with other sources of information provided by other agencies, open source information, and more.  In this capacity I also made several trips to the Middle East.  Indicative of my expertise, I earned three letters of commendation for my analytical contributions to FBI counterterrorism operations, as well as five awards in recognition of superior service rendered to the FBI.

8.       In November 2001 I joined The Washington Institute for Near East Policy as a Senior Fellow in Terrorism Studies.  Founded in 1985, The Washington Institute seeks to "advance a balanced and realistic understanding of American interests in the Middle East" by bringing "scholarship to bear on the making of U.S. policy in this vital region of the world."  The Institute's Board of Advisors includes several former Secretaries of State, a former Director of Central Intelligence, and other former senior government officials and diplomats.  The Washington

5

Institute holds annual conferences and periodic policy forums, hosts blue-ribbon presidential study groups, and publishes scholarly research.

9.      From November 2005 through January 2007 I served as Deputy Assistant Secretary for Intelligence and Analysis in the United States Department of the Treasury.  In that capacity, I served both as a senior official within the department's terrorism and financial intelligence branch and as deputy chief of the Office of Intelligence and Analysis, one of sixteen U.S. intelligence agencies coordinated under the Office of the Director of National Intelligence. During my tenure at Treasury, I was at the center of the government's efforts to protect the U.S. financial system from abuse and to deny terrorists, weapons proliferators, and other rogue actors the ability to finance threats to U.S. national security.  In recognition of exceptional service to the department, in January 2007 I was awarded the Treasury Department's "Exceptional Service Award."  In 2008-2009 I also served as an advisor on counterterrorism and intelligence for the U.S. State Department's Special Envoy Middle East Regional Security (SEMERS) whose mission was to help achieve the Secretary of State's vision of resolving the Israeli-Palestinian conflict through two states living side by side in peace and security.

10.      In February 2007 I returned to the Washington Institute, where I am a Senior Fellow and Director of the since renamed Stein Program on Counterterrorism and Intelligence.  In this capacity, I am frequently sought after as an analyst and commentator on terrorism issues for major media outlets including CNN, ABC, NBC, CBS, PBS, The New York Times, The Washington Post, The Wall Street Journal, National Public Radio, BBC, al Jazeera, al Arabiya, and more.  I have lectured and consulted on terrorism for a variety of government and other organizations, including the U.S. Departments of State, Homeland Security and Justice, the Commission on Terrorist Attacks Upon the United States (9-11 Commission), the Financial Transactions Reports Analysis

Centre of Canada (FINTRAC), the Canadian Security and Intelligence Service, Department of Justice Canada, and others, and write frequent policy briefs and articles on issues relating to terrorism and U.S. policy.

11.  I am an adjunct professor at both Georgetown University's Edmund A. Walsh School of Foreign Service and at Pepperdine University's School of Public Policy.  I have also taught as a Professorial Lecturer in International Relations and Strategic Studies at Johns Hopkins University's School of Advanced International Studies (SAIS).  Along with a collection of journal articles and edited volumes, I am also the author of *Targeting Terror* (Washington Institute, 2002), *Hamas: Politics, Charity and Terrorism in the Service of Jihad* (Yale University Press, 2006), *Negotiating under Fire: Preserving Peace Talks in the Face of Terror Attacks* (Rowman & Littlefield, 2008) and *Hezbollah: The Global Footprint of Lebanon's Party of God* (Georgetown University Press, 2013)*.*  A full list of my books, monographs, journal articles, editorials, and policy briefs is available in my professional C.V, which is attached hereto as Exhibit A.

12.       I have developed particular expertise on the terrorist group Hamas, as evidenced from the many publications I have written on the subject, from newspaper editorials and peer reviewed journal articles to Congressional and court testimonies and books.  I am also the author of a peer-reviewed book on Hamas, published by Yale University Press.  Former CIA director R. James Woolsey described the book as "Far and away the best thing on this subject I've ever seen; well-written, careful, professional, fascinating."[1]  In the words of former senior U.S. government official Daniel Benjamin, "Levitt is undoubtedly one of the world's foremost experts on Hamas and an outstanding commentator on terrorism in general."[2]

---

[1] See https://yalebooks.yale.edu/book/9780300122589/hamas
[2] See https://yalebooks.yale.edu/book/9780300122589/hamas

13.    At The Washington Institute my work includes the study of Middle Eastern terrorist groups, front organizations and state sponsors, the logistical and financial support networks that facilitate their activities, and the extremist and militant ideologies that drive their recruitment and radicalization efforts.  In my efforts to study and understand terrorism and militant Islamist ideology I interview experts, officials, academics and others with insight into these issues, both in the United States and Europe and in the Middle East.  I engage in private, personal meetings, public conferences, group discussions, and talks that are both on and off the record.  I travel to the Middle East regularly, including trips to the Palestinian territories, Israel, Jordan, Egypt, Bahrain, Kuwait, Qatar, Saudi Arabia, the UAE and Turkey.  I also attend conferences and academic and professional lectures, and read books, newspapers, academic and policy journals, and research these materials on the internet (including the websites, video and audio clips and images on sites geared towards counterterrorism and those of terrorist groups and their sympathizers as well).  These are the standard sources and methods in the academic and policy communities for developing the kind of specialized knowledge and expertise I have accumulated – and for which I have been awarded and commended – in my field.  Indeed, the Sixth Circuit has described my research methodology as "the gold standard."[3]  And, in a watershed ruling upholding the constitutionality of the material support statute §2339B, the Supreme Court of the United States cited my work twice to support its position.[4]

14.    Compiling information from sources such as these, I study and evaluate the information and data I collect, and write about and lecture on my findings.  I engage in regular discussions with other experts both to compare notes and as a means of affording myself an

---

[3] See *United States v. Damrah*, 412 F.3d 618, 625 (6th Cir. 2005).

[4] See *Holder v. Humanitarian Law Project*, 561 U.S. 1, 30–31 (2010).

8

ongoing process of peer-review and fact-checking.  When providing expert testimony in criminal

court cases, I also review evidence provided by the prosecution.

15.     In addition to my work at the Institute, I use my specialized expertise to teach and

consult, both for the U.S., and other governments and private sector firms).  I was a member of the

Council on Foreign Relations' task force on terrorist financing, and have served as a member of

the international advisory boards for the Institute for Counter-terrorism (ICT) in Israel, the

International Centre for Political Violence & Terrorism Research (ICPVTR) in Singapore, and the

Emirates Center for Strategic Studies and Research (ECSSR).  I served as a CTC Fellow at the

Combating Terrorism Center (CTC) at U.S. Military Academy (West Point), a senior fellow at The

George Washington University's Homeland Security Policy Institute, and am a life member of The

Council on Foreign Relations.

16.     The awards and honors I have received include:

- Faculty and Staff Career Champion 2022, Georgetown University, 2022
- Andrew H. Siegel Professorship in American Middle Eastern Foreign Policy, Georgetown University, 2021-2022
- U.S. Embassy Expert Speaker Grant, U.S. Embassy Berlin, May 2019
- Certificate of Appreciation, United States Secret Service, 2015
- Certificate of Recognition, U.S. Departments of Justice and State and the International Institute for Justice and the Rule of Law, October 2015
- U.S. Marine Corps Forces Cyber Command, Letter of Appreciation, April 3, 2013
- Certificate of Appreciation, Federal Bureau of Investigation, March 2013
- Exceptional Service Award, U.S. Department of the Treasury, January 2007;
- Certificate of Appreciation, United States Central Command Directorate of intelligence, February 2006;
- Selected by CNN as one of "The 2005 New Guard: Washington's Next Generation of    Newsmakers," April 2005;
- European Union Visitors Program (EUVP), 2005;

- Visiting Scholar, Security Studies Department, the Paul H. Nitze School of Advanced International Studies (SAIS), Johns Hopkins University, March 2003;

- U.S. Department of State Speaker and Specialist Grant (2), April 2002 (lectures in Lithuania), and January 2003 (lectures in Austria);

- Letters of Commendation from Deputy Assistant Director (3), Federal Bureau of Investigation, July 2000, August 2000, July 2001;

- Performance Awards (2), Federal Bureau of Investigation, December 1999, November 2000;

- Special Act or Service Award, Federal Bureau of Investigation, September 1999;

- Graduate Research Fellow, The Program On Negotiation at Harvard Law School, 1997-1998;

- International Security Studies Fellow, International Security Studies Ph.D. Dissertation Fellowship, the Fletcher School of Law and Diplomacy, 1996-1997;

- International Security Studies Program Graduate Student Research Grant on the Emerging Issues of Ethnic, Sectarian, and Religious Conflict, William H. Donner Foundation, 1996;

- Doctoral Scholarship, the Fletcher School of Law and Diplomacy, 1995-1996;

- Sarah Scaife Frank Rockwell Barnett Memorial Grant in International Security Studies, The Fletcher School of Law and Diplomacy, 1994 and 1996

17.    In addition to my work at The Washington Institute, I use my specialized expertise to teach and consult, both for the U.S., and other governments and private sector firms).  I have served as a member of the Council on Foreign Relations' task force on terrorist financing, and sat on the international advisory board for the International Centre for Political Violence & Terrorism Research (ICPVTR) in Singapore.  I have served as a CTC Fellow at the Combating Terrorism Center (CTC) at U.S. Military Academy (West Point), as a senior fellow at The George Washington University's Homeland Security Policy Institute, and am a member of the international advisory

boards for the Institute for Counter-terrorism (ICT) in Israel.  I am a life member of The Council on Foreign Relations.

18.    I am frequently called upon to testify before the United States Senate and House of Representatives as an expert on international terrorism, militant Islam, and terrorist financing.  I have been qualified as an expert witness and provided expert testimony in many U.S. federal court proceedings and have testified as an expert in several terrorism-related immigration cases in the U.S. and Canada, as well as in terrorism-related cases in France, Denmark and Scotland.  Many of these cases involved Hamas and/or Iran. A list of these cases is included in my C.V.

19.     I am being compensated at a rate of $550.00 per hour for my work on this case, in addition to a $10,000 flat engagement fee. My opinions are my own, however, and I am compensated for my time whatever my opinions may be.

D.    **Background on Hamas**

20.    From its inception, Hamas (an acronym for Harakat al Muqawama al-Islamiya, or Islamic Resistance Movement) has been explicitly dedicated to the destruction of the State of Israel and the establishment in its place of an Islamist Palestinian state in all of what was once British Mandatory Palestine--a territory that today comprises Israel, the West Bank, and the Gaza Strip.[5] Its core ideology is manifest in its 1988 charter, which rejects any permanent peace with Israel on religious, nationalist, and ideological grounds.  The Hamas charter also states that: "The Islamic Resistance Movement believes that the land of Palestine is an Islamic Waqf (Trust) consecrated

---

[5] The Covenant of the Islamic Resistance Movement, August 18, 1988, see, e.g. Article 2 of Hamas's charter that states the movement (i.e. Hamas) is a wing of The Muslim Brotherhood. In Articles 6, 7, 11 and 13 of the charter, there are repeated references to the establishment of a Muslim state in Historical Palestine and of the necessity to wage Jihad in order to free all of Palestine and to destroy the Jews.  See: http://avalon.law.yale.edu/20th_century/hamas.asp

for future Muslim generations until Judgment Day.  It, or any part of it, should not be squandered: it, or any part of it, should not be given up."[6]

21.    The Hamas charter calls for the creation of an Islamic state, rather than a secular one: "Secularism completely contradicts religious ideology.  Attitudes, conduct and decisions stem from ideologies."[7]

22.    It therefore flows logically, according to the charter, that with respect to negotiations with Israel and the prospect of any international peace conference: "There is no solution for the Palestinian question except through Jihad. Initiatives, proposals and international conferences are all a waste of time and vain endeavors.  The Palestinian people know better than to consent to having their future, rights and fate toyed with."[8]Hamas was formally established in December 1987.  Hamas' activities span three primary areas covering the group's political, social and charitable, and military operations.  Sheikh Ahmed Yassin, the spiritual founder of Hamas, himself rejected the idea that Hamas' political and social wings are unconnected to its military wing, the Izz al-Din al-Qassam Brigades: "We cannot separate the wing from the body.  If we do so, the body will not be able to fly.  Hamas is one body."[9]

23.    In 2006, Hamas did well in Palestinian elections and entered into a National Unity Government with its political rival, Fatah—the secular Palestinian political party that dominated

---

[6] The Covenant of the Islamic Resistance Movement, August 18, 1988, Article 11 of the Hamas Charter, available online via the Avalon Project at Yale Law School, at http://avalon.law.yale.edu/20th_century/hamas.asp

[7] The Covenant of the Islamic Resistance Movement, August 18, 1988, Article 27 of the Hamas Charter, available online via the Avalon Project at Yale Law School, at http://avalon.law.yale.edu/20th_century/hamas.asp

[8] The Covenant of the Islamic Resistance Movement, August 18, 1988, Article 13 of the Hamas Charter, available online via the Avalon Project at Yale Law School, at http://avalon.law.yale.edu/20th_century/hamas.asp

[9] "Yassin Sees Israel 'Eliminated' Within 25 Years," Reuters, May 27, 1998.

the Palestine Liberation Organization (PLO)--under which Hamas effectively ran the Palestinian Authority, but this political experiment was short lived given the deep disagreements between Hamas and Fatah over issues such as security cooperation with Israel, use of violence against Israel, and adherence to the idea of a two-state solution.

24.    In 2007, Hamas took over the Gaza Strip from the Palestinian Authority by force of arms, killing fellow Palestinians in an internecine battle that tore the Palestinian political fabric in two, leaving the Palestinian Authority in control of the West Bank and Hamas in control of the Gaza Strip.

25.    For Hamas, mutating the predominantly ethno-political Palestinian national struggle into a fundamentally religious conflict is critical to the group's ideology and its continued ability to inspire Palestinians to reject compromise or peaceful solutions to the conflict.

26.    In 1995, the United States government designated Hamas a Specially Designated Terrorist ("SDT").[10] In 1997, the United States government designated Hamas a Foreign Terrorist Organization ("FTO"), a designation that has been renewed every two years.[11]  In 2001, the United States government designated Hamas a Specially Designated Global Terrorist ("SDGT"), a designation Hamas has retained through the present.[12] Additionally, several individuals and front organizations associated with Hamas have been designated SDTs and SDGTs.[13]

---

[10] Executive Order 12947, "Prohibiting Transactions with Terrorists Who Threaten to Disrupt the Middle East Peace Process," Part IX, January 25, 1995, available online at http://www.treasury.gov/resource-center/sanctions/Documents/12947.pdf

[11] Office of the Coordinator for Counterterrorism, Designation of Foreign Terrorist Organizations, October 8, 1997, available online at http://www.state.gov/www/global/terrorism/fs_terrorist_orgs.html

[12] See Executive Order 13224 - Blocking Property And Prohibiting Transactions With Persons Who Commit, Threaten To Commit, Or Support Terrorism, available online at http://www.treasury.gov/resource-center/sanctions/Documents/13224.pdf

[13] See, for example, "US Designates Five Charities Funding Hamas and Six Senior Hamas Leaders as Terrorists," Office of Public Affairs, U.S. Treasury Department, August 22, 2003, available online at http://www.treasury.gov/press-center/press-releases/Pages/js672.aspx

13

Speaking to the Lebanese television station LBCI within weeks of the October 7 attacks, senior Hamas official Ghazi Hamad stressed that Hamas is committed to destroying Israel, whatever the cost, adding that towards that end "everything we do justified."  Israel, as a country, must be "removed," Hamad argued, saying that Hamas would repeat the attack of October 7, 2023, "again and again. The al-Aqsa Flood [October 7 attack] is just the first time, and there will be a second, a third, a fourth."[14]

### E.    The October 7, 2023, Attacks

27.    On October 7, 2023—a Saturday which was also the Jewish holiday of Simchat Torah— Hamas fired between 2,200 and 3,000 rockets at Israel from Gaza and then Hamas terrorists breached the border fence between the Gaza Strip and Israel—primarily by land but also by air (using hand gliders) and sea.  Hamas planned this attack, which it dubbed "Operation al Aqsa Flood," in great detail over a significant period of time, starting as early as around 2014.[15] Palestinian fighters specifically targeted civilians at close range, attacked those attempting to flee, launched grenades, and shot into shelters. They also fired rocket-propelled grenades at homes, and set houses on fire. Sexual assaults were widely reported across southern Israel, including at the Nova music festival, military bases, private homes, and on the side of the road.

28.    The October 7 Attack was a complex, multi-incident event involving multiple attacks in multiple locations that were all part of the same event.  The Statistical Annex to the State Department's annual terrorism report, compiled by the Global Terrorism Trends and Analysis

---

[14] "'We Will Repeat October 7 Again and Again' – Hamas," Jerusalem Post, November 1, 2023, https://www.jpost.com/arab-israeli-conflict/article-771199
[15] "Hamas Planned Oct. 7 from before 2014, with Final Decision Made by 5 Leaders—Report," Times of Israel, January 10, 2024, https://www.timesofisrael.com/hamas-planned-oct-7-from-before-2014-with-final-decision-made-by-5-leaders-report/

Center, explains: "Some terrorist attacks are more complex than others, with a basic attack involving a single incident and a more complex attack involving multiple related incidents that take place in separate locations or times. When an attack involves multiple incidents discontinuous from one another across space and time, but which were clearly part of the same event, the unique but related incidents are linked in the data."[16]  The October 7 Attack was just such a "complex attack involving multiple related incidents that take place in separate locations or times."[17]

29.    The Global Terrorism Trends and Analysis Center report describes the October 7 Attack as "the largest complex and coordinated terrorist attack since the September 11, 2001, attacks in the United States," adding that this mass-casualty event included 33 related incidents involving a wide array of tactics.  Moreover, the report explains that the event did not end on October 7, given that "there was a continual surge of terrorist activity in the region" that followed.[18]

30.    Multiple investigations, including those by the Israel Defense Forces[19] and human rights groups like Human Rights Watch,[20] concur that Hamas planned the operation to breach the Gaza security fence and that the attack itself then unfolded in four waves.  While other militant groups, and then other unaffiliated Gazans, participated in the Hamas-led attack, Human Rights Watch concluded that Hamas's "Qassam Brigades led the attack and was the most active armed group on October 7."[21]  Fundamentally, none of the attacks that occurred on

---

[16] "Annex of Statistical Information 2023," Prepared for U.S. Department of State Bureau of Counterterrorism, Prepared by Development Services Group, Inc,, Global Terrorism Trends and Analysis Center, April 15, 2024, p. 50 https://www.state.gov/wp-content/uploads/2024/12/2023_Statistical_Annex_Edited__508_Compliant-FINAL.pdf
[17] Ibid.
[18] Ibid.
[19] "I Can't Erase all the Blood from My Mind: Palestinian Armed Groups' October 7 Assault on Israel," Human Rights Watch, July 2004, https://www.hrw.org/report/2024/07/17/i-cant-erase-all-blood-my-mind/palestinian-armed-groups-october-7-assault-israel
[20] Ibid.
[21] Ibid.

October 7—including murder, hostage taking, rape and sexual assault, beheading, and more—could have taken place were it not for the pre-planned Hamas operation—could have taken place if not for the fact that Hamas "Nukba" forces (specially trained units of the Qassam Brigades) breached the Gaza security fence and executed Operation al Aqsa Flood. Hamas led these attacks and Hamas operatives carried out many of the atrocities that day. But even those carried out by operatives from other Palestinian militant organizations—such as Palestinian Islamic Jihad's al Quds Brigades, al Aqsa Martyrs Brigades, Popular Front for the Liberation of Palestine's Martyr Abu Ali Mustafa Brigades, National Resistance Brigades[22]—could not have happened were it not for Hamas.

31.     The Hamas attack was not improvised or spontaneous. Not only did Hamas officials take responsibility for the attacks (see below), but the Israeli military acknowledged that in 2022 it discovered a Hamas plan drafted in 2016 which was an early version of the Hamas plan to invade Israel.[23] Even then, in its early stages, the Hamas plan laid out in meticulous detail how Hamas would overrun Israeli fortifications, invade Israel, storm military bases, and attack Israeli civilian communities.[24]

32.     The October 7 attacks started in the early morning when Hamas indiscriminately fired massive volleys of rockets and other projectiles from Gaza toward Israeli civilian communities, the Nova music festival, and Israeli military bases, which provided cover and distraction for the actual breach of the security fence at some 13 different locations. Human Rights Watch, reported that, "Hamas confirmed that the rocket attacks, the breaches of the

---

[22] Ibid.
[23] Ronen Bergman and Adam Goldman, "Israel Knew Hamas's Attack Plan More than a Year Ago, New York Times, November 30, 2023, https://www.nytimes.com/2023/11/30/world/middleeast/israel-hamas-attack-intelligence.html
[24] Ibid.

barrier, and the attacks on surveillance equipment were all coordinated components of the [October 7] assault."[25]  In a letter to Human Rights Watch, Dr. Bassem Naim, head of the Hamas political department and international relations, explicitly states that "The military wing [of Hamas], the Qassam Brigades, is responsible for military operations. It planned the October 7th attack and initiated its implementation…"[26]  The letter goes on to claim that Hamas only intended to attack Israeli military targets, not civilians, though this is expressly contradicted by materials seized from Hamas in Gaza, including a hand-written letter penned by Hamas leader Yahya Sinwar instructing Hamas militants to burn civilian communities.  Intercepted communications between Hamas operatives during the October 7 attack itself also contradict Mr. Naim's claim that civilians were not Hamas' target.  In one communication, a Hamas commander tells Hamas attackers to "kill everyone on the road," to slit Israeli's throats "as you are trained," and to "take a lot of hostages."[27]  One commander was caught telling Hamas militants, "Slaughter them. End the children of Israel."[28]

33.    The attack then played out in three waves.  First, some 1,200 Hamas "Nukba" commandos breached the Gaza security fence and made their way to various Israeli communities, military bases, and the Nova music festival by car, motorbike, and on foot (a small number also entered by air using hand gliders and by sea at the Zikim beach).  Then, after about a half hour, some 2,000 additional fighters from Hamas and other Palestinian terrorist groups

---

[25] "I Can't Erase all the Blood from My Mind: Palestinian Armed Groups' October 7 Assault on Israel," Human Rights Watch, July 2004, https://www.hrw.org/report/2024/07/17/i-cant-erase-all-blood-my-mind/palestinian-armed-groups-october-7-assault-israel
[26] "Annex: English Translation of Hamas's Response Letter, April 14, 2024," Human Rights Watch, https://www.hrw.org/sites/default/files/media_2024/07/israel_palestine0724%20annex.pdf
[27] Ronen Bergman and Adam Rasgon, "A Memo in a Bunker, Intercepted Communications and Hamas's Oct. 7 Plans," *New York Times,* October 11, 2025, https://www.nytimes.com/2025/10/11/world/middleeast/israel-hamas-plans.html
[28] Ibid.

entered Israel and targeted similar sites.  Finally, as news spread in Gaza that Hamas breached

the perimeter fence and Palestinian fighters were attacking Israeli communities, a mob of Gazan

civilians—urged on by Hamas's military commander, according to Human Rights Watch—

entered the fray as well.[29]

34.     Hamas operatives were involved in the attacks on just about every target on

October 7.  For example, of the approximately 340 terrorists who carried out the assault on

Kibbutz Be'eri, about 100 were Hamas Nukba terrorists, according to the IDF.[30]

35.     It is important to put the Hamas massacre in context and acknowledge it as one of

the worst acts of international terrorism ever on record, both overall and in terms of American

casualties. Secretary of State Antony Blinken minced no words describing the massacre after

viewing evidence of the brutality of Hamas attackers, saying the Hamas atrocity "brings to mind

the worst of ISIS." There really are no words for the level of barbarism the Secretary described:

"Babies slaughtered. Bodies desecrated. Young people burned alive. Women raped. Parents

executed in front of their children, children in front of their parents."[31] The dead include citizens

---

[29] Ibid.; Isabel Kershner, "Israel's Military Lays Out Its Oct. 7 Failures," New York Times, February 27, 2025, https://www.nytimes.com/2025/02/27/world/middleeast/israel-military-hamas-oct-7.html#:~:text=The%20assault%20came%20in%20three,on%20by%20Hamas's%20military%20commander.
[30] "Battle of Kibbutz Be'eri," IDF Editorial Team, IDF Inquiry into October 7, Israel Defense Forces, November 7, 2024, https://www.idf.il/en/mini-sites/7-10-the-inquiries/all-of-the-7-10-inquiries/battle-of-kibbutz-be-eri-the-inquiry/
[31] "Secretary Antony J. Blinken and Israeli Prime Minister Benjamin Netanyahu After Their Meeting," U.S. Department of State, October 12, 2023, https://www.state.gov/secretary-antony-j-blinken-and-israeli-prime-minister-benjamin-netanyahu-after-their-meeting-2/.

of at least 35 countries.[32] Hamas kidnapped over 222 people[33] from some 22 countries,[34] including civilians as young as 10 months old.[35]  Regardless of how Hamas tries to frame its actions, there is no doubt that the October 7 attack ranks as one of history's most horrific acts of international terror. To put this in context, the October 7 Hamas attack killed a similar number of people as the crashing of United Airlines Flight 175 into the World Trade Center's South Tower by al Qaeda on September 11, 2001.[36]

36.    Very few terrorist attacks killed as many people as Hamas did on October 7, other than 9/11, a case in the Rwandan genocide, and another involving the Islamic State. In April 1994, Hutu extremists killed 1,200 Tutsi civilians seeking shelter in a church outside Kigali.[37] And in June 2014, the Islamic State executed an estimated 1,700 unarmed Shia military personnel fleeing Camp Speicher after militants seized control of Tikrit.[38]

37.    The Hamas attack is also unique in terms of the number of hostages the group kidnapped back to Gaza. In this regard, Hamas joins the likes of the Taliban, Boko Haram, Chechen terrorists, and the Lord's Resistance Army as groups that kidnaped such large numbers

---

[32] Annabelle Timsit, "People from 35 countries killed, missing in Israel-Gaza war: What to know," The Washington Post, October 11, 2023, https://www.washingtonpost.com/world/2023/10/11/israel-hamas-war-foreign-nationals/.

[33] "IDF says families of 222 hostages notified that loved ones are being held in Gaza," Times of Israel, October 23, 2023, https://www.timesofisrael.com/liveblog_entry/idf-says-families-of-222-hostages-notified-that-loved-ones-are-being-held-in-gaza/.

[34] Annabelle Timsit, "People from 35 countries killed, missing in Israel-Gaza war: What to know," The Washington Post, October 11, 2023, https://www.washingtonpost.com/world/2023/10/11/israel-hamas-war-foreign-nationals/.

[35] Holly Williams and Erin Lyall, "Israeli family from Hamas-raided kibbutz tries "not to think" the worst as 3 still held, including baby boy," CBS, October 20, 2023, https://www.cbsnews.com/news/israel-hamas-war-kibbutz-nir-oz-family-3-hostages-including-baby-boy/.

[36] See the Global Terrorism Database for UA Flight 175 casualty numbers: https://www.start.umd.edu/gtd/search/IncidentSummary.aspx?gtdid=200109110005.

[37] "Tribes Battle for Rwandan Capital; New Massacre Reported," Associated Press, April 16, 1994, https://www.nytimes.com/1994/04/16/world/tribes-battle-for-rwandan-capital-new-massacres-reported.html
[38] "ISIS Releases Footage of Tikrit Massacre," al Arabiya News, July 12, 2015, https://english.alarabiya.net/News/middle-east/2015/07/12/ISIS-releases-footage-of-Tikrit-massacre

of people in one attack. In October 1996, members of the Lord's Resistance Army kidnapped 139 students at a Catholic boarding school in Aboke, Uganda.[39] In April 2014, Boko Haram kidnapped 276 schoolgirls from a secondary school in the village of Chibok, Nigeria.[40] In January 2018, the Taliban seized 160 hostages over the course of its siege on the Intercontinental Hotel in Kabul.[41] And in October 2022, Chechen terrorists took 1,200 people hostage, most of them children, in the Beslan school siege in North Ossetia.[42]

38.     In 2023, the only group that carried out more attacks than Hamas (365 incidents) was the Islamic State group, or ISIS (465 incidents), according to the Global Terrorism Trends Analysis Center's report on terrorism statistics produced for the U.S. State Department.[43]

39.     For the United States, the Hamas attack was particularly devastating given the number of American victims. At least forty-six Americans were killed in the Hamas attack,[44] and several Americans were taken hostage.[45] Not since the 1979 Iranian hostage crisis, when sixty-six Americans were taken hostage, have so many Americans been taken hostage in a single incident.[46] And not since the 1996 Saudi Hezbollah Khobar Towers bombing, which killed

---

[39] Alex Gitta, "Uganda: 20 Years Since 'Aboke Girls' Abduction," DW, October 7, 2016, https://www.dw.com/en/uganda-20-years-since-aboke-girls-abduction/a-35993023
[40] Haruna Umar, "Kidnapped Niegerian Girls Freed, Return to Chibok with Babies," Associated Press, May 5, 2023, https://apnews.com/article/boko-haram-chibok-nigeria-extremism-iswap-borno-kidnap-1dd99c17360b54afd8a9fa5ef14fab6f
[41] Sharif Hassan and Pamela Constable, "Kabul Hotel Attack Leaves 18 Dead, but Toll could Climb Higher," Washington Post, January 21, 2018, https://www.washingtonpost.com/world/asia_pacific/kabul-hotel-attack-leaves-18-dead-but-toll-could-climb-higher/2018/01/21/05a6d02a-fec6-11e7-86b9-8908743c79dd_story.html
[42] "Beslan School Siege Fast Facts," CNN, August 14, 2024, https://www.cnn.com/2013/09/09/europe/beslan-school-siege-fast-facts/index.html
[43] "Annex of Statistical Information 2023," Prepared for U.S. Department of State Bureau of Counterterrorism, Prepared by Development Services Group, Inc., Global Terrorism Trends and Analysis Center, April 15, 2024, p. 7 https://www.state.gov/wp-content/uploads/2024/12/2023_Statistical_Annex_Edited__508_Compliant-FINAL.pdf
[44] "Statement from President Joe Biden Marking One Year Since the October 7th Attack," The White House, October 7, 2024, https://bidenwhitehouse.archives.gov/briefing-room/statements-releases/2024/10/07/statement-from-president-joe-biden-marking-one-year-since-the-october-7th-attack/
[45] "Meet the Five American Hostages Still Held By Hamas," American Jewish Committee, February 15, 2025, https://www.ajc.org/news/meet-the-five-american-hostages-still-held-by-hamas
[46] "The Hostages and the Casualties," Jimmy Carter Presidential Library and Museum, https://www.jimmycarterlibrary.gov/research/additional-resorces/hostage-crisis-in-iran/hostages-and-casualties

nineteen and wounded 372, have so many Americans been killed in a single attack on foreign

soil.[47]

40.    When the U.S. Department of Justice indicted several senior Hamas leaders for

their roles in the October 7 attacks, the department provided this description of those attacks:

> "On Oct. 7, 2023, Hamas committed its most violent, large-scale terrorist attack to
> date — the October 7 Hamas Massacres. Hamas targeted civilian populations with
> a barrage of rockets, before waves of Hamas terrorists breached the border between
> the Gaza Strip and Israel, infiltrated Israel, and launched attacks on civilians, by
> land, sea, and air. Hamas sent thousands of armed fighters into southern Israel,
> where they carried out the massacres of over a thousand people and the kidnappings
> of more than 200 others. Hamas terrorists attacked civilians, firing handguns,
> assault rifles, and handheld rocket launchers, in small residential communities in
> Kfar Aza, Be'eri, Nir Oz, Nahal Oz, Re'im, Holit, Zikim, Kerem Shalom, Sufa, and
> others; the Israeli town of Sderot; and a music festival held near Re'im; among
> other places. Armed Hamas operatives attacked and shot civilians, including
> children, sometimes with machineguns and sometimes at point blank range, and
> weaponized sexual violence against Israeli women, including through rape and
> genital mutilation. Hundreds of civilians, including Americans, and Israeli soldiers,
> were killed and wounded; other victims, including Americans, were kidnapped,
> taken hostage, and brought into Gaza by Hamas. As of the date of the complaint,
> over 40 American citizens were among those murdered, and at least eight American
> citizens were taken hostage or remain unaccounted for."[48]

## F.   The Purpose of Hamas Attacks

41.    Hamas, both an acronym for *Harakat al-Muqawama al-Islamiya* (Islamic

Resistance Movement) and an Arabic word meaning 'zeal', is a Palestinian Islamist group that

emerged in 1987 as an outgrowth of the Palestinian branch of the Egypt-based Muslim

Brotherhood. Hamas was founded in December of that year with the goal of eliminating the State

of Israel and establishing in its place an Islamist state in all of what was once British Mandatory

---

[47] "Khobar Towers Bombed," Lebanese Hezbollah Interactive Map, August 2, 2020,
https://www.washingtoninstitute.org/hezbollahinteractivemap/#id=214
[48] "Justice Department Announces Terrorism Charges against Senior Leaders of Hamas," U.S. Department of
Justice, September 3, 2024, https://www.justice.gov/archives/opa/pr/justice-department-announces-terrorism-
charges-against-senior-leaders-hamas

Palestine--a territory that today comprises Israel, the West Bank, and the Gaza Strip. Hamas employs a three-pronged strategy to achieve this goal: (1) social welfare activity that builds grassroots support for the organization, (2) political activity that competes with the secular Palestinian Authority (PA), and (3) guerilla and terrorist attacks that target Israeli soldiers and civilians. Hamas also seeks to counter what it perceives as the secularization and Westernization of Arab society, and to become internationally recognized as the sole representative of the Palestinian people, a distinction held by the Palestine Liberation Organization (PLO) since the 1974 Arab League conference in Rabat, Morocco.  Hamas' slogan, as declared in Article 8 of the group's charter, reflects the centrality of violent *jihad*--religiously sanctioned resistance against perceived enemies of Islam--to these strategies: "Allah is its target, the Prophet is its model, the Koran its constitution: Jihad is its path and death for the sake of Allah is the loftiest of its wishes."[49] Indeed, the National Counterterrorism Center notes the importance of the group's charter: "The group's charter calls for establishing an Islamic Palestinian state in place of Israel and rejects all agreements made between the PLO and Israel."[50] In May 2017 Hamas released a statement updating—but not replacing or superseding—its charter in an attempt to moderate its image.  The group's ongoing militant and terrorist activities, however, underscored with action the group's continued hardline militancy, its diplomatic rhetoric notwithstanding.[51]

42.    Hamas leader Khaled Mishal, the former longtime Secretary General of Hamas, maintained that by virtue of being an occupied people, Palestinians have every right to use all

---

49. "The Covenant of the Islamic Resistance Movement," Hamas Covenant 1988, The Avalon Project at Yale Law School, http://www.yale.edu/lawweb/avalon/mideast/hamas.htm

[50]    "Hamas," Counterterrorism Guide, National Counterterrorism Center, http://www.nctc.gov/site/groups/hamas.html

[51] Matthew Levitt, "Hamas's Moderate Rhetoric Belies Militant Activities," PolicyWatch 2794, The Washington Institute for Near East Policy, May 1, 2017, http://www.washingtoninstitute.org/policy-analysis/view/hamass-moderate-rhetoric-belies-militant-activities

means at their disposal—including terrorist attacks—to "resist" that occupation. For some Palestinians that may lead to a two-state solution, but for Hamas the goal is to destroy Israel and create an Islamic Palestinian state in its place. "The Palestinian people were living in peace and security, then the Israelis occupied the land," Khaled Mishal explained to CNN. "According to international law, and according to the Divine laws, the Americans and all peoples, when they are occupied, they resist with all that they have."[52]

43.    Since its founding in 1987, Hamas has committed countless acts of violence against both military and civilian targets, including bombings, rocket and mortar attacks, shooting attacks, stabbing attacks, kidnappings and attempted kidnappings and car ramming attacks. Intended to terrorize not only the targeted individuals but the general Israeli population, Hamas attacks are indiscriminate in nature. While Hamas terror attacks may not target Westerners, the group's terrorist weapons do not discriminate among their victims. As such, innocent civilians from around the world have been killed in Hamas attacks, including civilians from the United States, the United Kingdom, Ukraine, Romania, China, the Philippines and Sweden, among other nationalities. For example, on June 12, 2014, Hamas operatives kidnapped and murdered three Israeli teens, including American citizen Naftali Fraenkel. Hamas has purposely targeted many busy civilian venues including, buses, bus and light rail stops, discotheques, restaurants, markets, universities and even a hotel hosting a Passover Seder.[53]

44.    Hamas attacks are intended to terrorize, to instill fear in the civilians who comprise the local population so that they will either leave the land Hamas maintains belongs to the

---

[52]    Bryony    Jones,    "Q&A:    What    is    Hamas?"    CNN,    November    24,    2012, http://www.cnn.com/2012/11/16/world/meast/hamas-explainer/

53. "Chinese Worker, Palestinian killed in Gaza Settlement Attack," Agence France Presse, June 7, 2005; Beyond Images, "The Family of Nations Under Fire: Victims of Palestinian Violence From 18 Countries," March 2, 2004, http://www.beyondimages.info/b79.html; Beyond Images, "Palestinian Suicide Bombings 1994-2004: Don't Let the World Forget. . .," September 2, 2004, http://www.beyondimages.info/b78.html

23

Palestinians or, at a minimum, pressure their leaders to give concessions to Hamas such as to obtain the release of Palestinian prisoners being held in Israeli prisons. For example, both before and after the so-called "Shalit deal" in which Israel released over 1,000 Palestinian security prisoners in exchange for one captured Israeli soldier in Gaza – Gilad Shalit[54], Hamas has ceaselessly engaged in kidnappings and attempted kidnappings in hopes of gaining a valuable bargaining chip to use in future negotiations with Israel.

45.     Salah al-Arouri, a longtime Hamas operative from the West Bank, was considered by the United States government to be a high-ranking Hamas military leader.  By the time he was killed in an Israeli airstrike in January 2024 he had risen to become the deputy leader of Hamas.[55] In September 2015, the U.S. Treasury Department designated Arouri as a Specially Designated Global Terrorist for his Hamas activities.[56]  Arouri had a vast military career and had long been a proponent of leveraging kidnapping operations as a means to secure the release of Hamas prisoners in Israel. In the wake of the Shalit deal, Al-Arouri highlighted the centrality of the Palestinian prisoners' problem and stressed the need to release prisoners by way of kidnapping Israelis. Specifically he argued that, "Israel's willingness to release so many people in exchange for one soldier, is a virtue. I say this to all our people inside Hamas…."[57]

46.     Arouri subsequently shifted his focus to operations in the West Bank, where according to Israel officials, Arouri "has urged West Bank operatives incessantly to set up terror

---

[54] [] William Booth, "Israel's prisoner swaps have been far more lopsided than Obama's Bergdahl deal," *Washington Post*, June 5, 2014, https://www.washingtonpost.com/news/worldviews/wp/2014/06/05/israels-prisoner-swaps-have-been-far-more-lopsided-than-obamas-bergdahl-deal/

[55]     Raffi Berg and Graeme Baker, "Hamas Deputy Leader Saleh al=Arouri Killed in Beirut Blast," BBC, January 3, 2024, https://www.bbc.com/news/world-middle-east-67866346

[56]     "Treasury Sanctions Major Hamas Leaders, Financial Facilitators, and a Front Company," U.S. Department of the Treasury, September 10, 2015, https://www.treasury.gov/press-center/press-releases/Pages/jl0159.aspx

[57] See: www.youtube.com/watch?v=uxkngyEBZ1w

cells and perpetrate kidnappings." He "financially sponsored these cells, which were trained and directed to abduct Israelis," often sending funds via charities serving as front organizations."[58]

47.    Hamas has a long history of carrying out kidnapping operations for the express purpose of using the victims as leverage in prisoner swaps. For example, on April 19, 2016, the *Jerusalem Post* reported the arrest of two men who were involved with a West Bank terror cell that was affiliated with Hamas. According to the Shin Bet, the terror cell "allegedly plotted to kidnap a resident of the Har Bracha settlement in order to gain a bargaining foothold in negotiations to free Palestinian prisoners."[59] The two men arrested, 30-year-old Sa'ad Husam Ahad Fakia and 25-year-old Malak Fatah Ismail Kadus, had already prepared a location to hide the kidnap victim and readied implements to restrain him.

48.    While the scale and scope of the Hamas kidnapping and hostage taking on October 7, 2023, was new, Hamas has a long history of kidnaping and hostage taking, as well as taking the bodies of murdered victims, to hold as leverage and bargaining chips to be used to secure the release of Palestinian terrorists in Israeli jails.  Hamas held three Israelis hostage in Gaza even before October 7, including two with mental health issues (one of whom was Arab).[60] Hamas leader Yahya Sinwar, the mastermind of the October 7 attack, was himself released from Israeli prison in exchange for an Israeli soldier kidnapped from within Israel in June 2006.[61]  In 2014, the Israeli government released a report, "Hamas Kidnappings: A Constant Threat in Israel," which

[58]    Matthew    Levitt,    "Hamas'    Not-So-Secret    Weapon,"    July    9,    2014, https://www.foreignaffairs.com/articles/israel/2014-07-09/hamas-not-so-secret-weapon

[59] "'West Bank terror cell plotted to kidnap settler for prisoner swaps'," *Jerusalem Post*, April 19, 2016, http://www.jpost.com/Arab-Israeli-Conflict/West-Bank-men-plotted-to-kidnap-settler-and-trade-him-for-prisoners-Shin-Bet-says-451683

[60] Nadav Gavrielov, "Hamas has Held Some Israeli Hostages Since Long before Oct. 7," New York Times, November 13, 2023, https://www.nytimes.com/2023/11/13/world/middleeast/hamas-israel-hostages.html

[61] Frank Gardner, "Yahya Sinwar: Who was the Hamas Leader?" BBC, October 17, 2024, https://www.bbc.com/news/world-middle-east-67473719

documented not only the cases in which Hamas successfully kidnapped someone but also the many more attempted kidnappings that were thwarted.[62]

49.     Two months before the attacks of October 7, 2023, Arouri told the Hezbollah-affiliated media outlet Al Mayadeen that Hamas was preparing "an all-out war" against Israel. This all-out war had one purpose, he explained and predicted: "If we reach the point of an all-out confrontation, Israel will face an unprecedented defeat in its history, and we are confident of this."[63]

50.     On October 8, 2023, as Hamas operatives were still loose in southern Israel killing civilians, Arouri expressed his "hope and trust" that Palestinians outside Gaza—especially in the West Bank—would join the fight against Israel.[64] Arouri had led talks with Hamas allies Hezbollah and Iranian Islamic Revolutionary Guard Corp (IRGC) in Lebanon (what he described as "all the relevant parties") and expected Hezbollah to enter the fight against Israel as well.[65]

51.     The underlying goal of the October 7 attacks was not just to kill and kidnap as many Israelis as possible as a means of traumatizing Israeli society and, through hostage for prisoner swaps, securing the release of Palestinian prisoners in Israeli jails. According to senior Hamas official Khalil al-Haya, who replaced al-Arouri as deputy leader of Hamas, the October 7 attacks were intentionally planned to be overwhelmingly brutal because it was necessary to "change the entire equation and not just have a clash."[66] In a statement to the media another Hamas official,

---

[62] "Hamas Kidnappings: A Constant Threat in Israel," Israel Defense Forces, June 16, 2014, https://www.idf.il/en/mini-sites/hamas/hamas-kidnappings-a-constant-threat-in-israel/

[63]     "Exclusive - Al Arouri: Resistance Axis Preparing for All-Out War," Al Mayadeen, August 25, 2023, https://english.almayadeen.net/news/politics/exclusive---al-arouri:-resistance-axis-preparing-for-all-out

[64]     Gianluca Pacchiani, "Hamas Deputy Chief Anticipates Hostages will be Swapped for Palestinian Prisoners," Times of Israel, October 8, 2023, https://www.timesofisrael.com/hamas-deputy-chief-anticipates-hostages-will-be-swapped-for-palestinian-prisoners/

[65]     "Exclusive - Al Arouri: Resistance Axis Preparing for All-Out War," Al Mayadeen, August 25, 2023, https://english.almayadeen.net/news/politics/exclusive---al-arouri:-resistance-axis-preparing-for-all-out

[66]     Ben Hubbard and Maria Abi-Habib, "Behind Hamas's Bloody Gambit to Create a 'Permanent' State of War," New York Times, November 9, 2023, https://www.nytimes.com/2023/11/08/world/middleeast/hamas-israel-

Taher el-Nounou, said, "I hope that the state of war with Israel will become permanent on all the borders, and that the Arab world will stand with us."[67]

52.    The fundamental goal of destroying Israel trumped any concern Hamas had for Palestinian civilians, as evidenced by the fact that Hamas built bunkers and tunnels to protect its fighters but not a single shelter for Gaza's civilian population.  To the contrary, Hamas fought from under and behind civilian infrastructure,[68] including hospitals,[69] using Palestinian civilians as human shields.[70]  Hamas anticipated Palestinian civilians would be killed.  In the words of Hamas leader al-Haya, "What could change the equation was a great act, and without doubt, it was known that the [Israeli] reaction to this great act would be big."[71]  Just days after the October 7 attacks, Hamas leader Ismail Haniyeh told al Jazeera television: "We need the blood of the children, women, and elderly…[to] ignite within us the spirit of revolution."[72]

53.    Hamas political bureau member Ghazi Hamad left no room for doubt regarding Hamas's goals in general and on October 7, 2023: "We will repeat the October 7 attack, time and again, until Israel is annihilated."[73]

gaza-war.html

[67]    Ben Hubbard and Maria Abi-Habib, "Behind Hamas's Bloody Gambit to Create a 'Permanent' State of War," New York Times, November 9, 2023, https://www.nytimes.com/2023/11/08/world/middleeast/hamas-israel-gaza-war.html

[68]    "Hamas Use of the Civilian Population as Human Shields and Gaza's Civilian Facilities for Terrorism," The Meir Amit Intelligence and Terrorism Information Center, November 18, 2023, https://www.terrorism-info.org.il/en/hamas-use-of-the-civilian-population-as-human-shields-and-gazas-civilian-facilities-for-terrorism/

[69]    Matthew Rosenberg, Ronen Bergman, Aric Toler, Helmuth Rosales, ""A Tunnel Offers Clues to How Hamas Uses Gaza's Hospitals," New York Times, February 12, 2024, https://www.nytimes.com/interactive/2024/02/12/world/middleeast/gaza-tunnel-israel-hamas.html

[70]    According to a study by the U.S. Strategic Command, this is not a new phenomenon for Hamas. "Hamas, an Islamist militant group and the de facto governing authority of the Gaza Strip, has been using human shields in conflicts with Israel since 2007." See "Hamas's Use of Human Shields in Gaza," U.S. Strategic Command, https://stratcomcoe.org/cuploads/pfiles/hamas_human_shields.pdf

[71]    Ben Hubbard and Maria Abi-Habib, "Behind Hamas's Bloody Gambit to Create a 'Permanent' State of War," New York Times, November 9, 2023, https://www.nytimes.com/2023/11/08/world/middleeast/hamas-israel-gaza-war.html

[72]    "Hamas Leader Justifies Dead Palestinian Civilians," Palestinian Media Watch coverage of Al Jazeera, October 26, 2023, https://palwatch.org/page/34834

[73] "Hamas Official Ghazi Hamad: We Will Repeat the October 7 Attack," LBC International TV, October 24, 2024, covered and translated by MEMRI, Special Dispatch No. 10923, November 1, 2023,

### G. Support for Hamas from Entities and Persons in the United States

54.    Hamas has a long history of receiving financial and logistical support from individuals and organizations based in the United States.  This included senior Hamas leaders, such as Mousa Abu Marzouk, who at one point lived in the United States and ran the Hamas political bureau from his home in northern Virginia.  Marzouk was directly involved in efforts to fund Hamas terrorist cells in the West Bank, and he was ultimately deported from the United States.[74]

55.    The most prominent example of U.S.-based Hamas support networks was the Holy Land for Relief and Development (HLF), which was designated as a global terrorist entity by the U.S. Department of the Treasury in December 2001.  HLF raised millions of dollars for Hamas, Treasury revealed, in large part by sending funds to entities in the West Bank and Gaza Strip that were run by, or affiliated with, Hamas.[75]  In July 2004, the U.S. Department of Justice indicted HLF and seven HLF of its senior leaders on multiple charges, including providing material support to terrorists (i.e. Hamas).[76]  After an original mistrial, the HLF and its officers were ultimately convicted in federal court and the convictions were upheld on appeal to the Fifth Circuit Court.[77]  Citing U.S. Treasury Department information, the General Accounting Office reported that Hamas used some of the money provided by HLF for expressly terrorist purposes such as supporting suicide bombers and their families.[78]

---

https://www.memri.org/reports/hamas-official-ghazi-hamad-we-will-repeat-october-7-attack-time-and-again-until-israel

[74] Matthew Levitt, *Hamas: Politics, Charity and Terrorism in the Service of Jihad*, (Yale: 2006), Pp. 40-43

[75] "Shutting Down the Terrorist Financial Network," U.S. Department of the Treasury, December 4, 2001, https://home.treasury.gov/news/press-releases/po841

[76] "Prepared Remarks of Attorney General John Ashcroft, Holy Land Foundation Indictment," U.S. Department of Justice, July 27, 2004, https://www.justice.gov/archive/ag/speeches/2004/72704ag.htm

[77] *United States v. El-Mezain*, 664 F.3d 467 (5th Cir. 2011).

[78] "Terrorist Financing: U.S. Agencies Should Systematically Assess Terrorists' Use of Alternative Financing Mechanisms," U.S. General Accounting Office, GAO-04-163, November 2003, p. 14, https://www.gao.gov/assets/gao-04-163.pdf

56.    The HLF worked closely with other U.S.-based organizations, including the

Islamic Association for Palestine (IAP), which focused on promoting Hamas media propaganda.

The IAP published and distributed the Hamas charter, which included the address of the

Occupied Land Fund (HLF's former name). It also held conventions and conferences at which

pro-Hamas speakers and singers rallied support for Hamas.  The IAP also distributed the Hamas

magazine *Filisteen al-Muslima* in the United States, as well as fliers and communiques

supporting and raising funds for Hamas. A December 1989 communiqué, for example, stated that

"the only way to liberate Palestine, all of Palestine, is the path of Jihad," and declared that

"Hamas is the conscience of the Palestinian Mujahid people." It went on to invite its readers "to

perform jihad for the sake of God with your money and donate as much as you can to support the

Intifada in Palestine" and directed donors to send funds to the Occupied Land Fund (HLF).[79]

57.    In 1993, as the Oslo Accords heralded the potential for Israeli-Palestinian peace

and threatened those groups which violently opposed it, Hamas supporters from across North

America convened at the Marriott Courtyard Hotel at the Philadelphia airport. According to an

FBI report, the seventeen attendees—representing the HLF, IAP and several other organizations

supporting Hamas—settled on several key goals.  These included continuing to support "holy

struggle, Jihad," publicly distancing themselves from Hamas "to avoid media criticism and

negative public perception," trying to mobilize the masses to oppose the peace process,

continuing to solicit funds for Hamas, and trying to "influence the public opinion and the news

media in the United States."[80]

58.    Hamas supporters in the United States used a variety of techniques to try to

obfuscate the fact that they were sending funds to individuals and entities known to be tied to

---

[79] Matthew Levitt, *Hamas: Politics, Charity and Terrorism in the Service of Jihad*, (Yale: 2006), p. 150
[80] Matthew Levitt, *Hamas: Politics, Charity and Terrorism in the Service of Jihad*, (Yale: 2006), Pp. 147-149

29

Hamas, including by laundering payments through third parties. One Hamas operative, Mahmud Rumahi—who once met Marzouk at a Tennessee airport while visiting the United States for what he described as "a meeting with the Hamas leaders in the United States"—explained one such convoluted money transfer scheme to Israeli police after his arrest. This information was later included in FBI files on Hamas activities in the United States. According to Rumahi, funds sent to him from supporters in the United States to support Hamas operations in the West Bank were sent to an account under another person's name. This other person's "role was to take the money from his account and give it to militants in my area," Rumahi explained.[81]

59.    In another case, two brothers based in the United States were arrested by Israeli authorities in the early 1990s on charges of supporting Hamas. The two conceded to sending funds drawn on the account of their U.S.-based furniture business to a Hamas terrorist operative. They did this, one explained, because "we didn't want to use personal checks from either one of us so that the government shouldn't trace the checks back to us personally. We did it this way so we could take checks abroad and send money" to a senior Hamas operative in the West Bank.[82]

60.    Hamas supporters elsewhere engaged in similar practices, such as the Palestinian businessman who admitted to allowing Hamas to transfer funds through his personal bank accounts in the United Kingdom to Hamas operatives in the West Bank.[83] Another case, discovered during an investigation of the HLF office in Jerusalem, revealed that funds raised in the United States were transferred to entities controlled by Hamas in the West Bank through the personal accounts of someone in the United Kingdom who was tied to Hamas.[84]

---

[81] Matthew Levitt, *Hamas: Politics, Charity and Terrorism in the Service of Jihad*, (Yale: 2006), p. 74
[82] Matthew Levitt, *Hamas: Politics, Charity and Terrorism in the Service of Jihad*, (Yale: 2006), p. 79
[83] Matthew Levitt, *Hamas: Politics, Charity and Terrorism in the Service of Jihad*, (Yale: 2006), p. 78
[84] Matthew Levitt, *Hamas: Politics, Charity and Terrorism in the Service of Jihad*, (Yale: 2006), p. 78

61.     The case of Abbas al-Sayyid, a senior Hamas operative sentenced to multiple life

sentences for his role in Hamas suicide bombings, is telling.  Al-Sayyid openly functioned as a

public Hamas political official in the West Bank town of Tulkarm, but at the same time served a

clandestine role in Hamas' terrorists operations.  Funds for his political activities were

transferred from Hamas officials abroad into his personal accounts.  But funds to support terrorist

operations were sent into an account al-Sayyid opened under a fictitious, American sounding

name.[85]

## H.  Hamas Tradecraft of Holding Hostages in Civilian Areas

62.     Hamas is well-known for purposefully engaging in militant activities in densely

populated civilian areas for the express purpose of using the local population as human shields.

This decreases the likelihood of an Israeli attack and, in the event they do attack, provides Hamas

the opportunity to "earn points in the global and regional arena."[86]  Hamas infrastructure is

"concealed in private homes, tunnels, and public buildings such as mosques among 1.85 million

Gazans," a NATO study on the subject explains.[87]  The report goes on to explain Hamas'

strategic logic:

> The dense, heavily populated Gaza Strip provides the ideal setting for a terrorist
> and paramilitary organisation. The region consists of a variety of populated areas
> both organised and unorganised, temporary and permanent, aboveground and under
> the surface. Those areas, consisting of cities and refugee camps (which are even
> more densely populated), enhance the defender's advantage. Hamas' defensive and
> offensive strategies are based on leveraging these advantages in combat with the
> IDF, inspired by Hezbollah's strategy in Lebanon. The objective of this strategy is
> to maximise the IDF's casualties while protecting Hamas' forces and infrastructure
> from the IDF's military supremacy. This strategy accepts the possibility of civilian
> casualties, and even leverages these for internal and external propaganda.[88]

---

[85] Matthew Levitt, *Hamas: Politics, Charity and Terrorism in the Service of Jihad*, (Yale: 2006), p. 4
[86] "Hamas' Use of Human Shields in Gaza," NATO Stratcom Center of Excellence, 2014,
https://stratcomcoe.org/cuploads/pfiles/hamas_human_shields.pdf
[87] "Hamas' Use of Human Shields in Gaza," NATO Stratcom Center of Excellence, 2014,
https://stratcomcoe.org/cuploads/pfiles/hamas_human_shields.pdf
[88] "Hamas' Use of Human Shields in Gaza," NATO Stratcom Center of Excellence, 2014,

63.     This applies to Hamas' tactic of holding hostages in civilian locations such as hospitals and the private homes of individuals who ostensibly hold legitimate jobs, which has been widely noted and condemned.  Within days of the October 7 attacks, President Biden accused Hamas of using innocent Palestinians in the Gaza Strip as human shields.[89]  European Commission President Ursula von der Leyen expressly called on Hamas "to release the hostages and stop taking people as human shields."[90]  In a joint statement, the Prime Ministers of Australia, Canada and New Zealand in December 2023, stated: "Hamas must release all hostages, stop using Palestinian civilians as human shields, and lay down its arms."[91] UN Secretary-General António Guterres acknowledged that "there are violations by Hamas when they have human shields."[92]

64.     At one point, Hamas threatened to kill a hostage—wherever they were being held—each time the Israeli military targeted a civilian home in Gaza without warning.[93]  One result of such an announcement is to make private homes still safer locations for conduct such as holding hostages. The home of a journalist with many publications in a western outlets would be a particularly attractive location for Hamas to hold hostages because Hamas would reasonably

https://stratcomcoe.org/cuploads/pfiles/hamas_human_shields.pdf
[89] Jacob Magin and Agencies, "Biden Says Hamas Using Innocent Gazans as Human Shields; Phones Netanyahu, PA's Abbas," Times of Israel, October 15, 2023, https://www.timesofisrael.com/biden-says-hamas-using-innocent-gazans-as-human-shields-calls-netanyahu-pas-abbas/
[90] "Ursula von der Leyen Responds to Protest Letter by EU Staff on Israel-Gaza War," Brussels Times, October 23, 2023, https://www.brusselstimes.com/762854/commission-president-responds-to-protest-letter-by-eu-staff-on-israel-gaza-war
[91] "Joint Statement by the Prime Ministers of Australia, Canada and New Zealand", Prime Minister of Canada, 12 December 2023, https://www.pm.gc.ca/en/news/statements/2023/12/12/joint-statement-prime-ministers-australia-canada-andnew-zealand
[92] "At Rafah crossing, Türk says both Israel and Hamas have committed war crimes", United Nations, 8 November 2023, https://news.un.org/en/story/2023/11/1143362
[93] Chantal Da Silva and Lina Dandees, "Hamas Threatens to Kill a Civilian Hostage Every Time Israel Hits Gaza Civilians 'Without Warning'," NBC News, October 9, 2023, https://www.nbcnews.com/news/world/hamas-threatens-israel-gaza-kill-civilians-hostages-siege-rcna119532

believe that Israel would hesitate to attack the home of such a person, given the public relations risks of doing so.

65.     As a report by the Lieber Institute at West Point noted, "Some cases are clear, as with Hamas's taking of hostages into Gaza, which is separately a [law of armed conflict] violation and war crime. While they might have been seized as bargaining chips in future prisoner trades, there is little question that they are also being used as human shields."[94]

66.     Gazans themselves have criticized Hamas for holding hostages in apartment buildings and densely populated areas.  According to a BBC report from July 2024, some Gazans "have publicly criticized Hamas for hiding the hostages in apartments near a busy marketplace, or for firing rockets from civilian areas."[95]

67.     Human Rights groups have also noted that on October 7 and in the war that followed Hamas and other militant groups in Gaza have carried out "numerous violations of the laws of war that amount to war crimes" including hostage taking and the use of human shields.[96]

68.     Hamas' use of human shields is not a new development.  In 2018, the U.S. House of Representatives passed a bipartisan bill entitled "Hamas Human Shield Prevention Act" in a 415-0 vote.[97]

69.     In August 2014, Israel's Ambassador to the United Nations documented cases of Hamas using human shield for operational purposes.[98]  In January 2009, an Israeli institute

---

[94] Michael N. Schmitt, "Israel-Hamas 2023 Symposium—What is and is Not Human Shielding?" Liber Institute, West Point, November 3, 2023, https://lieber.westpoint.edu/what-is-and-is-not-human-shielding/

[95] Lucy Williamson and Rushdi Aboualouf, "Hamas faces growing public dissent as Gaza war erodes support", BBC News, 4 July 2024, https://www.bbc.com/news/articles/c0vewvp14zdo

[96] "October 7 Crimes Against Humanity, War Crimes, by Hamas-led Group," Human Rights Watch, July 17, 2024, https://www.hrw.org/news/2024/07/17/october-7-crimes-against-humanity-war-crimes-hamas-led-groups

[97] "H.R. 3542 – Hamas Human Shields Prevention Act," 115th Congress, February 15, 2018, https://www.congress.gov/bill/115th-congress/house-bill/3542/text

[98] "Hamas Fires Deadly Rockets Targeting Israeli Civilians, Using Palestinians as Human Shields—Letter from

published a study on "Hamas Exploitation of Civilians as Human Shields."[99]  In 2008, the Israeli

Ministry of Foreign Affairs published photographic evidence of Hamas exploiting Palestinian

civilians, and civilian homes, as human shields to protect operational activities such as firing

rockets and manufacturing and storing weapons.[100]  In the context of the October 7 kidnappings

and Hamas holding these hostage in Gaza since, Hamas expanded its use of human shields to

holding hostages as well.


### I.      Abdullah al-Jamal's Public Ties to Hamas

70.      After the June 2024 Israeli military raid of Abduallah al-Jamal's apartment where

he had been holding three Israeli hostages captive on behalf of Hamas, the *New York Times*

described Mr. al-Jamal as "a Hamas operative who moonlighted as a journalist—or vice

versa."[101]

71.      According to the *Times of Israel*, Abdallah Al-Jamal "was open about his

affiliation with the terror group, appearing publicly in Arabic media as a spokesperson and

posting Hamas graphics and photos of his son wearing a Hamas headband on social media."[102]

The Hamas headband is an iconic and highly recognizable symbol worn by Hamas members and

supporters.  The green headband typically includes the Muslim declaration of faith (the

---

Israel," The Question of Palestine, United Nations, August 27, 2014, https://www.un.org/unispal/document/auto-insert-182027/

[99] "Hamas Exploitation of Civilians as Human Shields," Intelligence and Terrorism Information Center at the Israel Intelligence Heritage & Commemoration Center, January 2009, https://www.terrorism-info.org.il/Data/pdf/PDF_08_204_2.pdf

[100] "Hamas Exploitation of Civilians as Human Shields: Photographic Evidence," March 6, 2008, https://www.gov.il/en/pages/hamas-exploitation-of-civilians-as-human-shields-photographic-evidence

[101] Isabel Kershner, "Rescued Hostage Describes Months of Uncertainty and Terror in Gaza," New York Times, June 12, 2024, https://www.nytimes.com/2024/07/12/world/middleeast/israel-hostage-gaza-koslov-hamas.html#:~:text=Afterward%2C%20the%20Israeli%20authorities%20identified,day%2C%20according%20to%20Israeli%20officials.

[102] "US judge says there's reason to believe US-based media nonprofit aided Hamas," The Times of Israel, May 9, 2025, https://www.timesofisrael.com/us-judge-says-theres-reason-to-believe-us-based-nonprofit-aided-hamas/

34

*Shehada*), the Hamas symbol featuring Jerusalem's al Aqsa Mosque and a rifle, and the name of

Hamas' military wing, the Qassam Brigades.   Other versions worn by Hamas supporters

sometimes only include the *Shehada* on a green headband (in an effort to show support for

Hamas by mimicking the group's iconic green headband but without explicitly mentioning the

group by name to avoid law enforcement crackdown). Based on my review of posts from Al-

Jamal's social media profiles, it is my expert opinion that the headband worn by Al-Jamal's son

in Al-Jamal's June 6, 2023, Facebook post is a headband typically worn by Hamas and its

supporters.

72.    The *Wall Street Journal* reported in June 2024 that "it was common knowledge in

Nuseirat that the Al-Jamal family was close to Hamas," with local residents confirming that the

family "had a number of ties to Hamas."[103]   In fact, al-Jamal's ties to Hamas were publicly

known well before the raid.

73.    Neighbors of the al-Jamals told CNN that "it was no secret that the family had

links to Hamas." One neighbor noted, "we were worried about the Aljamal house. They are with

Hamas."[104]

74.    Multiple photos of what appears to be deceased or injured Hamas operatives were

posted on Abdullah al-Jamal's Facebook account between 2021 and 2023.[105] Two photos of his

---

[103] "The Hostages Next Door: Inside a Notable Gaza Family's Dark Secret," The Wall Street Journal, June 17, 2024,
https://www.wsj.com/world/middle-east/the-hostages-next-door-inside-a-notable-gaza-familys-dark-secret-2896f6aa?gaa_at=eafs&gaa_n=ASWzDAhx3GMFoFCH2luJR9G3s5-5cvy9Lkn_q4Aur--
y4ON7Ijn17YofZH0SffZHHA%3D%3D&gaa_ts=68cdb413&gaa_sig=bhxBnxL7RxdwMg6I_377O1LaUg5OAJU
MJS1O35mX6wZc8vkj3nF4-5U6qvqbfdOMCOw9xTWXjpFptqAwudD-Kw%3D%3D
[104] Florence Davy-Attlee, Ibrahim Dahman, Eyad Jourdi, Jeremy Diamond, Avery Schmitz, "'He was a Pious Man':
The Gaza Neighborhood Shocked to Find Israeli Hostages in their Midst," CNN, July 19, 2024,
https://www.cnn.com/2024/07/19/middleeast/gaza-neighborhood-israeli-hostages-intl-cmd
[105] Al Jamal, Abdullah, Photo, Facebook, March 7, 2023,
https://www.facebook.com/photo.php?fbid=2656047517872449&set=pb.100004016797479.-2207520000&type=3;
Al Jamal, Abdullah, Photo, Facebook, March 7, 2023,

son pictured with a toy gun and Hamas headband are also featured on his account.[106]  On

October 7, 2023, Abdullah al-Jamal posted the following on Facebook: "Praise be to God…Oh

God, guide us…Oh God, guide us…Oh God, guide us…Oh God, grant us the victory you

promised."[107]

      75.     The *New York Times* reported that Abdallah al-Jamal also wrote for the *Palestine*

*Now*, described as a "Hamas-affiliated news agency," according to the Media Office of the

Hamas government in Gaza.[108]

      76.     Abdallah al-Jamal served as the spokesperson for the Hamas government's

Ministry of Labor in Gaza, acting as the public face of this official Hamas office.[109]  In this

capacity, Abdallah al-Jamal was responsible for communicating with the public about

administrative affairs of the Hamas government. On February 17, 2022, Abdallah spoke to

*Palestine Online* as "the spokesperson for the Ministry of Labor in the Gaza Strip," announcing

the Ministry's efforts to secure permits for Gazans to work in Israel.[110] In the interview, Abdallah

described the negotiation process which took place with "the occupation" (i.e. Israel) and

---

https://www.facebook.com/photo.php?fbid=2656047517872449&set=pb.100004016797479.-2207520000&type=3
[106] Al Jamal, Abdullah, Photo, Facebook, June 6, 2023,
https://www.facebook.com/photo.php?fbid=3058536380956892&set=pb.100004016797479.-2207520000&type=3;
Al Jamal, Abdullah, Photo, Facebook, June 6, 2023,
https://www.facebook.com/photo/?fbid=3058531414290722&set=pb.100004016797479.-2207520000
[107] "The Hostages Next Door: Inside a Notable Gaza Family's Dark Secret," The Wall Street Journal, June 17, 2024,
https://www.wsj.com/world/middle-east/the-hostages-next-door-inside-a-notable-gaza-familys-dark-secret-
2896f6aa?gaa_at=eafs&gaa_n=ASWzDAhx3GMFoFCH2luJR9G3s5-5cvy9Lkn_q4Aur--
y4ON7Ijn17YofZH0SffZHHA%3D%3D&gaa_ts=68cdb413&gaa_sig=bhxBnxL7RxdwMg6I_377O1LaUg5OAJU
MJS1O35mX6wZc8vkj3nF4-5U6qvqbfdOMCOw9xTWXjpFptqAwudD-Kw%3D%3D
[108] "Rescued Hostage Describes Months of Uncertainty and Terror in Gaza," The New York Times, July 12, 2025,
https://www.nytimes.com/2024/07/12/world/middleeast/israel-hostage-gaza-koslov-hamas.html
[109] "The Hostages Next Door: Inside a Notable Gaza Family's Dark Secret," The Wall Street Journal, June 17, 2024,
https://www.wsj.com/world/middle-east/the-hostages-next-door-inside-a-notable-gaza-familys-dark-secret-
2896f6aa?gaa_at=eafs&gaa_n=ASWzDAhx3GMFoFCH2luJR9G3s5-5cvy9Lkn_q4Aur--
y4ON7Ijn17YofZH0SffZHHA%3D%3D&gaa_ts=68cdb413&gaa_sig=bhxBnxL7RxdwMg6I_377O1LaUg5OAJU
MJS1O35mX6wZc8vkj3nF4-5U6qvqbfdOMCOw9xTWXjpFptqAwudD-Kw%3D%3D
[110] "Video | Spokesperson for the Ministry of Labor in the Gaza Strip, Abdullah Al-Jamal, to "Palestine Online": ◇
In the near future, permits will be issued to workers and delivered to them," Palestine Online, Facebook, February
17, 2022, https://www.facebook.com/watch/?v=640404117240136

informed Gazans where to register for permits to work in Israel.[111] Two videos posted on the

Hamas Labor Ministry's YouTube channel show Abdallah interviewing students graduating from

Gaza's Northern Vocational Training Center.[112]

77.    "Hamas has exercised de facto control over Gaza since 2007," the U.S. Treasury

Department has noted.[113]  By virtue of this control, Hamas dictated who could hold a position in

the Hamas government in Gaza and who could not.  After just eight days of fighting between

Palestinian rivals Hamas and Fatah in June 2007, "Hamas forces seized control of all security

facilities and main government offices throughout the territory," Human Rights Watch

reported.[114]  For an individual to serve in a prominent, public-facing role such as spokesperson at

a Hamas government ministry, that person would have to be a Hamas member or supporter.

78.    Abdallah al-Jamal's family is well-known to be tied to Hamas. Al-Jamal's uncle,

Abdelrahman al-Jamal, is a Hamas member elected to the Palestinian Legislature.[115] He was

designated as a Specially Designated Global Terrorist (SDGT)[116] under a list that included

persons "identified as members of the Palestinian Legislative Council (PLC) who were elected

on the party slate of a Foreign Terrorist Organization."[117]  Abdelrahman al-Jamal has appeared

---

[111] "Video | Spokesperson for the Ministry of Labor in the Gaza Strip, Abdullah Al-Jamal, to "Palestine Online": ◇ In the near future, permits will be issued to workers and delivered to them," Palestine Online, Facebook, February 17, 2022, https://www.facebook.com/watch/?v=640404117240136
[112] "Rafah Vocational Training Center Graduate Survey for the 2022-2023 Training Year," Ministry of Labor – Gaza, YouTube, August 29, 2023, https://www.youtube.com/watch?v=YwD2nbtEi3w; "Survey of graduates of the Northern Vocational Training Center during the Creative Hands Class 2023 celebrations," Ministry of Labor – Gaza, YouTube, August 29, 2023, https://www.youtube.com/watch?v=FaGB37jzHtw
[113] "FinCEN Advisory to Financial Institutions to Counter the Financing of Iran-Backed Terrorist Organizations," Financial Crimes Enforcement Network (FinCEN), U.S. Department of the Treasury, FIN-2024-A001, May 8, 2024, https://www.fincen.gov/system/files/advisory/2024-05-07/FinCEN-Advisory-Iran-Backed-TF-508C.pdf
[114] "Internal Fight: Palestinian Abuses in Gaza and the West Bank," Part IV. Gaza Abuses against Fatah, July 29, 2008, https://www.hrw.org/report/2008/07/29/internal-fight/palestinian-abuses-gaza-and-west-bank
[115] "Handbook of Hamas Palestinian Legislative Council Members," The Washington Institute for Near East Policy, 2006, p. 76, https://www.washingtoninstitute.org/media/7560
[116] Abdul Rahman al-Jamal, OFAC Sanctions List Search, https://sanctionssearch.ofac.treas.gov/Details.aspx?id=9701
[117] PLC List, Office of Foreign Assets Control, U.S. Department of the Treasury, https://ofac.treasury.gov/media/10521/download?inline

publicly with many top Hamas leaders and personnel.[118]  Abdelrahman al-Jamal is well known in Nuseirat and would almost certainly be recognized by someone from Nuseirat or someone with expertise on Hamas local leadership there.

79.    According to the Istanbul-based Palestinian think tank Vision for Political Development, Abdelrahman al-Jamal served on Hamas Shura Councils at various levels, including the local Shura Council in the Nuseirat refugee camp, at the central governate level in Gaza, all the way to serving as the deputy head of the Hamas Shura Council in the Gaza Strip from 2010 to 2014.[119]  The think tank further reports that Abdelrahman al-Jamal supports the use of violence against Israel, writing that he "believes that resisting the occupier [Israel] by all means is a right guaranteed to the Palestinian people, guaranteed by divine laws and positive laws, and it is the way to liberation Palestine and expel the occupation from it."[120]  He was arrested at various times by both Israeli (1989, 1994) and Palestinian Authority (1996) security forces.[121]

80.    Abdullah al-Jamal's father, Ahmed, a doctor who lived in the same complex where Abdullah held the Israeli hostages, was known to recite the Koran at the local al-Farouk mosque in Nuseirat.[122]  During the July 2014 battles between Israel and Hamas, which Israel

---

[118] See, for example, Abd al-Rahman Yousef Ahmed Al-Jamal along with other Senior Leaders of Hamas, Mahmoud Al-Zahar, Kamal Abu Aoun and Musa Al-Samak, in a ceremony Nuseirat refugee camp  on 14 December 2015, https://www.maannews.net/news/761332.html; A Meeting Between Abd al-Rahman Yousef Ahmed Al-Jamal and the Mayor of  Al Mughraqa Nidal Abu Kamil, a Former Commander in Izz al-Din al-Qassam Brigades on 17 May 2023, https://www.alwatanvoice.com/arabic/news/2023/05/17/1521836.html

[119] Abdul Rahman al-Jamal, Vision for Political Development, April 12, 2022, https://vision-pd.org/%d8%b9%d8%a8%d8%af-%d8%a7%d9%84%d8%b1%d8%ad%d9%85%d9%86-%d8%a7%d9%84%d8%ac%d9%85%d9%84/

[120] Abdul Rahman al-Jamal, Vision for Political Development, April 12, 2022, https://vision-pd.org/%d8%b9%d8%a8%d8%af-%d8%a7%d9%84%d8%b1%d8%ad%d9%85%d9%86-%d8%a7%d9%84%d8%ac%d9%85%d9%84/

[121] Abdul Rahman al-Jamal, Vision for Political Development, April 12, 2022, https://vision-pd.org/%d8%b9%d8%a8%d8%af-%d8%a7%d9%84%d8%b1%d8%ad%d9%85%d9%86-%d8%a7%d9%84%d8%ac%d9%85%d9%84/

[122] "The Hostages Next Door: Inside a Notable Gaza Family's Dark Secret," The Wall Street Journal, June 17, 2024, https://www.wsj.com/world/middle-east/the-hostages-next-door-inside-a-notable-gaza-familys-dark-secret-

referred to as Operation Protective Edge, the al-Farouk mosque was targeted by Israeli forces because Hamas used the mosque compound "for Hamas operations and for storing rockets and weapons," as reported by several Israeli media outlets.[123]  Those reports were given further credence by material posted to the mosque's Facebook page which featured Hamas material, including death notices of Hamas operatives who were members of the mosque and a photo of boys watching a soccer game at the mosque in a room with a door marked "Hamas."[124]

## J.  Funds Paid to Abdullah al-Jamal Would Have Assisted Hostage Taking

81.    In the wake of the war that Hamas started on October 7, 2023, Hamas was denied significant income streams that it previously enjoyed by virtue of controlling the Hamas government, such as taxation, fees, controlling border crossings, and other governance income.[125]  Hamas' ability to make money off its governance of the Gaza Strip effectively ended after the October 7 attacks and the war that followed.[126]  As a result, Hamas experienced a cash crunch and needed new sources of income. Under such conditions, any funds Abduallah al-Jamal received for work performed for the Palestine Chronicle would have helped fund his ability to

---

2896f6aa?gaa_at=eafs&gaa_n=ASWzDAhx3GMFoFCH2luJR9G3s5-5cvy9Lkn_q4Aur--
y4ON7Ijn17YofZH0SffZHHA%3D%3D&gaa_ts=68cdb413&gaa_sig=bhxBnxL7RxdwMg6I_377O1LaUg5OAJU
MJS1O35mX6wZc8vkj3nF4-5U6qvqbfdOMCOw9xTWXipFptqAwudD-Kw%3D%3D

[123] "The Use of Mosques in the Gaza Strip for Military Purposes by Hamas and other Terrorist Organizations: The Case of the Al-Farouq Mosque," The Meir Amit Intelligence and Terrorism Information Center, July 13, 2014, https://www.terrorism-info.org.il/Data/articles/Art_20672/E_113_14_1401598645.pdf
[124] "The Use of Mosques in the Gaza Strip for Military Purposes by Hamas and other Terrorist Organizations: The Case of the Al-Farouq Mosque," The Meir Amit Intelligence and Terrorism Information Center, July 13, 2014, https://www.terrorism-info.org.il/Data/articles/Art_20672/E_113_14_1401598645.pdf
[125] Matthew Levitt, "Combating the Networks of Illicit Finance and Terrorism," Testimony submitted to the U.S. Senate Committee on Banking, Housing, and Urban Affairs, October 26, 2023, https://www.banking.senate.gov/imo/media/doc/levitt_testimony_10-26-231.pdf
[126] "FinCEN Advisory to Financial Institutions to Counter the Financing of Iran-Backed Terrorist Organizations," Financial Crimes Enforcement Network (FinCEN), U.S. Department of the Treasury, FIN-2024-A001, May 8, 2024, https://www.fincen.gov/system/files/advisory/2024-05-07/FinCEN-Advisory-Iran-Backed-TF-508C.pdf

hold Israeli hostages captive in his home, including payments for rent, food, clothing, medicine, and other basic provisions needed to keep hostages alive, secured, and concealed.

82.    Two weeks after the October 7 attacks, a senior Treasury official spoke at Deloitte's annual anti-money laundering conference warning about Hamas fundraising schemes,[127] and a few weeks later the FBI's Sacramento field office issued a public warning informing the public that criminal scams were claiming to raise funds for humanitarian support causes but were in fact running sham charities to support Hamas.[128]  Also in October 2023, the U.S. Treasury Department's Financial Crimes Enforcement Network issued an advisory to financial institutions to counter financing for Hamas.[129]  In November 2023, the U.S. and U.K. took coordinated action targeting Hamas leaders and financiers "to deny Hamas the ability to raise and use funds to carry out its atrocities."[130]  Then, in June 2025, the Treasury Department took action to disrupt "sham overseas charity networks" funding Hamas (and the PFLP) that were raising funds for terrorism "under the guise of providing humanitarian assistance but instead are primarily utilized for funneling money to terrorist organizations."[131]  Even private sector specialists, like the Association of Certified Financial Crime Specialists, issued recommendations for private sector financial institutions to be careful about funds being sent to "high-risk jurisdictions," including Gaza.[132] All told, the international community—governments

---

[127] "Remarks by Under Secretary for Terrorism and Financial Intelligence Brian Nelson at Deloitte's 15th Annual Anti-Money Laundering Conference," U.S. Department of the Treasury, October 17, 2023, https://home.treasury.gov/news/press-releases/jy1817
[128] "FBI Warning Charity Scams May Exploit Public Generosity During Israel-Hamas Conflict," FBI Sacramento, November 16, 2023, https://www.fbi.gov/contact-us/field-offices/sacramento/news/fbi-warning-charity-scams-may-exploit-public-generosity-during-israel--hamas-conflict
[129] "FinCEN Alert to Financial Institutions to Counter Financing to Hamas and its Terrorist Activities," Financial Crimes Enforcement Network (FinCEN), FIN-2023-Alert006, U.S. Department of the Treasury, October 20, 2023, https://www.fincen.gov/system/files/2023-10/FinCEN_Alert_Terrorist_Financing_FINAL508.pdf
[130] "United States and United Kingdom Take Coordinated Action Against Hamas Leaders and Financiers," U.S. Department of the Treasury, November 14, 2023, https://home.treasury.gov/news/press-releases/jy1907
[131] "Treasury Disrupts Sham Overseas Charity Networks Funding Hamas and the PFLP," U.S. Department of the Treasury, June 10, 2025, https://home.treasury.gov/news/press-releases/sb0162
[132] Briane Monroe, "Unraveling a Complex Web: A Primer on Hamas Funding Sources Iranian Support, Global

40

and the private sector alike—went to significant and very public efforts to prevent funds from reaching Hamas in Gaza.  To evade such efforts, one would need to find an otherwise legitimate reason for sending funds to Gaza (such as charity or salary payment) and would need to send the funds to an individual not overtly tied to Hamas.

83.    Any funds provided to Abdullah al-Jamal would have helped facilitate his ability to hold kidnapped Israelis hostage in his home.  Given the financial crunch of wartime Gaza, the provision of even small amounts of money would be significant. Sending such funds through convoluted schemes, rather than through an account at the Bank of Palestine or directly to the ultimate recipient through other means, suggests the parties involved knew they were involved in illicit financial conduct.

84.    The U.S. Treasury Department issued a list of red flag indicators to detect, prevent and report potential suspicious activity related to Hamas.  One of its red flags specifically warned financial institutions of a situation in which "a customer or a customer's counterpart conducts transactions with OFAC-designated entities and individuals."[133]  This would include a Hamas government employee, given that Hamas is a U.S. designated Foreign Terrorist Organization (FTO).

85.    Another red flag highlighted by the U.S. Treasury Department warns of a situation in which "a customer conducts transactions with a Money Service Business (MSB) or other financial institution…that operates in higher-risk jurisdictions tied to Hamas activity" and "is reasonably believed or suspected to have lax customer due diligence (CDD) requirements" or

Connections and Compliance Concerns, Considerations," Association of Certified Financial Crime Specialists, November 1, 2023, https://www.acfcs.org/unraveling-a-complex-web-a-primer-on-hamas-funding-sources-iranian-support-global-connections-and-compliance-concerns-considerations
[133] "FinCEN Alert to Financial Institutions to Counter Financing to Hamas and its Terrorist Activities," Financial Crimes Enforcement Network (FinCEN), FIN-2023-Alert006, U.S. Department of the Treasury, October 20, 2023, https://www.fincen.gov/system/files/2023-10/FinCEN_Alert_Terrorist_Financing_FINAL508.pdf

other anti-money laundering shortcomings.[134]  PayPal qualifies as an MSB and Hamas is known

to have used PayPal to transfer funds for the group.  In 2023, for example, after an inquiry from

the media, PayPal cut ties with an Italian organization, the Charity Association for Solidarity

with the Palestinian People, that was accused of funding Hamas.[135]  The U.S. Treasury would

later label the Italian organization a "sham charity" which claims to raise funds for humanitarian

purposes "but in reality helps bankroll Hamas's military wing."[136]

## K.    Conclusion

86.    Based on my knowledge, experience, training and education, and drawing on my

own extensive research, it is my expert opinion that:

- Hamas carried out the October 7, 2023, attack, for which the group has claimed responsibility, and which have been widely condemned as war crimes and crimes against humanity.

- It was well known in the days and weeks after the October 7, 2023, attack that Hamas had carried out the attack and was holding over 200 hostages in Gaza.

- While the scale of Hamas kidnapping on October 7, 2023, was unique, Hamas has a long history of hostage taking.

- Hamas has a long history of gaining financial and other support from networks of supporters in the United States.

- Abdullah al-Jamal held an official position within the Hamas government in Gaza, was part of a prominent family with well-known ties to Hamas and was himself known to be affiliated with Hamas.  Hamas would not entrust Israeli hostages taken on October 7, 2023, to random Gazans unaffiliated with and untrusted by Hamas.

---

[134] "FinCEN Alert to Financial Institutions to Counter Financing to Hamas and its Terrorist Activities," Financial Crimes Enforcement Network (FinCEN), FIN-2023-Alert006, U.S. Department of the Treasury, October 20, 2023, https://www.fincen.gov/system/files/2023-10/FinCEN_Alert_Terrorist_Financing_FINAL508.pdf
[135] Zvika Klein, "Post's Inquiry Caused PayPal to Cut Ties with Hamas Funding Proxy in Europe," Jerusalem Post, November 10, 2023, https://www.jpost.com/business-and-innovation/article-772595
[136] "Treasury Targets Significant International Hamas Fundraising Network," U.S. Department of the Treasury, October 7, 2024, https://home.treasury.gov/news/press-releases/jy2632

- Any funds provided to Abdullah al-Jamal would have helped facilitate his ability to hold kidnapped Israelis hostage in his home. Given the financial crunch of wartime Gaza, the provision of even small amounts of money would be significant. Sending such funds through convoluted schemes, rather than through an account at the Bank of Palestine or directly to the ultimate recipient through other means, suggests the parties involved knew they were involved in illicit financial conduct.

Dr. Matthew Levitt, Oct. 15, 2025

# EXHIBIT C



**Planet Depos**
We Make It *Happen*™

# Transcript of Romana Rubeo-Corporate Designee

**Date:** November 13, 2025
**Case:** Meir Jan, et al. -v- People Media Project, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

```
 1              UNITED STATES DISTRICT COURT

 2         WESTERN DISTRICT OF WASHINGTON AT TACOMA

 3     - - - - - - - - - - - - -x

 4    ALMOG MEIR JAN, SHLOMI      :

 5    ZIV, and ANDREY KOZLOV,     :

 6            Plaintiffs,         :

 7       v.                       :

 8    PEOPLE MEDIA PROJECT, a     :  Case No.

 9    Washington                  :  3:24-cv-05553-TMC

10    Non-Profit Corporation,     :

11    d/b/a PALESTINE             :

12    CHRONICLE; RAMZY BAROUD;    :

13    JOHN HARVEY; and DOES 1     :

14    through 10,                 :

15            Defendants.         :

16     - - - - - - - - - - - - -x

17          Deposition of PEOPLE MEDIA PROJECTS

18      By and through its Designated Representative

19                  ROMANA RUBEO

20              Conducted Virtually

21            Thursday, November 13, 2025

22                 9:01 a.m. EST

23    Job No.: 607135

24    Pages: 1 - 126

25    Reported By: Paul P. Smakula
```

Transcript of Romana Rubeo-Corporate Designee
Conducted on November 13, 2025                     24

| | | |
|---|---|---|
| 1 | contributors that actually get paid. | 09:26:21 |
| 2 | Q  Okay.  And when you have that discussion | 09:26:23 |
| 3 | about payment, is that in writing or over the | 09:26:24 |
| 4 | phone? | 09:26:29 |
| 5 | A  In writing. | 09:26:29 |
| 6 | Q  Okay. | 09:26:31 |
| 7 | A  Sometimes it happened for sure over the | 09:26:31 |
| 8 | over the phone, but most likely it's in writing -- | 09:26:34 |
| 9 | Q  Okay. | 09:26:34 |
| 10 | A  Also because of the time difference | 09:26:39 |
| 11 | between us. | 09:26:41 |
| 12 | Q  In writing as in PayPal -- sorry, as in | 09:26:41 |
| 13 | WhatsApp or email? | 09:26:43 |
| 14 | A  I would say Teams, Skype.  Most likely | 09:26:48 |
| 15 | Skype.  I don't know if it happened on Teams, | 09:26:51 |
| 16 | because Skype was converted into Teams recently, | 09:26:53 |
| 17 | and I don't remember if we had discussions of this | 09:26:58 |
| 18 | type on Teams after it was turned into Teams by | 09:27:00 |
| 19 | Skype. | 09:27:04 |
| 20 | Q  Who makes the editorial decisions for | 09:27:05 |
| 21 | Palestine Chronicle? | 09:27:11 |
| 22 | A  I take the liberty of, you know, making a | 09:27:15 |
| 23 | lot of editorial decisions.  I know that | 09:27:18 |
| 24 | Dr. Baroud trusts me in that sense.  But of course | 09:27:20 |
| 25 | there are certain occasions where I feel that the | 09:27:23 |

Transcript of Romana Rubeo-Corporate Designee
Conducted on November 13, 2025                          26

| | | |
|---|---|---|
| 1 | people, for example, professor Ilan Pappe, and we | 09:29:14 |
| 2 | decided to allocate a certain sum of money for his | 09:29:21 |
| 3 | articles.  After that, I think it was in 2022, the | 09:29:21 |
| 4 | organization We Are Not Numbers suggested that we | 09:29:26 |
| 5 | basically have a sort of agreement that we helped | 09:29:32 |
| 6 | young Gaza writers paying, them $50 per article, | 09:29:35 |
| 7 | and they sent some of the articles.  So, I am | 09:29:42 |
| 8 | referring to a period that was, I think, from | 09:29:46 |
| 9 | mid-2022 until the beginning of the war in | 09:29:49 |
| 10 | October 2023. | 09:29:53 |
| 11 | After the war, some of these writers | 09:29:56 |
| 12 | texted us saying they wanted to contribute, but it | 09:30:01 |
| 13 | wasn't immediately after the war.  The first case | 09:30:05 |
| 14 | was in May 2024.  And we decided to allocate a | 09:30:07 |
| 15 | certain amount of money because we felt it was the | 09:30:16 |
| 16 | right thing to do for writers in Gaza.  And so we | 09:30:21 |
| 17 | only paid a small amount of money, which I think | 09:30:24 |
| 18 | it's a hundred dollars per article to features | 09:30:28 |
| 19 | that we deem important and to certain writers. | 09:30:32 |
| 20 | Other writers do not want money, they do | 09:30:38 |
| 21 | it on a voluntary basis.  They are intellectuals, | 09:30:42 |
| 22 | retired professors, like professor Jeremy Salt or | 09:30:47 |
| 23 | professor Reza Behnam, they do it on a voluntary | 09:30:52 |
| 24 | basis because they want to contribute to our | 09:30:55 |
| 25 | publication but they don't want to get paid.  We | 09:30:57 |

Transcript of Romana Rubeo-Corporate Designee
Conducted on November 13, 2025                        27

| | | |
|---|---|---|
| 1 | never discussed money with them.  It's like a | 09:31:02 |
| 2 | tacit agreement. | 09:31:06 |
| 3 |     Q  Okay.  So, you kind of said a couple | 09:31:08 |
| 4 | things there I just want to follow up on. | 09:31:09 |
| 5 |        So, for the people who do get paid, it's a | 09:31:10 |
| 6 | hundred dollars per article? | 09:31:13 |
| 7 |     A  Yes.  It depends.  So far it has been | 09:31:15 |
| 8 | mostly a hundred dollars per article. | 09:31:18 |
| 9 |     Q  But how do you decide -- you mentioned | 09:31:20 |
| 10 | that you're only paying certain writers and for | 09:31:24 |
| 11 | certain features that are deemed important? | 09:31:30 |
| 12 |     A  Yeah. | 09:31:33 |
| 13 |     Q  How do you decide which features are | 09:31:33 |
| 14 | deemed important and should be paid for? | 09:31:36 |
| 15 |     A  Well, this, of course, is included on my | 09:31:39 |
| 16 | discretional editorial decision.  A certain | 09:31:42 |
| 17 | publication could deem certain stories important | 09:31:42 |
| 18 | and a certain -- and another publication could | 09:31:52 |
| 19 | think that that story is not important.  For us, | 09:31:55 |
| 20 | the important thing is the human touch on stories, | 09:31:57 |
| 21 | you know, human stories from Palestine and Gaza, | 09:32:02 |
| 22 | and these are the features that we privilege over | 09:32:06 |
| 23 | others. | 09:32:12 |
| 24 |     Q  Do you make that decision after seeing the | 09:32:12 |
| 25 | feature? | 09:32:14 |

Transcript of Romana Rubeo-Corporate Designee
Conducted on November 13, 2025                                    28

| | | |
|---|---|---|
| 1 | A  Yeah.  We never commission articles on the | 09:32:14 |
| 2 | basis of a pitch.  After the feature has been | 09:32:17 |
| 3 | written. | 09:32:19 |
| 4 | Q  And would you communicate that to the | 09:32:19 |
| 5 | writer, that congratulations, this is a -- you | 09:32:22 |
| 6 | know, we're going to pay for this feature because | 09:32:24 |
| 7 | it's important? | 09:32:26 |
| 8 | A  I think maybe we do it -- like, we don't | 09:32:31 |
| 9 | -- I don't do it on a regular basis.  If we | 09:32:33 |
| 10 | publish it, we pay, otherwise we don't publish it. | 09:32:37 |
| 11 | I think the reason -- yeah, we send a standard | 09:32:40 |
| 12 | communication saying, we will read your article, | 09:32:42 |
| 13 | and if you don't hear back from us in the next 10 | 09:32:45 |
| 14 | days, you can consider another publication. | 09:32:48 |
| 15 | Q  Okay.  Thank you. | 09:32:52 |
| 16 | And whose decision is it whether to -- to | 09:33:04 |
| 17 | pay someone?  Is that yours or Ramzy's? | 09:33:06 |
| 18 | A  It is mine, but I consult with him.  As I | 09:33:10 |
| 19 | said, since it's just a limited number of | 09:33:15 |
| 20 | contributors, we are talking about seven, eight, | 09:33:20 |
| 21 | maximum 10 discussions of this nature that | 09:33:23 |
| 22 | happened between us. | 09:33:26 |
| 23 | Q  Would you have some sort of -- how do you | 09:33:31 |
| 24 | keep track of which writers are the paid writers | 09:33:37 |
| 25 | versus the unpaid writers?  Would you have some | 09:33:39 |

Transcript of Romana Rubeo-Corporate Designee
Conducted on November 13, 2025                    29

| | | |
|---|---|---|
| 1 | sort of internal spreadsheet to track that?  How | 09:33:43 |
| 2 | do you remember? | 09:33:47 |
| 3 | A  Okay.  I have a good memory because we are | 09:33:47 |
| 4 | talking, as I said, about just a few writers.  But | 09:33:50 |
| 5 | I keep, like, a Google doc just for my eye, for my | 09:33:55 |
| 6 | use only.  But generally speaking, also because we | 09:34:02 |
| 7 | have a system in the Palestine Chronicle where I | 09:34:04 |
| 8 | can type the name of a writer and see all of his | 09:34:08 |
| 9 | articles, so I don't need to keep track every | 09:34:12 |
| 10 | single time.  And I remember them by name. | 09:34:16 |
| 11 | Q  What's the Google document that you're | 09:34:21 |
| 12 | referring to? | 09:34:23 |
| 13 | A  You know, the Google doc, like, you can | 09:34:24 |
| 14 | open a Google doc and, like, instead of saving a | 09:34:26 |
| 15 | Word file or an Excel, I have that Google doc just | 09:34:30 |
| 16 | for my, you know, notes. | 09:34:34 |
| 17 | Q  And that document would be a record of who | 09:34:39 |
| 18 | you agreed to pay and who you did not? | 09:34:41 |
| 19 | A  Yes. | 09:34:44 |
| 20 | Q  Have you given that document to your | 09:34:44 |
| 21 | attorney to produce in this litigation? | 09:34:53 |
| 22 | A  I don't think it was required.  I provided | 09:34:55 |
| 23 | the -- the payments that were done.  That was just | 09:34:57 |
| 24 | a personal note. | 09:35:00 |
| 25 | Q  So, I think if -- you can talk to your | 09:35:04 |

Transcript of Romana Rubeo-Corporate Designee
Conducted on November 13, 2025                    30

```
 1   attorney after, but I think if you have a personal      09:35:07
 2   Google document that tracks which writers were          09:35:09
 3   getting paid and which were not, I think that'd be      09:35:15
 4   something we'd be very interested in receiving.         09:35:17
 5       A  Yeah.  Even if all the information that          09:35:20
 6   are there, are in the PayPal documents that we          09:35:21
 7   provided, because there's nothing aside from that.      09:35:25
 8       Q  Okay.  We can -- we can -- turn back?            09:35:30
 9          MR. KOVALIK:  We'll talk about that,             09:35:32
10   Kellen.                                                 09:35:32
11          MR. DWYER:  Yeah.                                09:35:32
12          MR. KOVALIK:  I'll talk to Romana about          09:35:34
13   that --                                                 09:35:36
14          MR. DWYER:  Okay.  I appreciate that.            09:35:36
15          MR. KOVALIK:  -- at the break.                   09:35:39
16       Q  Would you have any discussion -- you             09:35:40
17   mentioned this a moment ago, but would there be         09:35:45
18   any discussion with -- withdrawn.                       09:35:48
19          You said that certain writers don't want         09:35:51
20   to be paid, that they're sort of doing this, you        09:35:57
21   know, for their own charitable reasons.                 09:36:00
22          Would you have any discussion with a             09:36:03
23   writer up front to set their expectation as to          09:36:06
24   whether they're going to get paid or not?               09:36:13
25       A  No, no discussions.                              09:36:15
```

Transcript of Romana Rubeo-Corporate Designee
Conducted on November 13, 2025                    31

| | | |
|---|---|---|
| 1 | Q  Were you ever concerned that someone was | 09:36:16 |
| 2 | going to publish with you thinking that they would | 09:36:21 |
| 3 | get paid and then be upset that they were not? | 09:36:26 |
| 4 | A  Never be concerned about that.  It never | 09:36:28 |
| 5 | happened that somebody complained about that. | 09:36:32 |
| 6 | Q  Okay.  What is the difference between a | 09:36:34 |
| 7 | correspondent with the Palestine Chronicle versus | 09:36:45 |
| 8 | a contributor? | 09:36:47 |
| 9 | A  We don't have correspondents in the | 09:36:48 |
| 10 | classical sense because correspondent is somebody | 09:36:52 |
| 11 | that receives a salary, and I think it's for | 09:36:58 |
| 12 | bigger organizations.  All of our contributors are | 09:36:58 |
| 13 | merely contributors. | 09:37:01 |
| 14 | Q  So, you don't have correspondents? | 09:37:05 |
| 15 | A  No, we don't. | 09:37:11 |
| 16 | Q  Okay.  Was Abdallah Aljamal correspondent? | 09:37:12 |
| 17 | A  No.  As I said, we never have | 09:37:22 |
| 18 | correspondents.  He was a contributor. | 09:37:28 |
| 19 | Q  Are you aware that until his death, he was | 09:37:28 |
| 20 | listed as a correspondent on your website? | 09:37:32 |
| 21 | A  Yeah.  We did -- we do this -- we did this | 09:37:36 |
| 22 | also to give, like, you know this kind of titles | 09:37:37 |
| 23 | can maybe be important for their career.  But | 09:37:41 |
| 24 | technically, it wasn't a correspondent.  It was | 09:37:45 |
| 25 | some kind of acknowledgement that we gave him. | 09:37:52 |

Transcript of Romana Rubeo-Corporate Designee
Conducted on November 13, 2025                    32

| | | |
|---|---|---|
| 1 | Not only him.  I think it was him and another | 09:37:54 |
| 2 | photographer only, but it was, yeah, some kind of | 09:37:58 |
| 3 | a title that we gave.  But, technically speaking, | 09:38:01 |
| 4 | correspondent is a different thing.  A | 09:38:05 |
| 5 | correspondent receives a salary, and we never paid | 09:38:07 |
| 6 | Abdallah, so it wasn't -- he was a contributor. | 09:38:13 |
| 7 | Q  Did Abdallah Aljamal ever ask for you to | 09:38:14 |
| 8 | give him the title of correspondent? | 09:38:22 |
| 9 | A  No. | 09:38:25 |
| 10 | Q  Then why did you give him the title of | 09:38:25 |
| 11 | correspondent? | 09:38:28 |
| 12 | A  As I said, as a form of maybe exaggerated | 09:38:28 |
| 13 | courtesy, but it was, on our side, a form of | 09:38:31 |
| 14 | courtesy. | 09:38:34 |
| 15 | Q  Okay.  Did you ever write to him to tell | 09:38:35 |
| 16 | him, hey, we're going to give you this -- this | 09:38:38 |
| 17 | correspondent title even though you're not paid in | 09:38:40 |
| 18 | order to help your career? | 09:38:45 |
| 19 | A  No. | 09:38:46 |
| 20 | Q  Did he know that he had the correspondent | 09:38:46 |
| 21 | title? | 09:38:49 |
| 22 | A  I don't know.  I can't know what he knew. | 09:38:50 |
| 23 | Q  Well, did you ever tell him we're giving | 09:38:57 |
| 24 | you the correspondent title? | 09:38:59 |
| 25 | A  I think I said that no, we didn't tell | 09:39:01 |

Transcript of Romana Rubeo-Corporate Designee
Conducted on November 13, 2025                                34

| | | |
|---|---|---|
| 1 | features; is that right? | 09:40:13 |
| 2 | A  Yes. | 09:40:16 |
| 3 | Q  Can you explain what a feature is? | 09:40:16 |
| 4 | A  Yeah.  Basically we do not compensate for | 09:40:19 |
| 5 | merely news stories, but features that have to | 09:40:22 |
| 6 | have an angle, some interviews with somebody, so | 09:40:26 |
| 7 | it becomes, like, a story of interest, of human | 09:40:32 |
| 8 | interest.  So, most likely the writer usually | 09:40:34 |
| 9 | speaks to people, interviews, gets quotes, and | 09:40:36 |
| 10 | then writes a story on the basis of these | 09:40:43 |
| 11 | interviews. | 09:40:45 |
| 12 | Q  Did you publish any features of -- that | 09:40:45 |
| 13 | were written by Abdallah Aljamal? | 09:40:48 |
| 14 | A  We published many. | 09:40:51 |
| 15 | Q  What method does Palestine Chronicle use | 09:40:55 |
| 16 | to pay its writers? | 09:40:57 |
| 17 | A  Usually PayPal.  Always PayPal, yeah. | 09:41:04 |
| 18 | Q  Any other methods besides PayPal? | 09:41:06 |
| 19 | A  No. | 09:41:09 |
| 20 | Q  Who initiates the PayPal payments? | 09:41:09 |
| 21 | A  Like, who does that? | 09:41:20 |
| 22 | Q  Who actually logs into PayPal and clicks, | 09:41:20 |
| 23 | you know, pay? | 09:41:25 |
| 24 | A  I usually do that. | 09:41:25 |
| 25 | Q  So, you have access to Palestine | 09:41:26 |

Transcript of Romana Rubeo-Corporate Designee
Conducted on November 13, 2025                    45

| | | |
|---|---|---|
| 1 | record.  The time is 10:13. | 10:13:38 |
| 2 | BY MR. DWYER: | 10:13:44 |
| 3 | Q  Ms. Rubeo, a moment ago while we were off | 10:13:44 |
| 4 | the record, your attorney kind of provided more | 10:13:49 |
| 5 | details about the Google document that you used to | 10:13:51 |
| 6 | use to track payments. | 10:13:56 |
| 7 | Could you just explain to me what the | 10:14:00 |
| 8 | purpose of this document was and what your | 10:14:02 |
| 9 | record-keeping practice was? | 10:14:05 |
| 10 | A  Okay.  It is a Google doc, and it is a | 10:14:10 |
| 11 | miscellaneous document.  Like, I keep note of | 10:14:14 |
| 12 | every kind, like, of my articles, my things.  And | 10:14:17 |
| 13 | then I have a sort of grid on it where every | 10:14:21 |
| 14 | month, ideally, I file it every time I publish an | 10:14:26 |
| 15 | article that has been paid.  Usually at the end of | 10:14:30 |
| 16 | month after I pay the few contributions that have | 10:14:35 |
| 17 | to be paid, I delete the names from the grid and | 10:14:38 |
| 18 | then the following month I put new names.  In | 10:14:42 |
| 19 | November, it's still empty.  Most likely because I | 10:14:45 |
| 20 | think today we published the first article that | 10:14:48 |
| 21 | actually will be paid at the end of the month, so | 10:14:52 |
| 22 | I didn't file it yet. | 10:14:56 |
| 23 | Q  And why do you delete those names every | 10:14:57 |
| 24 | month? | 10:15:00 |
| 25 | A  Because it's just personal notes that I | 10:15:02 |

Transcript of Romana Rubeo-Corporate Designee
Conducted on November 13, 2025                    46

| | | |
|---|---|---|
| 1 | have to keep track, but I find it practical to | 10:15:06 |
| 2 | have a Google doc.  It's the nature of the Google | 10:15:12 |
| 3 | doc itself that you put something and then you | 10:15:14 |
| 4 | delete and then you have new information. | 10:15:16 |
| 5 | Q  So, each month when you're trying to | 10:15:18 |
| 6 | decide who you have to pay, how do you know which | 10:15:20 |
| 7 | writers have an agreement to be paid versus which | 10:15:25 |
| 8 | writers have agreed to work voluntarily? | 10:15:28 |
| 9 | A  That's something I remember.  I know their | 10:15:33 |
| 10 | names, and I remember which one has to be paid. | 10:15:35 |
| 11 | Q  Wouldn't it be important to have that in | 10:15:38 |
| 12 | writing in case you forget? | 10:15:41 |
| 13 | A  Maybe, but so far it has worked fine. | 10:15:44 |
| 14 | Q  What happens if a reporter comes to you | 10:15:48 |
| 15 | and says, I thought I was going to get paid or you | 10:15:51 |
| 16 | told me I was going to get paid, and you have no | 10:15:54 |
| 17 | record of what you -- | 10:15:58 |
| 18 | A  At that point I go to the website, I check | 10:15:59 |
| 19 | all articles published that money under the byline | 10:16:03 |
| 20 | of that author, and if indeed there was a mistake | 10:16:08 |
| 21 | on our part, I would, you know, compensate.  But | 10:16:12 |
| 22 | it never happened. | 10:16:16 |
| 23 | Q  How would you know if there's a mistake if | 10:16:16 |
| 24 | we don't have record of who agreed to work for | 10:16:20 |
| 25 | free and who was getting paid? | 10:16:25 |

Transcript of Romana Rubeo-Corporate Designee
Conducted on November 13, 2025                    47

| | | |
|---|---|---|
| 1 | A  No.  Okay.  Maybe I -- maybe I didn't | 10:16:27 |
| 2 | express that clearly.  So, of course we tell the | 10:16:29 |
| 3 | author in the beginning that there will be some | 10:16:31 |
| 4 | kind of a compensation, okay?  As I said, it's a | 10:16:33 |
| 5 | very limited number of contributors, so I keep | 10:16:37 |
| 6 | them in mind, like, I know that that person at the | 10:16:42 |
| 7 | end of the month will be paid.  Regarding the | 10:16:45 |
| 8 | number of articles, when I publish the article, I | 10:16:48 |
| 9 | usually add it to the grid.  For example, today | 10:16:51 |
| 10 | there was an article by an article -- by an author | 10:16:54 |
| 11 | that we usually pay, and I should have added it to | 10:16:58 |
| 12 | the grid, but when I went it's empty, because most | 10:17:03 |
| 13 | likely I didn't have the time to do it.  So, at | 10:17:06 |
| 14 | the end of the month I will have the list, you | 10:17:09 |
| 15 | know, of names and articles.  It's not a very long | 10:17:11 |
| 16 | list, some months it's, like, three contributors, | 10:17:14 |
| 17 | some months it's one. | 10:17:20 |
| 18 | Q  But it sounds like there's no written | 10:17:22 |
| 19 | document that says these writers agreed to work | 10:17:25 |
| 20 | for free, and these writers are being paid? | 10:17:28 |
| 21 | A  No, there isn't. | 10:17:34 |
| 22 | Q  Okay.  And that distinction, it only | 10:17:34 |
| 23 | exists in your mind in terms of -- | 10:17:35 |
| 24 | A  Yes. | 10:17:35 |
| 25 | Q  -- who's working for free and who's | 10:17:37 |

Transcript of Romana Rubeo-Corporate Designee
Conducted on November 13, 2025                    49

| | | |
|---|---|---|
| 1 | A  No -- | 10:18:50 |
| 2 | MR. KOVALIK:  Objection; asked and | 10:18:50 |
| 3 | answered. | 10:18:50 |
| 4 | But go ahead, Romana. | 10:18:52 |
| 5 | A  Some articles, for features that are, you | 10:18:53 |
| 6 | know, kind of long and elaborated, usually we pay | 10:18:54 |
| 7 | a hundred.  But, for example, in the case of | 10:18:58 |
| 8 | Robert Inlakesh, who writes several articles per | 10:19:00 |
| 9 | month, so we could not afford to pay him that | 10:19:04 |
| 10 | much, we agreed on paying him $60 per article. | 10:19:07 |
| 11 | Q  And is that agreement in writing | 10:19:11 |
| 12 | somewhere? | 10:19:14 |
| 13 | A  I think we discussed it over the phone. | 10:19:17 |
| 14 | Q  Okay.  How much money did Palestine | 10:19:19 |
| 15 | Chronicle pay to Gaza-based writers since the | 10:19:25 |
| 16 | start of the war in October 2023? | 10:19:28 |
| 17 | MR. KOVALIK:  I'm going to object as to | 10:19:34 |
| 18 | relevance. | 10:19:36 |
| 19 | But go ahead, Romana. | 10:19:36 |
| 20 | A  We actually started paying writers from | 10:19:37 |
| 21 | Gaza during the war only in May 2024.  And | 10:19:41 |
| 22 | specifically, yeah, Noor Alyacoubi was the first | 10:19:45 |
| 23 | one that we paid.  Before that it was impossible | 10:19:52 |
| 24 | because of the conditions of the banking system in | 10:19:55 |
| 25 | Gaza.  And we pay, as I said, usually a hundred | 10:19:58 |

Transcript of Romana Rubeo-Corporate Designee
Conducted on November 13, 2025                    50

| # | | Time |
|---|---|---|
| 1 | dollars per articles -- per article to writers | 10:20:01 |
| 2 | from Gaza who writes features for us. | 10:20:05 |
| 3 | Q  So, are you saying that you -- Palestine | 10:20:10 |
| 4 | Chronicle never paid Gaza-based writers until May | 10:20:11 |
| 5 | of 2024? | 10:20:16 |
| 6 | A  From October 2023 to May 2024, we didn't | 10:20:17 |
| 7 | compensate writers from Gaza. | 10:20:23 |
| 8 | Q  And that's because physically you couldn't | 10:20:25 |
| 9 | compensate them because of bank problems? | 10:20:28 |
| 10 | A  Gaza was -- you know, the war, and there | 10:20:31 |
| 11 | were no banking system active, no forms of | 10:20:34 |
| 12 | payment.  And also, I mean, we haven't received | 10:20:38 |
| 13 | much material.  We started receiving material | 10:20:42 |
| 14 | after months, you know, months into the war, not | 10:20:44 |
| 15 | immediately. | 10:20:49 |
| 16 | Q  Would you have -- in May 2024, what | 10:20:50 |
| 17 | changed to allow you to make payments into Gaza? | 10:20:55 |
| 18 | A  They started having access to PayPal | 10:20:58 |
| 19 | accounts and they communicated it to us. | 10:21:05 |
| 20 | Q  When you say they, you mean the Gaza-based | 10:21:08 |
| 21 | writers? | 10:21:13 |
| 22 | A  Yes, the Gaza-based writers.  Before the | 10:21:13 |
| 23 | war, of course, I just want to specify that before | 10:21:16 |
| 24 | the war we only paid We Are Not Numbers and We Are | 10:21:20 |
| 25 | Not Numbers paid the writers.  During the war, | 10:21:24 |

Transcript of Romana Rubeo-Corporate Designee
Conducted on November 13, 2025                              51

| | | |
|---|---|---|
| 1 | from October 2023 to May 2024, we -- actually, to | 10:21:27 |
| 2 | June maybe, May was the day the article was | 10:21:32 |
| 3 | published; I think the first payment was made in | 10:21:36 |
| 4 | June 2024. | 10:21:39 |
| 5 | Q  When you say the article was published, | 10:21:39 |
| 6 | what are you referring to? | 10:21:42 |
| 7 | A  The article that was supposed to be paid. | 10:21:43 |
| 8 | Usually we do not pay immediately.  We pay a month | 10:21:45 |
| 9 | later or a few days later. | 10:21:48 |
| 10 | Q  So, in May of 2024 when Palestine | 10:21:50 |
| 11 | Chronicle gained the ability to pay money into | 10:21:54 |
| 12 | Gaza, would you have given backpay to contributors | 10:21:57 |
| 13 | who wrote for you during the time that you were | 10:22:03 |
| 14 | not able to pay into Gaza? | 10:22:07 |
| 15 | A  No, we didn't.  Because, first of all, the | 10:22:08 |
| 16 | person that we paid first wrote her first article | 10:22:12 |
| 17 | for us in May 2024.  So, no, there was no need to | 10:22:16 |
| 18 | do, you know, retroactive payment. | 10:22:23 |
| 19 | Q  What changed with PayPal in May of 2024? | 10:22:25 |
| 20 | Did they change their policy? | 10:22:29 |
| 21 | A  I honestly do not know, technically.  I | 10:22:31 |
| 22 | just know that authors before couldn't get the | 10:22:34 |
| 23 | money -- not only authors, like, it changed even | 10:22:37 |
| 24 | for donations that went off, you know, at some | 10:22:40 |
| 25 | point during the war, but honestly, I'm aware of | 10:22:43 |

Transcript of Romana Rubeo-Corporate Designee
Conducted on November 13, 2025                      52

| | | |
|---|---|---|
| 1 | this. | 10:22:45 |
| 2 | Q  Okay.  But you just know the EU were not | 10:22:46 |
| 3 | able to make payments via PayPal to Gaza-based | 10:22:52 |
| 4 | people during the war? | 10:22:56 |
| 5 | A  They were the ones telling us, you know, | 10:22:57 |
| 6 | there's no point in sending money because we can't | 10:22:59 |
| 7 | receive it. | 10:23:03 |
| 8 | Q  Okay.  Does Palestine Chronicle ever pay | 10:23:08 |
| 9 | its writers via the PayPal accounts of third | 10:23:11 |
| 10 | parties? | 10:23:16 |
| 11 | A  Yes.  Forgot -- like we pay other people | 10:23:19 |
| 12 | right, yeah.  It happens. | 10:23:22 |
| 13 | Q  And why do you do that? | 10:23:23 |
| 14 | A  Because PayPal has a policy and it doesn't | 10:23:25 |
| 15 | work in the occupied Palestinian territories, | 10:23:28 |
| 16 | including Gaza, so -- yeah. | 10:23:34 |
| 17 | Q  And why does PayPal not process payments | 10:23:35 |
| 18 | to persons in Gaza? | 10:23:39 |
| 19 | MR. KOVALIK:  Objection as to how she | 10:23:40 |
| 20 | could -- it calls for speculation as to why PayPal | 10:23:43 |
| 21 | does what it does. | 10:23:47 |
| 22 | But go ahead, Romana. | 10:23:48 |
| 23 | A  I have no idea why PayPal doesn't pay.  I | 10:23:49 |
| 24 | don't work for PayPal. | 10:23:53 |
| 25 | Q  Have you ever read anything about PayPal's | 10:23:54 |

Transcript of Romana Rubeo-Corporate Designee
Conducted on November 13, 2025          53

| | | |
|---|---|---|
| 1 | policy on Gaza? | 10:23:58 |
| 2 | A  No, I haven't. | 10:24:07 |
| 3 | Q  Okay.  Would it surprise you to learn that | 10:24:08 |
| 4 | PayPal does not process payments to Gaza because | 10:24:12 |
| 5 | of risk of violating U.S. sanctions? | 10:24:24 |
| 6 | MR. KOVALIK:  Objection; relevance and | 10:24:24 |
| 7 | speculation. | 10:24:27 |
| 8 | Go ahead, Romana. | 10:24:27 |
| 9 | A  No, I -- I have never thought about it in | 10:24:27 |
| 10 | these terms. | 10:24:30 |
| 11 | Q  Okay.  But the reason for paying | 10:24:30 |
| 12 | Gaza-based writers through third parties' PayPal | 10:24:33 |
| 13 | accounts is to circumvent PayPal's policy blocking | 10:24:35 |
| 14 | payments to Gaza, is that -- | 10:24:42 |
| 15 | MR. KOVALIK:  I'm going to object to that | 10:24:42 |
| 16 | as argumentative and calling for speculation. | 10:24:44 |
| 17 | Q  I'll repeat the question. | 10:24:48 |
| 18 | Was the reason that Palestine Chronicle | 10:24:52 |
| 19 | was paying money through third party PayPal | 10:24:54 |
| 20 | accounts to circumvent PayPal's policy of blocking | 10:24:58 |
| 21 | direct payments to Gaza? | 10:25:03 |
| 22 | MR. KOVALIK:  I'm going to object.  She | 10:25:05 |
| 23 | already testified she doesn't know about that | 10:25:07 |
| 24 | policy. | 10:25:09 |
| 25 | But go ahead, Romana. | 10:25:09 |

Transcript of Romana Rubeo-Corporate Designee
Conducted on November 13, 2025                54

| | | |
|---|---|---|
| 1 | A   Yes.  We pay to third parties because we | 10:25:10 |
| 2 | can't pay directly. | 10:25:14 |
| 3 | Q   Okay.  And when you say you can't pay | 10:25:15 |
| 4 | directly, you mean because PayPal would block you | 10:25:18 |
| 5 | from paying directly to Gaza? | 10:25:22 |
| 6 | MR. KOVALIK:  Objection; asked and | 10:25:24 |
| 7 | answered. | 10:25:24 |
| 8 | Go ahead, Romana. | 10:25:25 |
| 9 | A   Yes. | 10:25:26 |
| 10 | Q   When Palestine Chronicle does pay a writer | 10:25:33 |
| 11 | through a third party account on PayPal, would you | 10:25:36 |
| 12 | document in any way who the ultimate recipient of | 10:25:40 |
| 13 | that payment is meant to be? | 10:25:45 |
| 14 | A   Also in my temporary list on the Google | 10:25:48 |
| 15 | doc, I take note and usually they communicate to | 10:25:54 |
| 16 | us this third party via email. | 10:25:58 |
| 17 | Q   Besides your temporary Google document | 10:26:03 |
| 18 | which gets deleted, do you keep any record for who | 10:26:06 |
| 19 | the ultimate intended recipient is for payments | 10:26:09 |
| 20 | you make over PayPal? | 10:26:14 |
| 21 | A   The PayPal statements indicate the person | 10:26:16 |
| 22 | and in the -- when we pay, we specify that it is | 10:26:19 |
| 23 | for articles attributed to a certain writer | 10:26:24 |
| 24 | published in the Palestine Chronicle on this date. | 10:26:28 |
| 25 | Q   And when you say you specify, you mean | 10:26:31 |

Transcript of Romana Rubeo-Corporate Designee
Conducted on November 13, 2025                    62

| | | |
|---|---|---|
| 1 | take them on? | 10:35:33 |
| 2 | A  No. | 10:35:34 |
| 3 | Q  So, before you agree to publish someone's | 10:35:34 |
| 4 | work, would you do any sort of research on them? | 10:35:39 |
| 5 | A  Most likely, like, I see if they publish | 10:35:44 |
| 6 | in other platforms and if I like their writing. | 10:35:52 |
| 7 | So, it's more editorial choice. | 10:35:56 |
| 8 | Q  How would you determine whether they've | 10:36:00 |
| 9 | published in other platforms? | 10:36:04 |
| 10 | A  I Google their names. | 10:36:08 |
| 11 | Q  Okay.  When you Google their names, like, | 10:36:09 |
| 12 | what specifically are you looking for? | 10:36:11 |
| 13 | A  If they wrote in other platforms. | 10:36:12 |
| 14 | Q  Okay.  Anything else? | 10:36:17 |
| 15 | A  No. | 10:36:18 |
| 16 | Q  Before taking on a new writer, would you | 10:36:19 |
| 17 | check their social media accounts? | 10:36:22 |
| 18 | A  Not as a matter of fact. | 10:36:24 |
| 19 | Q  Would you sometimes check a writer's | 10:36:31 |
| 20 | social media account? | 10:36:34 |
| 21 | A  Only if we maybe already connected, but | 10:36:35 |
| 22 | generally speaking, no.  Not -- like, this is more | 10:36:39 |
| 23 | personal curiosity sometimes, but I don't do it in | 10:36:40 |
| 24 | my professional capacity. | 10:36:42 |
| 25 | Q  And were you ever concerned that anybody | 10:36:45 |

Transcript of Romana Rubeo-Corporate Designee
Conducted on November 13, 2025                    69

| | | |
|---|---|---|
| 1 | Could we please pull up Tab 7. | 10:43:37 |
| 2 | (RUBEO Deposition Exhibit 3 marked for | 10:43:37 |
| 3 | identification and attached to the transcript.) | 10:43:37 |
| 4 | Q  So, this is -- looks like one of your | 10:43:55 |
| 5 | emails with contributors to Palestine Chronicle. | 10:43:59 |
| 6 | Can we scroll down so we can see the | 10:44:05 |
| 7 | message? | 10:44:07 |
| 8 | Okay.  It looks like this is a message | 10:44:15 |
| 9 | between you and somewhere named Noor? | 10:44:17 |
| 10 | A  Yeah.  This could be -- this is Noor | 10:44:23 |
| 11 | Abumariam, one of the two Noors that we usually | 10:44:26 |
| 12 | publish. | 10:44:28 |
| 13 | Q  Okay.  And how often the does Noor | 10:44:28 |
| 14 | publish? | 10:44:31 |
| 15 | A  She published no more than two or three | 10:44:31 |
| 16 | articles.  I haven't heard from Noor in a while | 10:44:35 |
| 17 | now. | 10:44:38 |
| 18 | Q  Do you happen to remember when her first | 10:44:38 |
| 19 | article would have been? | 10:44:41 |
| 20 | A  I don't, but I think June or July 2024. | 10:44:42 |
| 21 | Q  Okay.  Can we scroll down to the bottom. | 10:44:45 |
| 22 | I think that's when the email chain starts.  Okay. | 10:44:47 |
| 23 | Scroll up, please.  Sorry.  That's the actual | 10:45:01 |
| 24 | article. | 10:45:07 |
| 25 | On page 1, you asked for a PayPal account | 10:45:08 |

Transcript of Romana Rubeo-Corporate Designee
Conducted on November 13, 2025                          71

| | | |
|---|---|---|
| 1 | Go ahead, Romana. | 10:46:13 |
| 2 | A  Because, as I said, we thought it was | 10:46:14 |
| 3 | worth to be paid. | 10:46:17 |
| 4 | Q  Okay.  And then she responds with the | 10:46:19 |
| 5 | email address that she wants to be paid at? | 10:46:25 |
| 6 | A  Yes. | 10:46:25 |
| 7 | Q  Did you ever do any diligence to determine | 10:46:30 |
| 8 | if this was her PayPal account versus someone | 10:46:34 |
| 9 | else's? | 10:46:40 |
| 10 | A  I think it was a friend or a third party, | 10:46:40 |
| 11 | because I know that in Gaza they can't have a | 10:46:44 |
| 12 | PayPal. | 10:46:48 |
| 13 | Q  Okay.  Can we pull up Tab 9, please. | 10:46:49 |
| 14 | (RUBEO Deposition Exhibit 4 marked for | 10:46:49 |
| 15 | identification and attached to the transcript.) | 10:46:49 |
| 16 | Q  And we should mark this one wherever we | 10:46:54 |
| 17 | are.  I think we're at Exhibit 3, I believe, or | 10:46:57 |
| 18 | four.  There we go. | 10:47:03 |
| 19 | And then if we could pull up Tab 9.  Oh, | 10:47:10 |
| 20 | this is Tab 9, thanks.  Okay.  Can you go down a | 10:47:14 |
| 21 | page to the email.  There we go. | 10:47:17 |
| 22 | This looks like an email with Fatima | 10:47:19 |
| 23 | Skaik? | 10:47:24 |
| 24 | A  Skaik, yeah. | 10:47:24 |
| 25 | Q  Who is that? | 10:47:24 |

Transcript of Romana Rubeo-Corporate Designee
Conducted on November 13, 2025                    72

```
1      A   Another writer.                               10:47:26

2      Q   How long has Ms. Skaik written for            10:47:28

3  Palestine Chronicle?                                  10:47:33

4      A   I don't remember exactly.                     10:47:39

5      Q   Okay.  If you go to page 3.                   10:47:39

6          So, she says that I'd love to publish in      10:47:50

7  your esteemed magazine.  You inspire me so much.      10:48:01

8  This way I'll have $200 in my account; right?         10:48:06

9          Why was Ms. Skaik being paid $200?            10:48:10

10     A   I think it was for two articles.  No, I'm     10:48:16

11 sure was for two articles.                            10:48:17

12     Q   Okay.  And I assume you made the              10:48:19

13 determination that she met the editorial criteria?    10:48:20

14     A   Yes.                                          10:48:25

15     Q   And what was it about her work that met       10:48:25

16 that criteria, do you recall?                         10:48:27

17     A   I think I have already explained that.  It    10:48:32

18 is a story that has a human interest and it fit       10:48:35

19 our editorial guidelines, which are, of course,       10:48:39

20 totally arbitrary as, you know, every platform.       10:48:43

21     Q   Okay.  If we go up to page 2.  Go up one      10:48:44

22 page, please.                                         10:48:49

23         So, you tell her that the payment was         10:48:53

24 blocked.  Unfortunately, PayPal blocked us and you    10:48:56

25 have the screenshot.                                  10:49:00
```

Transcript of Romana Rubeo-Corporate Designee
Conducted on November 13, 2025                    74

```
 1            Who's Abla?                              10:50:18
 2      A  I don't remember now.  But Abla Mahar is    10:50:19
 3  the person, the account who was affiliated with    10:50:23
 4  Fatima's Skype, the third party as we referred to. 10:50:32
 5      Q  Okay.  So, you didn't know who the third    10:50:33
 6  party was?                                         10:50:36
 7      A  Now, I don't remember exactly.  But at the  10:50:37
 8  time, yeah.                                        10:50:39
 9      Q  At the time did you know who this third     10:50:40
10  party was?                                         10:50:42
11      A  I think she said that it was a friend or    10:50:42
12  something, but I'm not sure.                       10:50:45
13      Q  Okay.  So, you didn't know exactly who it   10:50:49
14  was before paying to that account?                10:50:51
15      A  Yeah.                                       10:50:55
16      Q  So, if we looked at Palestine Chronicle's   10:50:55
17  PayPal records, we should see a payment to Abla    10:51:00
18  Mahar, but there should also be a notation that    10:51:06
19  this is actually intended for Fatima Skaik; is     10:51:10
20  that right?                                        10:51:14
21      A  Yeah.  In May 2025.                         10:51:14
22      Q  Okay.                                       10:51:14
23      A  May or June depending on when we processed  10:51:26
24  the payment.                                       10:51:28
25      Q  Could you please pull up Tab 10.            10:51:28
```

Transcript of Romana Rubeo-Corporate Designee
Conducted on November 13, 2025                              75

| | | |
|---|---|---|
| 1 | (RUBEO Deposition Exhibit 5 marked for | 10:51:28 |
| 2 | identification and attached to the transcript.) | 10:51:28 |
| 3 | Q  And scroll down.  Okay.  Stop.  Stop. | 10:51:53 |
| 4 | There we go.  Right there.  That's good. | 10:51:54 |
| 5 | So, this is a message to someone named | 10:51:56 |
| 6 | Mariam; do you know who that is? | 10:52:02 |
| 7 | MR. KOVALIK:  One second.  Can you read | 10:52:03 |
| 8 | the date?  I cannot read the date on there.  Can | 10:52:04 |
| 9 | you read that? | 10:52:08 |
| 10 | A  February 2025.  All of these are 2025. | 10:52:08 |
| 11 | MR. KOVALIK:  Okay.  So, I'm going to | 10:52:11 |
| 12 | object to all these on the basis of relevance, | 10:52:12 |
| 13 | because it's well after not only the events in | 10:52:15 |
| 14 | this case, it's well after the complaint was | 10:52:19 |
| 15 | filed, so -- | 10:52:22 |
| 16 | But go ahead. | 10:52:25 |
| 17 | MR. DWYER:  Okay.  I'll just ask to kind | 10:52:29 |
| 18 | of lay the foundation on that objection. | 10:52:30 |
| 19 | Q  The last couple emails we've kind of | 10:52:33 |
| 20 | noted, and we've talked about many times about | 10:52:36 |
| 21 | this practice of paying writers through third | 10:52:38 |
| 22 | party PayPal accounts, I understand some of these | 10:52:43 |
| 23 | emails are from 2025, but was that practice | 10:52:46 |
| 24 | different in 2023? | 10:52:49 |
| 25 | A  We didn't pay writers from Gaza in 2023 | 10:52:51 |

Transcript of Romana Rubeo-Corporate Designee
Conducted on November 13, 2025                    78

| | | |
|---|---|---|
| 1 | A  She is a writer -- | 10:55:28 |
| 2 | Q  She. | 10:55:29 |
| 3 | A  -- from Gaza. | 10:55:30 |
| 4 | Q  And we don't need to go through the third | 10:55:31 |
| 5 | party payments, because we've been through that, | 10:55:37 |
| 6 | but let's go to page 7.  That right there. | 10:55:39 |
| 7 | You said that we'd like to publish your | 10:55:56 |
| 8 | work, unfortunately due to budget limitations, we | 10:55:59 |
| 9 | are only able to pay a hundred dollars. | 10:56:02 |
| 10 | Why did you decide to pay Taqwa? | 10:56:07 |
| 11 | MR. KOVALIK:  Objection; relevance; and | 10:56:11 |
| 12 | asked and answered. | 10:56:12 |
| 13 | Go ahead, Romana. | 10:56:13 |
| 14 | A  Because she met the criteria. | 10:56:16 |
| 15 | Q  Did Taqwa ever ask to be paid before this | 10:56:19 |
| 16 | point? | 10:56:23 |
| 17 | A  No. | 10:56:24 |
| 18 | Q  And you told her that you were going to | 10:56:24 |
| 19 | pay her, this looks like before you published; is | 10:56:28 |
| 20 | that right? | 10:56:32 |
| 21 | A  Sorry? | 10:56:32 |
| 22 | Q  Did you tell her she was going to be paid | 10:56:33 |
| 23 | before you published or after? | 10:56:35 |
| 24 | A  I think this is the first reference to | 10:56:38 |
| 25 | payment I did on this email. | 10:56:40 |

Transcript of Romana Rubeo-Corporate Designee
Conducted on November 13, 2025                              87

```
1        Q   After October 7th, 2023, did Abdallah          11:22:43
2    Aljamal start contributing more articles to            11:22:48
3    Palestine Chronicle?                                    11:22:52
4        A   Yes, definitely.                                11:22:52
5        Q   Roughly how many articles did he publish?      11:22:53
6        A   We were surprised by the volume, because       11:22:57
7    many articles.                                          11:23:01
8        Q   Was it over a hundred?                          11:23:03
9        A   It was a lot of articles.  Like, sometimes     11:23:04
10   even two or three per day.                              11:23:07
11       Q   How does that compare to other writers for     11:23:09
12   Palestine Chronicle?                                    11:23:16
13       A   Absolutely disproportionate, but at the        11:23:16
14   time we were kind of -- you know, as any other          11:23:19
15   journalist, kind of desperate for materials from        11:23:22
16   Gaza from the ground, so we thought it was, like,       11:23:26
17   a blessing in that moment because we weren't            11:23:28
18   receiving any other material.  At the time, it was      11:23:31
19   very difficult for Gaza contributors to get in          11:23:35
20   touch with us.                                          11:23:41
21       With Abdallah that happened -- for                  11:23:43
22   example, I mentioned before Mahmoud Ajjour.  This       11:23:44
23   was the moment where Mahmoud was completely off         11:23:46
24   record.  Like, we couldn't commute with him.  So,      11:23:50
25   at the time we even didn't know if that was            11:23:53
```

Transcript of Romana Rubeo-Corporate Designee
Conducted on November 13, 2025                          90

| | | |
|---|---|---|
| 1 | was, I do an initiative, which is a charitable | 11:26:36 |
| 2 | initiative.  For example, there is a problem | 11:26:39 |
| 3 | because children in Gaza do not have their | 11:26:42 |
| 4 | haircut, so we will organize a day in which in the | 11:26:45 |
| 5 | refugee camp where we are, we will have all | 11:26:50 |
| 6 | children's haircut.  We will pay the barber a | 11:26:54 |
| 7 | certain amount of money, I will also write a story | 11:26:59 |
| 8 | about it, give you the photos about the story, and | 11:27:03 |
| 9 | you publish in the Palestine Chronicle. | 11:27:10 |
| 10 | And this happened with this specific story | 11:27:13 |
| 11 | in May 2024, but indeed it was the only occurrence | 11:27:17 |
| 12 | that we discussed money.  He actually suggested | 11:27:20 |
| 13 | other initiatives, but I remember Ramzy telling | 11:27:23 |
| 14 | him, no, we can't do everything.  Now you did the | 11:27:26 |
| 15 | barber, we will find a way, you know, to send the | 11:27:31 |
| 16 | money.  And actually, it was never done because | 11:27:33 |
| 17 | Abdallah was killed, I think two or three weeks | 11:27:36 |
| 18 | after that date.  So, we never had the chance to | 11:27:39 |
| 19 | do so.  And that was the only time where we spoke | 11:27:42 |
| 20 | about payments. | 11:27:45 |
| 21 | Q  Okay.  So, you said -- thank you for that | 11:27:47 |
| 22 | answer, but there was a number of things I wanted | 11:27:50 |
| 23 | to follow up on.  I didn't want to interrupt. | 11:27:52 |
| 24 | So, first you said that he -- you said | 11:27:57 |
| 25 | that he said to you that he did not want to be | 11:27:59 |

Transcript of Romana Rubeo-Corporate Designee
Conducted on November 13, 2025                    92

| | | |
|---|---|---|
| 1 | Q   Okay.  Did he ever do the event where he | 11:29:00 |
| 2 | provided the haircuts through the barbers? | 11:29:03 |
| 3 | A   He did, and we published that story. | 11:29:06 |
| 4 | Q   Okay.  And when was that? | 11:29:10 |
| 5 | A   May 2024.  Just, I think, two weeks before | 11:29:14 |
| 6 | he was killed. | 11:29:16 |
| 7 | Q   And Palestine Chronicle agreed to pay him | 11:29:17 |
| 8 | -- or pay him so that he could pay the barbers for | 11:29:19 |
| 9 | that; is that right? | 11:29:23 |
| 10 | A   Yeah.  Not formally.  Like, there wasn't | 11:29:26 |
| 11 | any formal agreement.  We were, like, exploring | 11:29:27 |
| 12 | this possibility.  But we didn't pay at the end. | 11:29:31 |
| 13 | Q   But was there an understanding that | 11:29:33 |
| 14 | Palestine Chronicle was going to financially | 11:29:36 |
| 15 | support the charity to provide haircuts to Gaza | 11:29:38 |
| 16 | kids? | 11:29:44 |
| 17 | A   Yeah, that was the idea.  But it never -- | 11:29:44 |
| 18 | you know, it never actualized. | 11:29:48 |
| 19 | Q   And the understanding was that Palestine | 11:29:50 |
| 20 | Chronicle would pay the money to Abdallah Aljamal | 11:29:51 |
| 21 | who would then pay the money to the barbers? | 11:29:55 |
| 22 | A   That wasn't clarified. | 11:29:57 |
| 23 | Q   What was your understanding for how the | 11:30:00 |
| 24 | payment was going to be made? | 11:30:02 |
| 25 | A   There wasn't an understanding.  That's why | 11:30:04 |

Transcript of Romana Rubeo-Corporate Designee
Conducted on November 13, 2025                93

```
 1   we didn't pay.  He never -- we never had a form of          11:30:05
 2   payment, you know, black and white, so we didn't            11:30:12
 3   pay for that reason.                                         11:30:15
 4       Q   Okay.  What did Abdallah -- how did he              11:30:16
 5   want the financial arrangement to work?                      11:30:20
 6           MR. KOVALIK:  Objection; asked and                   11:30:22
 7   answered.                                                    11:30:22
 8           Go ahead, Romana.                                    11:30:24
 9       A   Yeah.  As I said, because there were                11:30:25
10   issues with people in Gaza, it was very difficult,          11:30:30
11   and he never really give us a form of payment that          11:30:33
12   was practicable, so that never happened.                    11:30:39
13       Q   Okay.  I guess I'm juts a little confused           11:30:45
14   about what the understanding was.  He wanted                11:30:47
15   Palestine Chronicle to pay money to him to provide          11:30:51
16   to --                                                        11:30:55
17       A   As I said, he never said that.                      11:30:56
18       Q   What did he say about this barber charity?          11:30:59
19       A   As I said, there was this not formal               11:31:03
20   agreement that this initiative could be sponsored           11:31:06
21   by the People Media Project, which I remember is            11:31:09
22   also an NGO.  But the details, the technical                11:31:13
23   details of the payment and the method of payment            11:31:18
24   were never clarified, and we didn't have time to            11:31:20
25   do so because Abdallah was killed two weeks later.          11:31:24
```

Transcript of Romana Rubeo-Corporate Designee
Conducted on November 13, 2025                98

| | | |
|---|---|---|
| 1 | Stop. | 11:36:35 |
| 2 | Do you recognize the headband that the | 11:36:36 |
| 3 | little boy's wearing? | 11:36:38 |
| 4 | A  Well, it reminds me of al-Qassam fighters' | 11:36:40 |
| 5 | headband, but I don't read Arabic, so I don't know | 11:36:46 |
| 6 | if the writing matches the color. | 11:36:50 |
| 7 | Q  You don't know whether that appears to be | 11:36:52 |
| 8 | a Hamas symbol? | 11:36:55 |
| 9 | A  Well, as I said, al-Qassam is the armed | 11:36:55 |
| 10 | wing of Hamas, and yes, it reminds me of that, but | 11:36:59 |
| 11 | I can't read Arabic. | 11:37:02 |
| 12 | MR. KOVALIK:  I'm going to object as to | 11:37:04 |
| 13 | the questioning.  There's no foundation laid for | 11:37:05 |
| 14 | this -- for this photo as to whether she ever saw | 11:37:07 |
| 15 | it.  I mean, who cares what it is?  That's my | 11:37:13 |
| 16 | objection. | 11:37:17 |
| 17 | Q  If you saw one of Palestine Chronicle's | 11:37:17 |
| 18 | writers publishing something like this on their | 11:37:20 |
| 19 | social media, would that have concerned you? | 11:37:23 |
| 20 | MR. KOVALIK:  Objection; hypothetical. | 11:37:24 |
| 21 | Go ahead, Romana. | 11:37:25 |
| 22 | A  Hypothetically, yes. | 11:37:27 |
| 23 | Q  Would you have raised it with Ramzy | 11:37:30 |
| 24 | Baroud? | 11:37:35 |
| 25 | A  Hypothetically, yes. | 11:37:35 |

Transcript of Romana Rubeo-Corporate Designee
Conducted on November 13, 2025                    99

```
1       Q   Okay.  But you never saw this post?        11:37:36

2       A   Never.                                     11:37:38

3       Q   Okay.  I'll skip the rest of the social    11:37:39

4   media posts since it doesn't seem that the witness 11:37:56

5   hasn't seen any of them.                           11:38:00

6       A   I haven't seen any of them.                11:38:01

7       Q   Can we pull up Tab 24.                     11:38:02

8           And while he's doing that, did Palestine   11:38:10

9   Chronicle, on the day after Abdallah's death,      11:38:17

10  change his listing on your website from being a    11:38:22

11  correspondent to being a contributor?              11:38:26

12      A   Yes.                                       11:38:28

13      Q   And why did you do that?                   11:38:28

14      A   I did it personally because, as I said     11:38:30

15  before, the correspondent was a title but,         11:38:33

16  technically he wasn't a correspondent.  So, I      11:38:38

17  thought -- first of all, we were -- like, at the   11:38:43

18  time we were receiving so many comments, and       11:38:46

19  that's how I found out actually that Abdallah had  11:38:48

20  been killed.  And so I decided to do that because  11:38:52

21  I thought it was the right thing to do.            11:38:59

22      Q   Did you decide on your own or did you      11:39:03

23  discuss it with Ramzy Baroud?                      11:39:06

24      A   I decided on my own.                       11:39:11

25      Q   Were there any discussions after          11:39:12
```

Transcript of Romana Rubeo-Corporate Designee
Conducted on November 13, 2025                    105

| | | |
|---|---|---|
| 1 | Ramzy, and Abdallah that you told me about | 11:45:17 |
| 2 | earlier? | 11:45:19 |
| 3 | A  Yes. | 11:45:19 |
| 4 | Q  Okay.  We're going to go to page 90. | 11:45:19 |
| 5 | Are we there yet? | 11:45:22 |
| 6 | MR. BRUCE:  Kellen, this is actually the | 11:45:24 |
| 7 | updated documents.  You're going to need to be on | 11:45:26 |
| 8 | page 323 of the PDF. | 11:45:31 |
| 9 | MR. DWYER:  323, please.  Thank you. | 11:45:33 |
| 10 | I'm sorry, Daniel, I'm not seeing the | 11:45:55 |
| 11 | email address. | 11:45:58 |
| 12 | MR. BRUCE:  It's midwayish where it starts | 11:46:00 |
| 13 | PayPal. | 11:46:04 |
| 14 | MR. DWYER:  Can we zoom in on the middle | 11:46:05 |
| 15 | of the page?  Oh, I see it now. | 11:46:07 |
| 16 | Q  So, Ms. Rubeo, in -- so, do we have a | 11:46:13 |
| 17 | date?  Yeah, the date's on the side.  So -- | 11:46:16 |
| 18 | MR. KOVALIK:  What's the date? | 11:46:19 |
| 19 | MR. DWYER:  The date is May 16th, 2024. | 11:46:20 |
| 20 | Q  Do I have that right, Ms. Rubeo? | 11:46:32 |
| 21 | A  Yes. | 11:46:34 |
| 22 | Q  So, this is a message where Abdallah says | 11:46:34 |
| 23 | to you, my PayPal is HSlibraryGaza@gmail.com? | 11:46:39 |
| 24 | A  Uh-huh. | 11:46:48 |
| 25 | Q  Why was Abdallah providing you his PayPal | 11:46:48 |

Transcript of Romana Rubeo-Corporate Designee
Conducted on November 13, 2025                    109

| | |
|---|---|
| 1 | Q  Okay.  If you look at columns F and G, | 11:51:15 |
| 2 | there's a reference -- I'm sorry, we need to go to | 11:51:26 |
| 3 | page -- we need to go to Tab 33. | 11:51:36 |
| 4 | PLANET DEPOS TECHNICIAN:  This will be | 11:51:58 |
| 5 | Exhibit 14. | 11:52:00 |
| 6 | (RUBEO Deposition Exhibit 14 marked for | 11:52:00 |
| 7 | identification and attached to the transcript.) | 11:52:00 |
| 8 | MR. DWYER:  Okay.  Can we go to Row 132. | 11:52:06 |
| 9 | MR. KOVALIK:  What's the date on this? | 11:52:19 |
| 10 | MR. DWYER:  March of 2019. | 11:52:23 |
| 11 | MR. KOVALIK:  Okay.  Again, continuing | 11:52:26 |
| 12 | objection; it's irrelevant. | 11:52:28 |
| 13 | MR. DWYER:  Can we zoom in. | 11:52:30 |
| 14 | MR. BRUCE:  I think we're on Row 142.  It | 11:52:40 |
| 15 | should be 132. | 11:52:44 |
| 16 | Q  There's a payment to HSGaza, | 11:52:54 |
| 17 | HSlibraryGaza? | 11:52:59 |
| 18 | A  Yeah.  As I said, I wasn't involved in | 11:52:59 |
| 19 | this in 2019, so -- | 11:53:06 |
| 20 | Q  Okay. | 11:53:06 |
| 21 | A  -- I can't be very helpful. | 11:53:08 |
| 22 | Q  Do you know who Normah Hashim is? | 11:53:10 |
| 23 | A  I know her as an intellectual and | 11:53:13 |
| 24 | activist.  I think she's from Indonesia. | 11:53:18 |
| 25 | Q  What is her association with Palestine | 11:53:21 |

Transcript of Romana Rubeo-Corporate Designee
Conducted on November 13, 2025                              110

| | | |
|---|---|---|
| 1 | Chronicle? | 11:53:24 |
| 2 | MR. KOVALIK:  Objection; relevance. | 11:53:24 |
| 3 | Go ahead, Romana. | 11:53:29 |
| 4 | A  No, I don't think she has an association | 11:53:29 |
| 5 | with the Palestine Chronicle specifically.  Most | 11:53:31 |
| 6 | likely with Ussef, because I think Ussef started | 11:53:33 |
| 7 | in Indonesia.  But it's only my assumption, | 11:53:35 |
| 8 | because I don't remember the details. | 11:53:39 |
| 9 | Q  You think she might be associated with | 11:53:40 |
| 10 | Ussef? | 11:53:43 |
| 11 | A  Yeah, maybe they know each other.  But as | 11:53:43 |
| 12 | I said, she's a very -- she's pretty popular among | 11:53:45 |
| 13 | the pro-Palestine activism in the world. | 11:53:50 |
| 14 | Q  Okay.  Can we look at Tab 182? | 11:53:55 |
| 15 | THE VIDEOGRAPHER:  I don't have Tab 182. | 11:54:12 |
| 16 | Do you mean Row 182? | 11:54:14 |
| 17 | MR. DWYER:  Row 182, I'm sorry. | 11:54:16 |
| 18 | A  I'm sorry, not -- yeah, Indonesia or | 11:54:22 |
| 19 | Malaysia, yeah. | 11:54:27 |
| 20 | Q  If we could zoom in on 182. | 11:54:27 |
| 21 | A  This is still 2019. | 11:54:36 |
| 22 | Q  Yeah.  I understand you weren't there at | 11:54:39 |
| 23 | the time, I just want to ask you.  182, there's a | 11:54:41 |
| 24 | payment to HSGazalibrary, and in Rows F and G, it | 11:54:46 |
| 25 | mentions Normah Hashim. | 11:54:56 |

# EXHIBIT D

facebook

Log In

## Abdallah Aljamal's post ✕

 **Abdallah Aljamal**
June 6, 2023 · 🌐

As for this, he is my hero, my support, and the master of men.❤️
I ask God to grant you success, my little one, in your next academic stage, and to continue to grant you excellence, success, and creativity.
#My_Little_Hero_Ahmed





PCPL000268

Sidral Mundis, he Document Support, and Hiend suzz/zz/z5 - Abenfagez jango Facebook

facebook

Log In

PCPL000269

# EXHIBIT E

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ALMOG MEIR JAN, SHLOMI ZIV, and
ANDREY KOZLOV,

                    Plaintiffs,

v.                                                          NO.  3:24-cv-05553-TMC

PEOPLE MEDIA PROJECT, a Washington
Non-Profit Corporation, d/b/a PALESTINE
CHRONICLE; RAMZY BAROUD; JOHN
HARVEY; and DOES 1 through 10,

                    Defendants.

## EXPERT REPORT OF STEPHEN A. WILCOX

### A.  Introduction

1.    I, Stephen Arthur Wilcox, of Pennsylvania, United States of America, have been
      retained by Holtzman Vogel Baran Torchinsky & Josefiak PLLC (Holtzman Vogel) to
      prepare an expert report (Report) in connection with Almog Meir Jan, Shlom Ziv, and
      Andrey Kozlov's (Plaintiffs) claims against People Media Project, d/b/a Palestine
      Chronicle, Ramzy Baroud, and John Harvey (Defendants), arising out of case No.
      3:24-cv-05553-TMC in the United States District Court for the Western District of
      Washington.

2.    In preparing my Report, I have reviewed the following documents:

      a.    Amended Complaint (Filed 2/21/25), including relevant exhibits;

      b.    Order Denying Defendants' Motion to Dismiss;

      c.    Ramzy Baroud Deposition Transcript

      d.    Response of Defendant People Media Project d/b/a Palestine Chronicle to
            Plaintiffs' Second Interrogatories;

e.    Director National Intelligence - Counter Terrorism Guide: Hamas;

https://www.dni.gov/nctc/terrorist_groups/hamas.html

f.    Sanctions On Hamas;

- Global Terrorism Sanctions Regulations (31 C.F.R. Part 594); Executive Order 13224

- Terrorism Sanctions Regulations (31 C.F.R. Part 595)

- Foreign Terrorist Organizations Sanctions Regulations (31 C.F.R. Part 597)

g.    Office of Foreign Assets Control Documents;

- A Framework for OFAC Compliance Commitments

  https://ofac.treasury.gov/media/16331/download?inline

- OFAC Sanctions Advisory: Updated Guidance for Foreign Financial Institutions on OFAC Sanctions Authorities Targeting Support to Russia's Military-Industrial Base

  https://ofac.treasury.gov/media/932436/download

- OFAC Sanctions: Palestinian Authority

  https://ofac.treasury.gov/sanctions-programs-and-country-information/counter-terrorism-sanctions/palestinian-authority

- General License No. 4: Transactions with entities under the control of the Palestinian President and certain other entities

  https://ofac.treasury.gov/media/8376/download?inline

- General License No. 3: Payment of taxes and incidental fees to the Palestinian Authority

  https://ofac.treasury.gov/media/8371/download?inline

- Settlement Agreement: OFAC and PayPal

  https://ofac.treasury.gov/media/12326/download?inline

h.    Financial Crimes Enforcement Network (FinCEN)

- Bank Secrecy Act: Customer Due Diligence Requirements for Financial Institutions

  https://www.govinfo.gov/content/pkg/FR-2016-05-11/pdf/2016-10567.pdf

- FIN-2018-A006: Advisory on the Iranian Regime's Illicit and Malign Activities and Attempts to Exploit the Financial System

  https://www.fincen.gov/system/files/advisory/2018-10-11/Iran%20Advisory%20FINAL%20508.pdf

- FIN-2023-Alert006: FinCEN Alert to Financial Institutions to Counter Financing to Hamas and its Terrorist Activities

  https://www.fincen.gov/system/files/2023-10/FinCEN_Alert_Terrorist_Financing_FINAL508.pdf

- FIN-2024-A001: FinCEN Advisory to Financial Institutions to Counter the Financing of Iran-Backed Terrorist Organizations

  https://www.fincen.gov/system/files/advisory/2024-05-07/FinCEN-Advisory-Iran-Backed-TF-508C.pdf

  i.  All other sources cited herein.

*Assignment*

3.  Holtzman Vogel retained me to address the following questions in my Report:

    a.  For a small nonprofit based in the United States, what type of due diligence would be industry standard before making a payment to a person living in a jurisdiction, such as Gaza, that is governed by a heavily sanctioned regime?

    b.  If even minimal due diligence were performed regarding Abdallah Aljamal prior to Aljamal's death on June 8, 2024, would any "red flags" indicating his association with Hamas have been revealed?

    c.  Is paying a person living in a high-risk jurisdiction, such as Gaza, through a PayPal account or through a third-party's PayPal account consistent with industry standards?

4.    I answer each of these questions in the remaining sections of my Report which is structured as follows:

    a.    Section B provides an overview of my professional background.

    b.    Section C provides a summary of my conclusions related to restrictions on engaging in transactions with Hamas or with individuals located in Gaza.

    c.    Section D summarizes the industry standard due diligence considerations an entity must take before engaging in transactions with Hamas or with individuals located in Gaza.

    d.    Section E further summarizes my conclusions with respect to the particular industry standard due diligence considerations, Know Your Customer and Know Your Customer's Customer.

    e.    Section F explains how industry standard due diligence operates in practice.

    f.    Section G summarizes my conclusions with respect to what industry standard due diligence would have revealed about Abdallah Aljamal.

    g.    Finally, the Conclusion restates and summarizes my expert opinions stated herein.

*Expert Declarations*

5.    I confirm that the views expressed in this Report are entirely my own and reflect my true and complete professional opinion.

6.    I am being compensated $350/hour for my work on this matter.

7.    Attached to this Report is a current version of my resume.

8.    I have not authored any publications in the past 10 years.

9.    In 2024, I provided expert testimony in a confidential arbitration held in London, U.K. Due to confidentiality provisions governing the arbitration, I am unable to provide additional information about my testimony. I have not provided expert testimony at trial or by deposition in any other cases in the past 4 years.

**B.  Professional Background**

- At the time of preparing this Report, I possess approximately 30 years of experience in international security, export controls, sanctions, enforcement, compliance, and matters involving national security. Over the course of my career, I have worked in numerous capacities, including in the U.S. government and in the private sector, in relation to the regulation and enforcement of U.S. export controls and sanctions, which includes conducting due diligence on foreign entities in relation to conducting criminal investigations, administrative investigations, supporting government end-use monitoring, helping industry build sanctions and export control compliance programs, and assisting industry in compliance with U.S. laws.  I provide further details on my different roles below.  I am a recognized industry leader in the field of sanctions and export control compliance and was publicized as a Marquis Who's Who Top Executive in 2023 for my dedication, achievements and leadership in export control, regulatory compliance and global economic stability.

*Post Government Service*

- For the last 5 years, I have worked in industry as a leader in the international export controls and sanctions compliance advisory industry. Currently, I serve as the founder and Chair of ECSA Group, D/B/A the International Sanctions and Export Control Society (ISECS) and Export Controls and Sanctions Advisors LLC (ECS Advisors). ISECS is a membership driven society with members and stakeholders in more than 20 countries. The goal of ISECS is to assist industry in compliance with international export controls and sanctions. As the Chair of ISECS, I have direct contact with various government regulatory and enforcement agencies around the world.

- ECS Advisors is a consulting firm specializing in working with small, medium and large multinational companies on all aspects of compliance with global export controls and sanctions, understanding geopolitics, and conducting enhanced due diligence on business partners in support of corporate business decisions.

- Prior to working for ECS Advisors, I worked as a Managing Director of FTI Consulting's Export Controls, Sanctions, and Trade (FTI-ECST) practice, where I served

as a leader in an award-winning global practice that advised multinational companies on compliance with multilateral sanctions and trade restrictions.

*Government Service*

- Prior to working in the sanctions and export control compliance industry, I worked for nearly 25 years in various U.S. government positions, including at the Bureau of Industry and Security (BIS), U.S. Department of Commerce, in the national security community, for the Naval Criminal Investigative Service (NCIS), and for the U.S. Air Force (veteran). Throughout my entire government career, I worked on counterproliferation and international security, focusing on export controls and sanctions regulatory and enforcement matters involving the Export Administration Regulations (EAR) and the International Traffic in Arms (ITAR) regulations and with sanctions administered by the Treasury Department's Office of Foreign Assets Control (OFAC). Pursuant to this mission, I worked intimately with the BIS, the Federal Bureau of Investigation (FBI), Homeland Security Investigations (HSI), intelligence agencies, military services, and with counterpart agencies in more than 50 foreign countries. I provide a brief overview of the various government positions I have served in below.

- From February to December 2019, I was the Acting Assistant Director of the BIS Export Control Officer (ECO) Program. In this capacity, I supervised all BIS Export Control Officers located at U.S. Embassies throughout the world. I was tasked with a collective Area of Responsibility (AoR) of 65 countries. ECOs work with governments and industry to facilitate secure trade with the U.S. and to support the U.S. regulatory and enforcement agencies.

- From 2013 to 2018, I served as the BIS Regional ECO for Europe and Eurasia. I was assigned to the U.S. Embassy in Moscow, Russia, and the U.S. Consulate in Frankfurt, Germany, and I was responsible for relationships with 36 countries throughout Europe, the Middle East, and Africa (EMEA). During this period, I conducted impartial end- use monitoring for the U.S. government in support of criminal and administrative investigations, to support the export licensing approval process, and to identify and map out procurement activities that may be in violation of U.S. export controls, and to

ascertain what companies were doing with commodities and money subject to U.S. law, where they were located, and what they were being used for. To complete this mission, ECOs conduct extensive due diligence on foreign entities on a daily basis. As an ECO, I have conducted due diligence on more than 1,000 foreign entities.

- In supporting the licensing process, I advised BIS headquarters as to whether I believed a foreign entity was a reliable recipient of items subject to the EAR or ITAR. I assisted U.S. based case agents in facilitating the collection of evidence of potential export control violations brought against companies, resolutions brought to matters involving VSD submissions by U.S. and foreign companies, supported the evaluation of petitions requesting removals from BIS export control "lists", and worked with foreign governments to culminate U.S.-led criminal investigations to arrests for export-control violations. Many of these cases involved illicit procurement networks sponsoring activities intending to acquire sensitive commodities subject to U.S. laws for unauthorized end-uses in unauthorized locations, by unauthorized end-users. The majority of these procurement networks were sponsored by certain foreign governments (e.g., Iran, Russia, China), terrorist organizations, and organized criminal syndicates.

- From 2012 to 2013, I was detailed to the FBI and the BIS for export enforcement investigations. As part of this position, I targeted foreign companies suspected of illicitly procuring commodities subject to U.S. law seeking criminal prosecution or to impose administrative fines or sanctions.

- From 2001 to 2011, I worked as a Special Agent with the NCIS in the following capacities:

  a.  From 2008 to 2011, I was a liaison to the governments of Russia, Ukraine, and to numerous European member states for ensuring international security.

  b.  From 2006 to 2008, I was detailed to the intelligence community and worked on efforts targeting foreign entities conducting illicit acquisition attempts of Western technology and commodities. I also served as a liaison to, and worked closely with, HSI, the BIS, and the FBI, pursuant to export enforcement cases on commodities

subject to the EAR and ITAR.

    c.    From 2001 to 2006, I worked as a Special Agent with the NCIS detailed to HSI and participated in undercover operations, working with the BIS and the FBI on export violations. While working with HSI, I conducted investigations and operations pertaining to illicit procurement attempts of Russia, Iran, China, and terrorist groups.

- From 2000 to 2001, I worked in the intelligence community.
- From 1996 to 2000, I served in the U.S. Air Force and worked in counterproliferation and counterintelligence.

## C. Summary of Conclusions

*Section 219 of the Immigration and Nationality Act; 18 U.S.C. § 2339B – Providing material support or resources to designated foreign terrorist organizations (FTOs)*

- The U.S. Secretary of State designates FTOs under Section 219 of the Immigration and Nationality Act (INA). Federal law prohibits intentionally providing any "material support" to a designated foreign terrorist organization (FTO). 18 U.S.C. § 2339B. "Material support or resources" includes "any property, tangible or intangible, or service, including currency or monetary instruments or financial securities, financial services, lodging, training, expert advice or assistance, safehouses, false documentation or identification, communications equipment, facilities, weapons, lethal substances, explosives, personnel ..., and transportation, except medicine or religious materials." 18 U.S.C. § 2339A(b)(1). Importantly, one can violate Section 2339B without intending to assist a designated FTO or further its terrorist goals. Rather, Section 2339B imposes a *prohibition on* providing any "material support or resources" to a designated FTO and is violated whenever a person knowingly does so. According to the regulation:
  - o "Material support or resources" means "any property, tangible or intangible, or service, including currency or monetary instruments or financial securities, financial services, lodging, training, expert advice or assistance, safehouses, false documentation or identification, communications equipment, facilities, weapons,

lethal substances, explosives, personnel (1 or more individuals who may be or include oneself), and transportation, except medicine or religious materials." 18 U.S.C. § 2339A(b)(1).

- o To knowingly provide material support, "a person must have knowledge that the organization is a designated terrorist organization … that the organization has engaged or engages in terrorist activity …, or that the organization has engaged or engages in terrorism." 18 U.S.C. § 2339B(a)(1).

- Hamas was designated as a FTO in 1997. According to the National Counterterrorism Center, Office of the Director of National Intelligence, HAMAS is the largest and most capable militant group and largest political party in the Palestinian territories and has been the de facto governing body in the Gaza strip since 2007, after it ousted the Palestinian Authority.

- As a result of the FTO designation, Hamas is subject to a strict sanctions regime and in accordance with government guidance, it is considered industry standard for any business or nonprofit that sends money into any area governed or controlled by an FTO to conduct due diligence to ensure that no portion of their payments are provided to the FTO, or a representative of that FTO.  While the level of due diligence conducted by an entity may differ by the size of the entity and the nature of the transactions, there is a common basic level of due diligence, as discussed below, that U.S. entities doing business in such high-risk jurisdictions generally conduct to ensure that any payments do not go to FTOs in violation of federal laws.

*Executive Order (EO) 13224, Office of Foreign Assets Control (OFAC); International Emergency Economic Powers Act (IEEPA), 50 U.S.C. §§ 1701–1707*

- Specially Designated Global Terrorist (SDGT) designations are made under Executive Order 13224, issued under the International Emergency Economic Powers Act (IEEPA), 50 U.S.C. §§ 1701–1707. Violations of these sanctions are prosecuted under IEEPA's enforcement provisions. According to this statute, U.S. persons (and anyone within U.S. jurisdiction) are strictly prohibited from: 1) Dealing in property or interests in property of

an SDGT. 2) Providing funds, goods, or services to, or for the benefit of, an SDGT. 3)
Receiving funds, goods, or services from an SDGT. This functions as a *total* embargo
imposed on a SDGT. This includes employees, agents, or front companies acting on behalf
of an SDGT.

- Hamas was designated by OFAC as a SDGT on September 30, 2001, under EO 13224 and
  amended as EO 13886 and currently is still located on the Specially Designated Nationals
  (SDN) List.



**O F A C**
Office of Foreign Assets Control

**Sanctions List Search**

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned string should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List                 Sanctions List Search: Rules for use              Visit The OFAC Website

Download the Consolidated Non-SDN List                                                  Program Code Key

**Details:**

| Type: | Entity | List: | SDN |
|---|---|---|---|
| Entity Name: | HAMAS | Program: | FTO; SDGT |
| | | Remarks: | |

**Identifications:**

| Type | ID# | Country | Issue Date | Expire Date |
|---|---|---|---|---|
| Secondary sanctions risk: | section 1(b) of Executive Order 13224, as amended by Executive Order 13886 | | | |

**Aliases:**

| Type | Category | Name |
|---|---|---|
| a.k.a. | strong | ISLAMIC RESISTANCE MOVEMENT |
| a.k.a. | strong | HARAKAT AL-MUQAWAMA AL-ISLAMIYA |
| a.k.a. | strong | STUDENTS OF AYYASH |
| a.k.a. | strong | STUDENTS OF THE ENGINEER |
| a.k.a. | strong | YAHYA AYYASH UNITS |
| a.k.a. | strong | IZZ AL-DIN AL-QASSIM BRIGADES |
| a.k.a. | strong | IZZ AL-DIN AL-QASSIM FORCES |
| a.k.a. | strong | IZZ AL-DIN AL-QASSIM BATTALIONS |
| a.k.a. | strong | IZZ AL-DIN AL QASSAM BRIGADES |
| a.k.a. | strong | IZZ AL-DIN AL QASSAM FORCES |
| a.k.a. | strong | IZZ AL-DIN AL QASSAM BATTALIONS |

Back

SDN List last updated on: 10/1/2025 10:01:24 AM
Non-SDN List last updated on: 6/30/2025 4:48:36 PM

- OFAC may impose civil penalties for sanctions violations based on strict liability,

meaning that a person subject to U.S. jurisdiction may be held civilly liable even if such person did not know or have reason to know that it was engaging in a transaction that was prohibited under sanctions laws and regulations administered by OFAC. *See* OFAC, Dep't of Treasury, *Updated Advisory on Potential Sanctions Risks for Facilitating Ransomware Payments*, at 4 (Sept. 21, 2021).

- As a result of OFAC's strict liability regime for sanctions violations, it is absolutely an industry standard—from small to large entities, both for-profit, NGO, and non-profit—to ensure due diligence is conducted on a foreign counterparty, particularly when a counterparty is located in a region of the world that is considered to have high sanctions risk.  To be clear, this is not just for organizations, but due diligence on individuals as well.  In the view of industry, due diligence is necessary when dealing with a foreign entity/individual, to ensure a U.S. person does not violate an OFAC sanction. This is because industry understands that if it violates OFAC sanctions, directly or indirectly, intentionally or unintentionally, entities can be subject to civil penalties on a strict liability basis.  It is a strict liability standard.

- Moreover, for decades, OFAC has issued guidance to industry on the type of due diligence and sanctions compliance programs it expects industry to implement and has made clear that, where a sanctions violation occurs, OFAC will consider, when deciding whether to bring an enforcement action against the offending company, whether the offending company's sanctions compliance program met OFAC's guidance.  *See* OFAC, *Economic Sanctions Enforcement Guidelines*, 31 C.F.R. part 501, appx. A. In this way, OFAC's published guidance has heavily contributed to, and set, the industry standard for reasonable and effective sanctions compliance.

- This information is not difficult to obtain. It is not confined to opaque federal regulations, and an organization does not need to hire a sanctions expert to know the minimal due diligence required. Rather, OFAC's guidance is publicly available and easily accessible through simple Google searches. For example, the following searches readily return information on the standard due diligence, including guides from the Department of Treasury (FINCEN and OFAC), and the U.S. Department of Justice:

    o   "How to comply with US sanctions when sending money abroad"

    o   "Can I legally send money to Gaza?"

    o   "Can I legally send money to Hamas?"

    o   "Can I legally send money to Gaza (or Hamas) through a third party person or location?"

## D.    Due Diligence Expectations

*OFAC Sanctions*

- The Office of Foreign Assets Control (OFAC) issued a document in 2019, "A Framework for OFAC Compliance Commitments," stating:

  *"OFAC strongly encourages organizations subject to U.S. jurisdiction, as well as foreign entities that conduct business in or with the United States, U.S. persons, or using U.S.-origin goods or services, to employ a **risk-based approach** to sanctions compliance by developing, implementing, and routinely updating a sanctions compliance program (SCP). While each risk-based SCP will vary depending on a variety of factors— including the company's size and sophistication, products and services, customers and counterparties, and geographic locations—each program should be predicated on and incorporate at least five essential components of compliance: (1) management commitment; (2) risk assessment; (3) internal controls; (4) testing and auditing; and (5) training.[1] "*

- Sections VI and VII discuss sanctions screening and improper due diligence. Section VII specifically states:

  *"One of the fundamental components of an effective OFAC risk assessment and SCP is conducting due diligence on an organization's customers, supply chain, intermediaries, and counter-parties. Various administrative actions taken by OFAC involved improper*

---

[1] https://ofac.treasury.gov/media/16331/download?inline

*or incomplete due diligence by a company or corporation on its customers, such as their ownership, geographic location(s), counter-parties, and transactions, as well as their knowledge and awareness of OFAC sanctions."*

- Section IX provides the following with regard to utilizing non-standard payment of commercial practices:

    *"Organizations subject to U.S. jurisdiction are in the best position to determine whether a particular dealing, transaction, or activity is proposed or processed in a manner that is consistent with industry norms and practices. In many instances, organizations attempting to evade or circumvent OFAC sanctions or conceal their activity will implement non-traditional business methods in order to complete their transactions"*

- OFAC's written guidance on maintaining a Sanctions Compliance Program (SCP), which details recommended elements of a SCP, communicates to industry OFAC's, and the U.S. government's, expectations for due diligence and compliance with U.S. sanctions. This guidance constitutes the basic steps for due diligence that have become industry standard for conducting international transactions.

- The concept of "know your customer" explained below, has also become an "industry standard" for reasonable sanctions compliance. "Know your customer" obligations are included in section X of OFAC's *Framework for OFAC Compliance Commitments*.

**E.    Compliance with Sanctions – Due Diligence and Know Your Customer**

- In consideration of the concepts of Know Your Customer (KYC) and Know Your Customer's Customer (KYCC), which are accepted and promoted by both industry and government, and in consideration of OFAC's "Framework for OFAC Compliance Commitments", the following basic due diligence steps have been adopted as an industry standard for international transactions:

    a.    Conduct open-source research on entity (person or company). Open-source research

can be defined as the collection, evaluation and analysis of materials from sources available to the public, whether on payment or otherwise.

b.    If a person, conduct open-source research on what entity (organization) the person represents.

c.    Determine whether the transaction(s) occurs with an entity located in a contentious location such as conflicts zones, sanctioned areas, or in areas with destination restrictions for export controls, etc.

d.    Determine whether the business partner is affiliated with a sanctioned or listed entity or acting on behalf of.

e.    (For export-controlled items) Determine the end-use of the commodities being exported, the end use of funds being provided to the subsequent entity, etc.

- The basic level of due diligence is conducted prior to sending money, or exporting goods, to a foreign entity. This would include sending funds or goods to a conflict zone, such as Gaza, directly, or indirectly, and determining whether the recipient of funds would be connected to Hamas, acting on behalf of Hamas, because Hamas is designated as a FTO and SDGT. It is industry standard to maintain a record of the steps taken to conduct due diligence, and the results of due diligence, in a file kept according to the company's recordkeeping policies.

## F.    Industry Standards In Practice

- I am aware of the industry standards in practice, not only as recommended by the legal authorities discussed above, but as carried out in practice by companies and nonprofits through my work advising companies on sanctions compliance, my review of the current literature and periodicals, and by the scores of contacts with companies ensuring that they comply with the law, as well as fellow professionals such as myself advising clients with whom I regularly speak on this subject matter. To that point, many small entities can, and do, comply with the regulatory regime.

- This does not necessarily require any financial outlay to know and comply with. Indeed,

as discussed above, simple Google searches will reveal consistent and generally accurate information regarding the standard due diligence required before sending money to high-risk jurisdictions or entities.

- Moreover, this easily accessible information instructs companies/entities on how conduct basic due diligence and the basic industry standard when transacting business in an area designated as controlled by an FTO and/or SDGT is to (i) be aware of that transmitting monies to an area controlled by an FTO and/or SDG requires some modicum of due diligence to know who is receiving your monies (ii) documenting your due diligence.

- Indeed, in my education, training and experience, I have found that even small companies/entities can, and do, perform the following basic due diligence:
  - Screening all recipients
  - Maintaining documentation
  - Refusing to use intermediaries unless those intermediaries are also screened

- To that point, certain following acts/omissions would fall below the industry standard and would not be expected of a company/entity making a good faith attempt to comply with the law.
  - As a basic premise, it would fall beneath industry standard to transmit monies if one *cannot* perform due diligence.  There may be times when it is simply impossible to conduct any meaningful due diligence.  As an example, when an organization has only a common name or an email address and nothing more, basic due diligence is functionally impossible. If an organization does not have sufficient information to perform basic due diligence, industry standard is to 1) not conduct the financial transaction, or 2) submit for a license to do so with the appropriate regulatory agency.
  - It would fall beneath industry standards, when transmitting monies to an area controlled by an FTO or an SDN, to not transmit monies directly to the person entitled to receive the transfer. It would be interpreted as a significant red flag under industry standards for an individual to request to be paid via any third party, or through a third-party location. As an example, if Mr. Smith performed services but asked an entity to

send the consideration to Ms. Wilson, that should, in and of itself, raise immediate concern, which would reasonably require posing additional due diligence questions. It would fall beneath industry standards to follow these instructions, without further inquiry.

o   Certain methods of transmitting monies provide more safeguards against running afoul of regulatory compliance. The *"Complying with the Customer Due Diligence (CDD) Final Rule"* of the Bank Secrecy Act (amended 2016), requires covered financial institutions to establish and maintain written policies and procedures that are reasonably designed to:

1. identify and verify the identity of customers
2. identify and verify the identity of the beneficial owners of companies opening accounts
3. understand the nature and purpose of customer relationships to develop customer risk profiles
4. conduct ongoing monitoring to identify and report suspicious transactions and, on a risk basis, to maintain and update customer information

Using banking systems such as SWIFT or direct bank to bank transactions would require both the sender and receiver of monies to be tied to a bank. This can give the sender of money greater confidence in the recipient of a transaction because U.S. banks must comply with the CDD Rule, and foreign banks, when conducting transactions involving U.S. currency, must comply with U.S. sanctions. Therefore, banks maintain robust sanctions compliance programs in order to ensure they comply with multiple legal and KYC requirements. Banks that do not comply can be monitored, fined, and/or may be sanctioned by the U.S. government.

o   Other payments systems, such as PayPal, must also adhere to U.S. sanctions. PayPal and similar payment systems generally implement automated screening software programs that check recipients of payments against public lists of sanctioned individuals or entities. However, by using a payment platform such as PayPal, and by sending money to/through a third party, people can normally circumvent the oversight that traditional banks or payment platforms may perform, or more specifically, even the due diligence PayPal would have likely conducted if payment would have been

sent to the recipient directly. For example, if Palestine Chronicle paid Abdallah Aljamal through a third party's PayPal account, the payment may have circumvented PayPal's due diligence. In other words, by paying a third-party account, Palestine Chronicle could initiate a transaction to Aljamal that would likely be blocked if they attempted to pay Aljamal directly.

**G.    What Industry Standard Due Diligence Would Have Determined About Abdallah Aljamal Prior to 2024**

*Internet Searches in the English Language*

- Prior to the widely publicized death of Abdallah Aljamal, simple and reasonable google and social media searches would have revealed several red flags that would have indicated that Aljamal was involved with, or sympathetic to, Hamas. Basic, and widely accepted due diligence steps stated above, would have revealed:

    a.    A video posted on Facebook by the Palestine Radio Station ZMN FM 90.60 on the morning show "At the Morning Table" by Madeline Shakliya and sponsored by the Palestinian Telecommunications Company, whereby Abdallah Aljamal was referred to as a spokesperson by Hamas's Ministry of Labor. (Since been removed):

    https://www.facebook.com/FM90.60live/videos/430819258840939

*Internet Searches in the Arabic Language*

- Basic google searches for Abdallah Aljamal in Arabic revealed the following results published prior to 2023, and are still available online, linking Aljamal to the Ministry of Labor of Gaza:

    a.    December 27, 2021: Ministry of Labor Gaza Facebook Post – "Now a new episode of the Labor program prepared and presented by: Abdullah Al-Jamal. The title of our episode today is: "The Ministry of Labor's efforts to help young people and graduates find employment." The guest of this episode is Mr. Saleh Sahyoun,

Director of the Guidance and Counseling Department at the General Administration of Employment Services at the Ministry of Labor."

https://www.facebook.com/Ministry.of.labour/posts/4763719686996784/

b.   February 16, 2022: Al-Jamal: Issuing work permits inside the occupied territories is done through national consensus and full cooperation.

https://www.alkofiya.tv/ar/post/138326

c.   February 17, 2022: Wattan News Agency - "Good morning, O homeland – Abdallah Aljamal."

https://www.youtube.com/watch?v=L3C1TBooK0U

d.   February 17, 2022: Facebook video — "Abdallah Aljamal, spokesperson of Gaza's Ministry of Labor," is speaking to Palestine Online.

https://www.facebook.com/PS24Online/videos/640404117240136

e.   February 19, 2022: Labor in Gaza: Committees in the Ministry Prepare to Deliver Workers' Permits in 48 Territories

https://www.alwatanvoice.com/arabic/news/2022/02/19/1461808.html

f.   February 19, 2022: News Article - Abdullah al-Jamal, spokesman for the Ministry of Labor in the Gaza Strip: The ministry's committees are preparing to issue permits, and we are awaiting the occupation's approval.

https://nabd.com/s/100346163-57c399/

g.   February 20, 2022: Facebook Video - "Interview with the media spokesperson of the

Ministry of Labor, Abdallah Aljamal."

https://www.facebook.com/ZMN.FM90.60/videos/662571904889152/

h.    March 17, 2022: "Gaza Labor Talks About Workers' Permits in the Occupied
       Territories"

       https://samanews.ps/ar/post/513505

## **<u>Conclusion</u>**

In conclusion, based on my knowledge, experience, education, and research, it is my
expert opinion that:

- Based on the expectations set forth by government, it is industry standard, even for small
  U.S. companies and nonprofits, to conduct due diligence on counterparties of international
  transactions. More specifically, when conducting transactions with entities located in high-
  risk areas, such as Gaza, that are known to be controlled by sanctioned entities, it is
  industry standard to conduct appropriate due diligence before making payments.

- Any modicum of diligence on Abdallah Aljamal in 2021, 2022, or 2023, in English or in
  Arabic, would have identified information that raised serious red flags that Abdallah
  Aljamal was either a member of Hamas, or closely affiliated with Hamas.  By following
  an industry standard level due diligence, any red flags would have required an entity
  (person or company) to either 1) conduct further due diligence, 2) submit for a license to
  conduct a transaction with Aljamal, or 3) refrain from transacting with Aljamal altogether.

- Palestine Chronicle failed to follow industry standards in conducting basic due diligence
  that industry conducts to remain in compliance with U.S. sanctions. Specifically, the
  Palestine Chronicle's policies of (1) using PayPal to compensate individuals known to be
  located in Gaza, with little to no due diligence, and (2) compensating individuals located
  in Gaza through third-party PayPal accounts with little to no due diligence, fall below the
  acceptable industry standard.

- In order to ensure an entity is complying with sanctions, prior to sending monies to anyone
  in Gaza, given it is well-known that Gaza is controlled by the FTO and SDGT Hamas, an

individual or organization must (1) conduct basic due diligence, (2) become absolutely sure the recipient of money is not part of, or associated with, Hamas, so to not violate a sanction(s), and (3) document that due diligence. If there were any red flags that could not be resolved, the entity's only acceptable options under industry standards would be to (1) submit for a license from the respective regulatory authority, or (2) refuse to engage in the transaction. The regulatory authority for sanctions involving SDNs is the OFAC. Identifying these requirements and how to conduct basic due diligence can be found with simple google searches and government provides screening tools free of charge. This makes information readily available for small, medium and large companies.

- When approached to transfer funds to Gaza through a third-party entity and location, the industry standard would be to ensure that the person being sent the money matched the person/company listed in the engagement contract. A request to send money to a recipient who is an unrelated party, under industry standard normal business protocols, would be considered a red flag, notwithstanding the additional complication of using a third party to send funds to Gaza. Because of the current global trade environment, and industry's general fear of violating sanctions, the industry standard would be to not use an unrelated third party for payment.

### Declaration

I, Stephen Arthur Wilcox, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed October 15, 2025.

*Stephen Wilcox*

Steve Wilcox

# STEPHEN A. WILCOX

Email: Stephen.Wilcox@ecsadvisors.com

Phone: +1-202-769-7588

With 30 years of combined experience in industry and government, Stephen now specializes in advising on U.S. and foreign geopolitical, export controls, economic sanctions, and international security matters. Throughout his career, Stephen has worked with nearly every government agency in the U.S., and with governments in nearly 70 countries on critical issues affecting the international marketplace.

## Export Controls and Sanctions Advisors LLC

*Chief Executive Officer*

2023-Present

- Manages and leads an international geopolitical advising, export controls, and sanctions consulting firm with 25 staff members and clients on 4 continents.
- Acts as a "trusted advisor" to senior industry leaders of several multinational companies for geopolitical advising and international relations.
- Represents clients to agencies of the U.S. and other governments for matters involving international security concerns, enforcement actions, disclosures, targeted outreaches, and other matters.
- Supports clients' needs with critical thinking skills for the resolution of complicated trade issues.
- Assists with the development, implementation and audit of compliance programs.

## International Sanctions and Export Control Society

*Founder and Chair*

2022-Present

- Founded and leads an international membership driven public benefit company with staff and stakeholders located on 5 continents, assisting hundreds of companies in compliance with export controls and sanctions and to enhance knowledge of geopolitical issues affecting industry.
- Liaises with government regulatory and enforcement agencies throughout the world on behalf of members for compliance with international regulations.
- Coordinates activities of ISECS' chapters located throughout the world.
- Provides advocacy for ISECS members to the U.S. Government.

## FTI Consulting LLP

*Managing Director*

2020-2023

- Helped lead global export controls, sanctions and trade advisory practice supporting multinational companies in compliance with export controls, sanctions, and geopolitical advising.

## U.S. Government

*Various Positions and Agencies*

1995-2020

**2013-2000: Bureau of Industry and Security**

*Acting Assistant Director, Export Control Officer Program*
*Export Control Officer for EMEA*

- Led the global Export Control Officer ("ECO") Program for the Bureau of Industry and Security ("BIS"), U.S. Department of Commerce supervising BIS' global staff.
- Served as the BIS ECO for regional positions stationed in U.S. Missions to Russia and Germany.
- Represented the U.S. diplomatically to European member states (including Finland), and other countries throughout Eurasia.

**2001-2013: Other U.S. Government Agencies**

*Senior Diplomat, Case Officer, Intelligence Officer, Counterintelligence Officer*

- Externally, served as a liaison the Russian Federal Security Service ("FSB") and security services throughout Europe and Eastern Europe, for matters involving international security.
- Internally, served as a liaison to headquarters elements of the FBI, CIA, DoD, DHS, BIS, Department of State, and other organizations in the U.S. Government.
- Participated in undercover operations targeting terrorist groups, organized criminal syndicates and foreign governments.
- Worked with international intelligence and enforcement agencies to protect international security.

**2000-2001: Naval Intelligence**

*Intelligence Specialist*

- Analyzed and processed information to assist in all phases of military planning.
- Prepared intelligence products to include reports, briefings, and other information.
- Used data from various sources to provide strategic and tactical insights to support mission planning and warfighter decision-making.

**1996-2000: U.S. Air Force**

*Russian Cryptologic Linguist*

- Served as the Office of Human and Counterintelligence Support at the National Security Agency.

---

**Education**

- Masters, International Business, University of Maryland
- Masters Studies, Russian, University of Maryland
- Bachelors, Russia, University of Maryland

**Training**

- Criminal Investigator's Training Course
- Defense Counterintelligence Operations Course
- Overseas Operations
- Advanced Russian

**Awards**

- Gold Medal, Secretary of Commerce
- Meritorious Service Award, Assistant Secretary of Homeland Security
- Letter of Appreciation, Director, Federal Bureau of Investigation

**Certifications**

- Certified Sanctions and Export Control Professional Certificate Courses (U.S., China, and EU)

# EXHIBIT F

www.aljazeera.com /opinions/2019/1/22/tales-of-torture-from-israels-prisons

# Tales of torture from Israel's prisons

Ramzy Baroud, Abdallah Aljamal ⋮ 13-17 minutes ⋮ 1/22/2019

Earlier this month, Israel's Public Security Minister Gilad Erdan announced plans to "worsen" already horrific conditions for Palestinian prisoners in Israel's jails.

According to the Palestinian prisoners' rights group Addameer, there are nearly 5,500 Palestinian prisoners in Israeli jails, including 230 children and 54 women. Of that number, 481 prisoners are held without trial – under the guise of an unlawful practice known as "administrative detention".

Speaking to reporters on January 2, Erdan disclosed some aspects of his plan, but a sinister context was missing from the story.

The minister said the prisoners will be denied "cooking rights", yet failed to mention that many prisoners, especially during the first stage of their detention, are tortured and denied food altogether. "The plan also includes preventing members of the Knesset from visiting Palestinian detainees," Erdan added but did not mention how hundreds of Palestinian prisoners are already denied access to lawyers and family visitations on a regular basis.

There is no reason to doubt the Israeli minister's words when he vows to worsen conditions for Palestinian prisoners. However, the horrific conditions under which thousands of Palestinians are held in Israeli jails – which itself is a violation of the Fourth Geneva Convention – are already at a stage that can only be described as inhumane as they fail the minimum standards set by international and humanitarian laws.

No one is as qualified to describe Israeli prison conditions as Palestinian prisoners, who experienced every form of physical and psychological torture, and have spent years, sometimes decades, fending for their humanity every hour of every day.

We spoke to six freed prisoners, including two women and a child, who shared their stories with us, with the hope that their testimonies would help the world understand the true context of Erdan's latest plan.

### 'They killed my cat'
Wafa' Samir Ibrahim al-Bis

I was only 16 when I decided to wear an explosive belt and blow myself up among Israeli occupation soldiers. It was all I could do to avenge Muhammad al-Durrah, the 12-year-old Palestinian child who was brutally killed by Israeli soldiers in front of television cameras in September 2000. When I saw the footage of Muhammad huddling by his father's side, as

**PCPL000392**

soldiers showered them both with bullets, I felt powerless. That poor child. But I was arrested, and those who helped me train for my mission were killed three months after my detention.



Wafa' Samir Ibrahim al-Bis was born in the Jablaiya refugee camp in Gaza. She was 16-years-old when she was detained on May 20, 2005. She was sentenced to 12-years in prison after she was convicted of attempting to carry out a suicide mission targeting Israeli soldiers. She was released in 2011 in a prisoner swap between the Palestinian Resistance and Israel [Courtesy of Ramzy Baroud and Abdallah Aljamal]

I was tortured for years inside the Ramleh prison's infamous Cell nine, a torture chamber they designated for people like me. I was hanged from the ceiling and beaten. They put a black bag on my head as they beat and interrogated me for many hours and days. They released dogs and mice in my cell. I couldn't sleep for days at a time. They stripped me naked and left me like that for days on end. They didn't allow me to meet with a lawyer or even receive visits from the Red Cross.

They had me sleep on an old, dirty mattress that was as hard as nails. I was in solitary confinement in Cell number nine for two years. I felt that I was buried alive. Once they hanged me for three days nonstop. I screamed as loud as I could, but no one would untie me.

## Sign up for Al Jazeera

### Breaking News Alert

Get real-time breaking news alerts and stay up-to-date with the most important headlines from around the globe.

When I was in prison, I felt so lonely. Then one day, I saw a little cat walking among the rooms, so I kept throwing her food so that she would be my friend. Eventually, she started coming inside my cell and would stay with me for hours. When the guards discovered that she was keeping me company, they slit her throat in front of me. I cried for her more than I cried for my own fate.

PCPL000393

A few days later, I asked the guard for a cup of tea. She came back and said: "stick your hand out to grab the cup". I did, but instead she poured boiling water on my hand, causing third-degree burns. I have scars from this incident to this day and I still need help treating my hand.

I cry for Israa' Ja'abis, whose whole body has been burned yet she remains in an Israeli jail.

I often think of all the women prisoners I left behind.

### 'No words'
Sana'a Mohammed Hussein al-Hafi

In May 2015, I wanted to visit my family living in the West Bank. I was missing them terribly as I hadn't seen them for years. But as soon as I arrived to the Beit Hanoun (Eretz) Crossing, I was detained by Israeli soldiers.

My ordeal on that day started at about 7:30 in the morning. Soldiers searched me in such a humiliating way. They probed every part of my body. They forced me to undress completely. I stayed in that condition till midnight.

In the end, they chained my hands and feet, and blindfolded me. I begged the officer in charge to allow me to call my family because they were still waiting on the other side of the crossing. The soldiers agreed on the condition that I use the exact phrase: "I am not coming home tonight," and nothing more.



Sana'a Mohammed Hussein al-Hafi was born in the West Bank. She moved to the Gaza Strip after meeting her future husband. She spent 10 months in prison and a further five months under house arrest for transferring money to a 'hostile entity (Hamas)' [Courtesy of Ramzy Baroud and Abdallah Aljamal]

Then more soldiers arrived. They threw me in the back of a large military truck. I felt the presence of many dogs and men surrounding me. The dogs barked and the men laughed. I was so scared.

PCPL000394

I was taken to the Ashkelon military compound, where I was searched again in the exact same degrading manner, and placed in a very small cell with a dim light. It smelled terrible. It was very cold although it was early summer. The bed was tiny and filthy. The covers too. The soldiers took all of my possessions, including my watch.

I couldn't sleep, as I was interrogated every few hours. I would sit on a wooden chair for long periods of time to be subjected to the same routine, filled with shouting and insults and dirty language. I was kept in the Ashkelon compound for seven days. They allowed me to shower once, with very cold water.

At night, I heard voices of men and women being tortured; angry shouts in Hebrew and broken Arabic; doors slamming in a most disturbing manner.

At the end of that week, I was transferred to HaSharon prison, where I was relieved to be with other Palestinian female prisoners, some minors, some mothers like me, and some old ladies.

Every two or three days, I was taken out of my cell for more interrogation. I would leave at dawn and return around midnight. Occasionally, I was put in a large military truck with other women and taken to military court. We were either chained individually or to each other. We would wait for hours only to be told that the court session had been postponed to a later date.

In our cells, we struggled to survive under harsh conditions and medical neglect. Once an old woman prisoner collapsed. She had diabetes and was receiving no medical attention. We all started screaming and crying. Somehow, she survived.

I was in prison for ten months. When I was finally released from prison, I was put under house arrest in Jerusalem for another 5 months. I missed my family. I thought about them every hour of every day. No words can describe how harrowing that experience was, to have your freedom taken away, to live without dignity and without rights.

No words.

**The day I saw my mother**
Fuad Qassim al-Razam

I have experienced both psychological and physical torture in Israeli jails, which forced me to confess to things I did and didn't do.

> Fuad Qassim al-Razam was born in the Palestinian city of Jerusalem. He spent 31 years in prison for killing an Israeli soldier and an armed settler among other charges [Courtesy of Ramzy Baroud and Abdallah Aljamal]

The first phase of detention is usually the most difficult because the torture is most intense and the methods are most brutal. I was denied food and sleep and I was left hanging from

PCPL000395

the ceiling for hours. At times I was left standing in the rain, naked, tied to a pole, with a bag on my head. I would be left in that condition the whole day, while occasionally getting punched, kicked and hit with sticks by soldiers.

I was forbidden from seeing my family for years, and when I finally was allowed to see my mother, she was dying. An ambulance brought her to Beir Al-Saba' prison, and I was taken in my shackles to see her. She was in terrible health and could no longer speak. I remember the tubes coming out of her hands and nose. Her arms were bruised and blue from where the needles entered her frail skin.

I knew it would be the last time I would ever see her, so I read some Quran to her before they took me back to my cell. She died 20 days later. I know she was proud of me. When I was released, I was not allowed to read verses from the Quran by her grave as I was deported to Gaza immediately after the prisoner exchange in 2011.

One day I will visit her grave.

### 'They burned my genitals'
Mohammed Abul-Aziz Abu Shawish

I was arrested by Israel seven times; the first time I was six-years-old. That was in 1970. Then, they accused me of throwing rocks at Israeli soldiers. I was arrested again when I was a teenager. That time I was beaten up and an Israeli officer lit a match under my genitals. They stripped my clothes off and placed my underwear in my mouth to muffle my screams. I felt pain when I tried to use the bathroom for many days after that incident.

> Mohammed Abul-Aziz Abu Shawish was born in the Nuseirat Refugee camp in Gaza in 1964. His family is originally from Barqa, a village in southern Palestine that was ethnically-cleansed in 1948. He spent 9 years in prison after being charged with possessing a weapon and being a member of the Fatah movement [Courtesy of Ramzy Baroud and Abdallah Aljamal]

My last imprisonment was the longest. I was detained on April 23, 1985, and remained in jail for 9 years to be released after the signing of the Oslo Accords.

Even in prison, our fight for our rights never ceased. We fought through hunger strikes and they fought us back with isolation and torture. As soon as the prison administration would concede to our demands, to end our strike, they would slowly deprive us from everything we had achieved. They would withhold food, prevent family visitations, even prevent us from meeting with our own prison mates. They often confiscated our books and other educational materials for no reason whatsoever.

When I was released on January 8, 1994, I joined the prisoner rehabilitation unit in the Labour Ministry. I tried my best to help my fellow freed prisoners. Since I retired, I wrote a book entitled: Before My Tormentor is Dead, detailing the years of my imprisonment.

PCPL000396

I am not a trained writer, I just want the world to know of our plight.

### 'They detained my family'
Shadi Farah

I was arrested on December 30, 2015, when I was only 12-years-old. I was released on November 29, 2018. At the time, I was the youngest Palestinian prisoner in Israeli jails.

> Shadi Farah was arrested in his home in Jerusalem at the age of 12. He was accused of trying to kill Israeli soldiers with a knife they found at his house [Courtesy of Ramzy Baroud and Abdallah Aljamal]

My interrogation took place in the Maskoubiah prison in Jerusalem, specifically in Cell number four. After days of physical torture, sleep deprivation and severe beating, they imprisoned my whole family – my mom and dad and sisters and brothers.

They told me that my family was held captive because of me and they would only be released if I confessed to my crimes. They swore at me with profanity I cannot repeat. They threatened to do unspeakable things to my mom and sisters.

After each torture session, I would return to my cell so desperate to sleep. But then soldiers would wake me up by slapping my face, kicking me with their boots and punching me in the stomach.

I love my family, and when they used to prevent them from visiting me, it broke my heart.

### 'Prisoners are heros'
Jihad Jamil Abu-Ghabn

In prison, my jailers tried to break my spirit and take away my dignity, not just through violence, but also through specific techniques meant to humiliate and demoralise me.

> Jihad Jamil Abu-Ghabn spent nearly 24 years in Israeli jails for participating in the first Intifada and for being involved in the killing of an Israeli settler. He was released in 2011 [Courtesy of Ramzy Baroud and Abdallah Aljamal]

They often placed a bag with a most foul smell over my head, which led me to vomit repeatedly inside the bag. When the bag was removed, I would be left with a swollen face and a massive headache from the intermittent deprivation of oxygen.

Throughout my interrogation (which lasted for months), they had me sit on a chair with uneven legs for hours on end. I could never find a comfortable position, which left me with permanent pain in my back and neck.

PCPL000397

At times they would introduce 'prisoners' to my cell, claiming to be genuine members of the Palestinian Resistance. I would later discover that these prisoners were actually collaborators who were trying to trick me into confessing. We called these collaborators *assafir* (birds).

Palestinian prisoners are heroes. No words can describe their legendary steadfastness and unfathomable sacrifices.

**Yousef Aljamal contributed to this article.**

**The views expressed in this article are the authors' own and do not necessarily reflect Al Jazeera's editorial stance.**

**PCPL000398**

# EXHIBIT G

1

2

3

4

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA**

5

6

7

8

9

10

| | |
|---|---|
| ALMOG MEIR JAN, SHLOMI ZIV, and ANDREY KOZLOV, | NO.  3:24-cv-05553-TLF |
| Plaintiffs, | **PLAINTIFFS' SECOND INTERROGATORIES TO DEFENDANT PEOPLE MEDIA PROJECT D/B/A PALESTINE CHRONICLE** |
| v. | |
| PEOPLE MEDIA PROJECT, a Washington Non-Profit Corporation, d/b/a PALESTINE CHRONICLE; RAMZY BAROUD; JOHN HARVEY; and DOES 1 through 10, | |
| Defendants. | |

11

**Response of Defendant People Media Project d/b/a Palestine Chronicle to
Plaintiffs' Second Interrogatories**

12

The following definitions and instructions of Plaintiffs apply:

13

**DEFINITIONS**

14

15

1.     Unless otherwise indicated, the time frame applicable to these Requests is January 1, 2019, through the present.

16

2.     "Plaintiffs" refers to all Plaintiffs in this action or to any of them.

17

18

19

20

21

3.     "Defendants" refers to the Defendants named in the First Amended Complaint, including Does 1-10, and any employees, attorneys, partners, agents, representatives, or any other Person or entity acting or purporting to act on their behalf, including any entity Defendants have ever had any control over, ownership of, or ownership interest in who has possession, custody, control, knowledge, or responsibility for any communication or document sought by these Requests.

4.    "Palestine Chronicle" means Defendant People Media Project d/b/a Palestine Chronicle.

5.    "Baroud" means Defendant Ramzy Baroud.

6.    "Harvey" means Defendant John Harvey.

7.    "Aljamal" means Abdallah Aljamal.

8.    "You" or "Your" means Defendant People Media Project d/b/a Palestine Chronicle as well as any directors, agents, employees, independent contractors, volunteers, attorneys, partners, agents, representatives, or any other person or entity acting or purporting to act on behalf the Defendant People Media Project d/b/a Palestine Chronicle.

9.    The singular form of a word should be interpreted in the plural as well. Any pronoun shall be construed to refer to the masculine, feminine, or neuter gender, whichever in each case is broadest. The words "and" and "or" shall be construed conjunctively or disjunctively, whichever makes the Request more inclusive.

10.    The terms "Relating To," "Relate To", and/or "Related To" includes, but is not limited to, the following meanings: pertaining, concerning, referring, discussing, mentioning, containing, reflecting, evidencing, constituting, describing, showing, identifying, proving, disproving, consisting of, supporting, contradicting, in any way legally, logically, or factually connected with the matters referenced.

11.    "All" shall be construed to include "any" and "each," "any" shall be construed to include "all" and "each," and "each" shall be construed to include "all" and "any," in each case as is necessary to bring within the scope of these interrogatories documents and things that might otherwise be construed as outside their scope.

12.    "Identify" or "Identity" means:

(a)    When used with reference to a natural person, to state his or her full name, present home address, present business address, present home and business telephone number, present or last known position, and business affiliation at the time in question.

(b)    When used with reference to an entity, such as a partnership (either general or limited), joint venture, trust, or corporation, to state the full legal name of such entity, each name under which such entity does business, the entity's telephone number, and the identity of the chief operating officer, manager, trustee, or other principal representative.

(c)    When used with reference to documents, to state specifically:

(i)    The type of document involved (*e.g.*, letter, interoffice memorandum, etc.), together with information sufficient to enable the location of the document such as its date, the name of any addressee and the name of any signor, the title or the heading of the document and its approximate number of pages; and

(ii)    The identity of the custodian or other person last known to have possession of the document, together with the present or last known location of the document.

13.    "Describe" or "State with Particularity" means to state every material fact and circumstance specifically and completely, including without limitation date, time, location, amount, quantity and identity of all participants, and whether each such fact or circumstance is stated on knowledge, information, or belief, or is alleged without foundation.

14.    "Person(s)" means natural persons as well as all entities, including, without limiting the generality of the foregoing, business, non-profit, legal or governmental entity, associations,    organization,    associations,    companies,    partnerships,    joint    ventures,

corporations, trusts, estates, public agencies, municipalities, departments, bureaus, commissions and boards. Conversely, "entity" means entities as well as natural persons.

15.    The terms "Communication," "Communicate", or "Communicated" refer to the transmission, sending, and/or receipt of information of any means including but not limited to: speech; writings; language; text and audio messages between mobile phones; text and audio messages sent over mobile phone applications, such as Telegram, WhatsApp, and Signal; emails; telephone; video tape; photographs; graphs; symbols; signs; magnetic disks; sound; radio and/or video signal; teletype; telecommunication; telegram; microfilm; microfiche; beepers or pagers; photographic film of any type; and/or other media of any kind.

16.    The terms "Document" and "Documents" are used herein in the broadest sense permissible under Rule 34 of the Federal Rules of Civil Procedure, and include, but are not limited to, any written, recorded or tangible graphic matter, or any other means of preserving data, expression, facts, opinions, thought, images, or other information of any kind, including without limitation all non-identical copies, drafts, out takes, subsequent versions, worksheets and proofs, however created or recorded, including without limitation audio tapes, annotations, calendars, correspondence, data or information of any kind recorded on compact disks, digital video diskettes, or any other type or form of diskettes for use with computers or other electronic devices, or any hard drive, diary entries, electronic recordings of any kind, e-mail, memoranda, notes, photographs, reports, telephone slips and logs, video cartridges and videotapes, and sites, databases, or other means of information storage or retrieval on the Internet or the World Wide Web. These terms are to be interpreted broadly to include documents stored in *any* medium and specifically includes electronically stored

information ("ESI") such as e-mail and documents maintained in electronic form on Your websites, servers, and standalone computers and hard drives.[1]

17.    "Financial Statements" mean Documents and Communications demonstrating Your financial performance and business activities over a given period of time, including information regarding Your assets, liabilities, cash flow, and profitability. Financial Statements include, but are not limited to, Your balance sheet for each fiscal year, Your income statement for each fiscal year, and Your cash flow statement for each fiscal year.

18.    "FTO" means any entity currently designated by the United States as a Foreign Terrorist Organization or formerly designated by the United States as a Foreign Terrorist Organization (*i.e.*, Ansarallah, also known as the Houthis).

19.    "IS-DTO" means any entity currently designated by the State of Israel as a terrorist organization or formerly designated by the State of Israel as a terrorist organization (*i.e.*, Ansarallah, also known as the Houthis).

20.    "Hamas" means the FTO also known as Harakat al-Muqawama al-Islamiya that was designated an FTO by the United States in October 1997.

21.    "October 7th" means the Hamas-led attack on Israel and its citizens that took place on October 7, 2023.

22.    "Social Media Activity" means any post, graphic, video, or any other content disseminated via any social media platform such as Instagram, X (formerly known as

---

[1] ESI includes, but is not limited to, all text files (including word processing documents), spread sheets, e-mail files and information concerning e-mail (including all metadata fields, logs of e-mail history and usage, header information and "deleted" files including all potentially relevant data contained in free or slack space), Internet history files and preferences, graphical image format ("GIF"), tagged image file format ("TIFF"), portable document format ("PDF") files, databases, contacts, tasks, calendar and scheduling information, computer system activity logs, all file fragments, and backup files containing Electronic Data.

Twitter), Instagram, WhatsApp, Signal, Telegram, and TikTok, including any drafts of such content.

23.    "Value Transfer" means the transfer of anything of value, including any tangible or intangible thing having a market value, including, without limitation, money, cryptocurrency, real property, personal property, services, loans of money or property, gratuities, favors, grants, awards, rewards, scholarships, discounts, promises of future employment, honoraria, event tickets, travel, lodging, meals, and the forbearance and forgiveness of debt.

24.    "Search List" refers to the following terms: "Encampment"; "Qatar"; "Turkey"; "Iran"; "October 7"; "October 7th"; "10/7"; "Oct 7"; "Hamas"; "Hezbollah"; "Aljamal"; "hostage"; "kidnapping"; "kidnap"; "Gaza"; "Nuseirat"; "Almog"; "Meir"; "Jan"; "Shlomi"; "Ziv"; "Andrey"; and "Kozlov".

## INTERROGATORIES

**INTERROGATORY NO. 16:** Describe in detail the process(es) by which You determine whether to compensate writers and contributors for a particular submission and how much compensation they receive.

**ANSWER:**  Defendant People Media Project d/b/a Palestine Chronicle (hereinafter, "Defendant") objects to this request as overly broad, burdensome and calling for information irrelevant to the subject matter and time period of the allegations of the Amended Complaint which focuses solely on alleged compensation to Abdallah and Fatima Aljamal during the period October 7, 2023 until June of 2024.

Without waiving this objection, the Palestine Chronicle began to compensate a selected number of its writers only recently, based on the following criteria:

A) Prior to the war, the Palestine Chronicle rarely compensated its writers due to a lack of funds.

B) The Palestine Chronicle does not compensate writers for unsolicited content.

C) The Palestine Chronicle informs the writer in advance if an article would be published without compensation.

D) Prior to the war, and few months into the war, The Palestine Chronicle compensated writers from Gaza who are affiliated with the organization We Are Not Numbers. They were mostly journalism students, and the compensation ($50 to $75) was meant as a form of encouragement.

E) Most contributions to the Palestine Chronicle during the first year of the war were not compensated, due to budget issues, but also due to our inability to send money directly to writers in Gaza. In the second year, however, compensation became possible, as writers began resorting to PayPal to receive funds.

F) The majority of content contributed to the Palestine Chronicle in general is not compensated. Only a small number of articles contributed from Gaza-based writers is compensated. The latest rate is $100 per article, which is considered the lowest rate compared to other media outlets.

**INTERROGATORY NO. 17:** Describe in detail Your policies and procedures, if any, Relating To all background checks, due diligence, or other verifications You perform on Your writers and contributors.

**ANSWER:**  Defendant People Media Project d/b/a Palestine Chronicle (hereinafter, "Defendant") objects to this request as overly broad, burdensome and calling for information irrelevant to the subject matter and time period of the allegations of the Amended Complaint which focuses solely on alleged compensation to Abdallah and Fatima Aljamal during the period October 7, 2023 until June of 2024.

Without waiving this objection, Defendant states that The Palestine Chronicle does not conduct formal background checks or due diligence procedures on writers. The Chronicle is a small, independent news organization with very limited resources. Writers typically reach out by submitting unsolicited content, or they are known to the Chronicle through personal networks of journalists and academics. Decisions to publish are based on the quality and credibility of the writing, journalistic standards, and whether the submission fits the Chronicle's editorial needs.

**INTERROGATORY NO. 18:** Describe in detail all background checks, due diligence, or other verifications You performed on Abdallah Aljamal.

**ANSWER:**  Abdallah Aljamal was a local freelance Palestinian journalist in Gaza. He wrote in Arabic and no English writing of his was accessible beyond the limited network of Arabic, mostly Palestinian, online news networks. Aljamal reached out to us during the war on Gaza, saying that he would like to publish articles regarding the ongoing war. Due to the lack of information coming from Gaza, we agreed, with the understanding that the

Palestine Chronicle is a small organization with a very limited budget, and is unable to pay for most of the content it receives.  Mr. Aljamal insisted that money was not an object, and that perhaps could have been discussed at a later stage.

This is not the first time we have known of Mr. Aljamal. He has helped our editor Ramzy Baroud gather information for an article he published in Al-Jazeera years prior to the war.  To support local journalists in Gaza and the rest of Palestine, Baroud often shares his byline with local researchers, in an attempt to give them the chance to acquire more work in the future.

Additionally, Mr. Aljamal has helped the Palestine Chronicle facilitate a workshop conducted by the Youth Stars Center, a small Gaza-based grassroots organization made entirely of volunteers that offered literacy classes, mostly to women, sports events for both boys and girls, and workshops for young journalists.

Mr. Aljamal volunteered to participate in one of the workshops and to take photos of one of the sports events, which was covered by the Palestine Chronicle in the form of a news feature.

These prior exchanges with Mr. Aljamal were enough to vouch for his credibility and professionalism as a journalist.

The nature of the war and the killing of many journalists made information from Gaza difficult to obtain. Thus, the understanding made with Mr. Aljamal was as such: The Palestine Chronicle did not seek commentary or political analyses but short features, almost entirely dedicated to conveying the voices of the civilians enduring the war on a daily basis.

The Palestine Chronicle did not commit to the publishing of the unsolicited material. The Palestine Chronicle did translate, and often combine, various content and quotes according to its coverage needs.

Under no circumstance did Mr. Aljamal ever promote a factional agenda or write in a language that may indicate his affiliation with any specific party or even ideology.

**INTERROGATORY NO. 19:** For every Value Transfer You made via PayPal, Identify and State the full Name, Address, Phone Number, and Email of the person, business, or entity associated with the PayPal account that received the Value Transfer.

**ANSWER:** Defendant People Media Project d/b/a Palestine Chronicle (hereinafter, "Defendant") objects to this request as overly broad, burdensome and calling for information irrelevant to the subject matter and time period of the allegations of the Amended Complaint which focuses solely on alleged compensation to Abdallah and Fatima Aljamal during the period October 7, 2023 until June of 2024.

Without waiving this objection, Defendant states that The Palestine Chronicle does not verify the personal information of PayPal recipients beyond the account details provided by the writers themselves. It does not have addresses or phone numbers of recipients, and disclosure is particularly sensitive given that many contributors live under genocide in Gaza.

**INTERROGATORY NO. 20:** For every Value Transfer You made via PayPal, (i) confirm that the person, business, or entity associated with the PayPal account that received the Value Transfer was not, and is not, in any way, affiliated with, employed by, or compensated by a FTO or IS-DTO, and (ii) Identify and Describe the actions that You

undertook to confirm that person, business, or entity was not, and is not, in any way, affiliated with, employed by, or compensated by a FTO or IS-DTO.

**ANSWER:** Defendant confirms that, to its knowledge, it has never given any thing of value to a FTO or IS-DTO, and that it never would.

DATED this 5th day of September, 2025.

## **PARTY VERIFICATION**

I am Ramzy Baroud, a principal of Defendant; I have read the foregoing document, know the contents thereof, and state, under the penalty of perjury of the laws of the United States, that I believe the same to be true personally.

_____

Printed Name: _____

## **CERTIFICATION OF ATTORNEY**

The undersigned attorney for Defendant has read the answers, responses and objections to the foregoing document and certifies that they are in compliance with CR 26(g) and the local rules of this Court.

DATED this __5th__ day of __September___, 2025.

By:  _ss/Daniel M. Kovalik__
     Daniel M. Kovalik

**CERTIFICATE OF SERVICE**

I am over the age of 18, not a party to this action, and competent to be a witness herein.

On September 5, 2025, I caused a true and correct copy of the foregoing document to be delivered to the following by email to the addresses indicated below:

Aric S. Bomsztyk, asb@tbr-law.com

Kellen Dwyer, kdwyer@holtzmanvogel.com

Daniel Bruce, dbruce@hotzmanvogel.com

Dallin Holt, dholt@holtzmanvogel.com


DATED this 5th day of September, 2025.

Signature:  ss/Daniel M. Kovalik

# EXHIBIT H

| | |
|---|---|
| بالنسبة لموضوع نورما في مجال التحويل عن طريقها لكن مبالغ بسيطة<br>يعني ممكن تحويل أي مبلغ على دفعات | 2024-05-16 18:30:51 (UTC+2) |
| أفكار المبادرات كالتالي<br>مبادرة حلاقة شعر مجانية<br>مبادرة ختان المواليد المجانية<br>مبادرة ترفيهية للأطفال<br>وكل مبادرة تكلفتها ما راح تكون كبيرة<br>يعني مبادرة حلاقة الشعر بحدود 200-300دولار حسب أعداد الأطفال<br>مبادرة ختان الأطفال بدها تقريبا 500 دولار لختان 20 طفل<br>المبادرة الترفيهية من 200-300 دولار حسب الألعاب التي يتمن استئجارها<br>الموضوع مهم<br>وسأقوم بتغطية خاصة لكل فعالية فيديو مترجم ومقال كتابي بالصور<br>وهناك فريق من المتطوعين أعمل معهم | 2024-05-16 18:32:46 (UTC+2) |
| The matter has been resolved in collaboration with Romana. Thank you very much | 2024-05-16 18:54:31 (UTC+2) |
| 📎 59905a37-657a-44fe-8816-1cca8d306541.opus | 2024-05-16 19:09:25 (UTC+2) |
| 📎 454bfd77-2dfc-4b59-84a9-4df221878058.opus | 2024-05-16 19:13:47 (UTC+2) |
| أها تمام مش مشكلة<br>ممكن نعمل في المبادرات الثانية<br>وشو في مبادرات ثانية راح أبلغك بها | 2024-05-16 20:05:12 (UTC+2) |
| هذا إيميل نورما الخاص بالباي بال | 2024-05-16 20:07:25 (UTC+2) |
| PayPal email is hslibrarygaza@gmail.com | 2024-05-16 20:07:32 (UTC+2) |
| يوسف بحكيلي خليه يجرب يبعت 1000 وأعتقد رسوم الحوالة ستكون 10% | 2024-05-16 20:08:21 (UTC+2) |
| مبالغ 300 دولار راح تكون مرهق الحصول عليها<br>باعتبار أماكن استلامها بعيدة عنا | 2024-05-16 20:08:43 (UTC+2) |
| ممكن نعمل خلال الأسبوع القادم مبادرة ترفيهية للأطفال<br>الهدف نظهر هذه المبادرات أمام جماهير الموقع<br>والهدف الثاني تكون وسيلة لإعلام الجمهور بحاجة هذه المبادرات لمساعدات<br>وتكون بداية لفتح باب التبرعات أمامهم<br>هذه وجهة نظري | 2024-05-16 20:16:59 (UTC+2) |
| 📎 f33a862f-3e7d-45cb-85d6-64e1895517b3.opus | 2024-05-16 20:19:05 (UTC+2) |
| شهيد الفريق في خان يونس<br>وعدني أحمد يرسل صورته غدا<br>إن شاء الله يرسلها | 2024-05-16 20:22:14 (UTC+2) |
|  | 2024-05-17 17:05:34 (UTC+2) |
| الشهيد بلال محفوظ الذي يرتدي ترنق أصفر<br>هذا الفريق الذي تكفل به الموقع | 2024-05-17 17:06:21 (UTC+2) |
| الشهيد بلال محفوظ | 2024-05-17 17:13:38 (UTC+2) |
|  | 2024-05-17 17:13:42 (UTC+2) |
| 📎 1a6c0254-003d-45dd-a92f-f59b8a7a116b.opus | 2024-05-17 21:01:23 (UTC+2) |
| السلام عليكم | 2024-05-18 19:26:50 (UTC+2) |
| I sent the first story for International Women's Day in Turkey, featuring the displaced teacher Manar Wadi, via email. The story is five and a half minutes long, and I have edited it. They can shorten it as they wish. I will send the rest of the stories on the subject in the coming days. | 2024-05-18 19:28:59 (UTC+2) |
| Today, I wrote a new article, but in a similar style to the way you usually rephrase articles.<br>I'll send it today. By the way, your article formulation is quite similar to the reports we write in Arabic.<br>I used to write articles in a quoted manner at your request to hear people's voices more.<br>However, God willing, I have returned to writing in my own style, and the | 2024-05-18 19:31:49 (UTC+2) |

# EXHIBIT I

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA


ALMOG MEIR JAN, SHLOMI ZIV, and ANDREY KOZLOV,

        Plaintiffs,

v.                            NO. 3:24-cv-05553-TMC

PEOPLE MEDIA PROJECT, A WASHINGTON

NON-PROFIT CORPORATION, D/B/A PALESTINE

CHRONICLE; RAMZY BAROUD; JOHN HARVEY;

AND DOES 1 THROUGH 10,

        Defendants.

_____


REMOTE STREAMING DEPOSITION OF

SHLOMI ZIV


TAKEN ON

MONDAY, SEPTEMBER 29, 2025

10:09 A.M.


15405 JOHN MARSHALL HWY

HAYMARKET, VIRGINA 20169

SHLOMI ZIV                    September 29, 2025                    59
89113

```
 1      A.    That it's their land and they will never give it

 2 up.  And they will do again the October 7th.

 3      Q.    And do you recall anything else he said?

 4      A.    He said that the next time they will not kidnap

 5 us, and they will go all the way to the Galilee, that's

 6 where I live, and they'll kill all of us.

 7      Q.    Anything else he said that you recall that relates

 8 to this case?

 9           MR. DWYER:  Objection.  Form.  Vague.

10 BY MR. KOVALIK:

11      Q.    Go ahead.

12      A.    I didn't understand the question.  Is it connected

13 to the case or to politics?

14           MR. KOVALIK:  I'm just wondering if there's any

15 other things he heard Al Jamal say that he thinks is

16 relevant.

17           MR. DWYER:  Objection.  Calls for legal

18 conclusion.

19           THE DEPONENT:  I didn't hear, I -- he -- he

20 addressed me that it's a house of Hamas and he is a member

21 of Hamas, and he's from Izzeddin al-Qassam.  And he show us

22 the symbols at home because he is Hamas -- Hamas, and he was

23 proud of it.  It's connected to the case because we are

24 trying to prove that he was a terrorist.

25 BY MR. KOVALIK:
```

1  These are two different questions.

2  BY MR. DWYER:

3        **Q.    Why do you believe Abdallah was paid by someone?**

4        A.    Abdallah said that he was -- is getting paid by

5  his boss, and he waved with the money -- the money he had.

6  But who is the boss?  I don't know.

7              MR. DWYER:  Okay.  Thank you.  Nothing further.

8  FURTHER EXAMINATION

9  BY MR. KOVALIK:

10       **Q.    So that just raises one question.  I just want to**

11  **clarify.  So you don't know who gave him the money he was**

12  **talking about?**

13       A.    I know that he said that it's the boss who sent

14  him the money.

15       **Q.    But you don't know who the boss is.**

16       A.    Whatever I said before.  No.

17             MR. KOVALIK:  Okay.  Ben, any more questions?

18             MR. GHARAGOZLI:  No.  Thank you.

19             MR. KOVALIK:  Okay.  Thank you all very much, and

20  appreciate the cordiality.  Mr. Ziv, whatever happens, I

21  wish you the best in life.

22             THE DEPONENT:  To all of you, good life, happy

23  life, and success.

24             MR. KOVALIK:  I will leave you with Shalom.  And

25  we'll see --

# EXHIBIT J

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA


ALMOG MEIR JAN, SHLOMI ZIV,

and ANDRY KOZLOV,

      Plaintiffs,

v.                          No. 3:24-cv-05553-TMC

PEOPLE MEDIA PROJECT, a Washington

Non-Profit Corporation, d/b/a PALESTINE

CHRONICLE; RAMZY BAROUD; JOHN HARVEY;

and DOES 1 through 10,

      Defendants.

_____


REMOTE STREAMING DEPOSITION OF

ANDREY "ANDREW" KOZLOV


TAKEN ON

WEDNESDAY, OCTOBER 1, 2025

9:07 A.M.


LOS ANGELES, CALIFORNIA



NAEGELI
DEPOSITION & TRIAL

(800) 528 - 3335
NAEGELIUSA.COM

*Nationwide*

COURT REPORTING

LEGAL VIDEOGRAPHY

REMOTE DEPOSITIONS

TRIAL PRESENTATION

LEGAL TRANSCRIPTION

COPYING AND SCANNING

LANGUAGE INTERPRETERS

*Powerful*
LITIGATION SUPPORT



NAEGELI | (800) 528-3335
DEPOSITION & TRIAL | NAEGELIUSA.COM

ANDREY KOZLOV                    October 01, 2025                          38
89115

```
 1  news organization?

 2      A.   (In English) I don't know.  Nothing.  They

 3  just want to -- I just want to see news that they

 4  admitted this fact.  What next?  I don't have any

 5  idea.

 6           What exactly you ask about?

 7      Q.   That's -- that's what I'm asking.  It's

 8  fine.  You can say whatever you want.

 9           I guess my question would be, you know,

10  how do you know that they hired this individual?

11  How do you know that he was hired by this

12  organization?

13      A.   (In English) How do I know?  First of all,

14  he was -- how do I know that he was hired?  I have

15  three different things that kind of proven this

16  fact, and on my side, I don't have any proofs, like,

17  that I'm sure about in, like, 1,000 percent.  Yeah.

18  But I know something that can little bit give a

19  clearness in this case.  It's only thing I know.

20      Q.   Okay.

21      A.   (In English) I know and I'm sure that he

22  was on the website on Al-Jazeera.  It's guy who was

23  working on Palestinian Chronicle.  There -- there

24  are a bunch of screenshots in internet, and I know

25  that he was removed from this site.  And -- and he
```

1  was few times, especially since April until May, so

2  like couple of months, using his laptop, and he was

3  pretty aware about situation with journalists in

4  Gaza.

5        So I just know a few details, and I just

6  want to know -- how to say it?  Sorry.  I just want

7  to know was he a journalist or not.  Like, I want

8  this case to be maximum clear, and I just know a few

9  details about his occupation, about his job and what

10  he was doing.

11  **Q.   Can you tell me more about that?  Keep**

12  **going.  What -- what was his occupation?**

13       A.   (In English) I'm sure he was a journalist

14  because after we got rescued, maybe in two months,

15  around, like, end of July, I found him on the -- on

16  the Facebook.  I just started to Google all the

17  names that I heard being in Gaza, and I started just

18  to -- like, I was quickly recovered, and I was,

19  like, ready to -- to do -- to do something.

20        So I started to Google all the guys that I

21  heard about in Gaza, all the names and all their

22  friends.  So I was looking for some familiar faces,

23  and I just noticed that this guy, he was posting a

24  lot, and he was a journalist even on his -- on his

25  Facebook.

1  was hired by -- by Palestine Chronicle.

2          Q.    Okay.

3          A.    Like, I don't have, like, documents,

4  contract between them.  I don't have something like

5  that, of course, but only few things I know.  That

6  he was Hamas.  He told us few times.

7                So Muhammad H'dudium, Abdallah Aljamal,

8  that we saw for six months in a row, he didn't leave

9  our house where he hold us, only once in January for

10 two days, and why he was only one there who didn't

11 leave us, he told us that his face is familiar and

12 famous for IDF.  So for him, because he was

13 appointed to look after us as the main guy, we don't

14 have this information that he was, like, a main guy.

15 But he was with us for six months, and he looked

16 like a commander, like a leader of small groups.

17 Yeah.

18                So I understood that --

19         Q.    Do you know that he was a commander?  Let

20 me just ask.

21         A.    What?

22         Q.    Do you know that he was a commander?

23         A.    Again, I don't have any contract between

24 him and Hamas, but he was ruling, and he was leading

25 his team that he brought.  He was, like, a main guy,

```
 1    and he gave us instructions.  He gave them

 2    instructions, and he was, like, main guy, like --

 3    just like it's -- it was obviously, yeah.

 4            So another thing that I know, that he was

 5    in Hamas, because he told us about it, and all --

 6    like, most of them who were able to speak English --

 7    and his English was pretty good.  They were telling

 8    us that they are Hamas, and they, like, kind of work

 9    in this organization.

10            Another thing that I know and I have seen,

11    that they told us that there is no money in Gaza.

12    There is, like, no work for people.  So people, they

13    don't work, and some of them already homeless, and

14    the situation is really, really bad.

15            But they -- they always had me, and they

16    didn't work.  They just were with us for almost

17    24/7.  Only few of them, they left for a weekend to

18    see their families, or something like that.  And

19    they showed us -- he showed us once --

20            THE DEPONENT:  (Untranslated.)

21            THE INTERPRETER:  Envelope.

22            THE DEPONENT:  (In English) What?

23            THE INTERPRETER:  Envelope.

24            THE DEPONENT:  (In English) Not sure how

25    to pronounce this, but --
```

```
 1              THE INTERPRETER:  You're trying to say
 2   envelope.
 3   BY MR. KOVALIK:
 4        Q.   An envelope?
 5        A.   (In English) Yeah.  With money.  So
 6   basically, wasn't shekels or dollars.  I didn't see.
 7   But that was envelope.
 8        Q.   Mm-hmm.  That's right.
 9        A.   (In English) Yeah.  With money in it, and
10   they didn't work.  So they got money from somewhere,
11   and it was definitely their job to look after us.
12   That's a conclusion that I made.
13        Q.   Okay.  Do you know where they were getting
14   the money from?
15        A.   (In English) No.
16        Q.   Okay.  Or who they were getting it from?
17        A.   (In English) No.
18        Q.   Okay.
19        A.   (In English) I didn't know.  I just knew
20   that somebody who left us sometimes, like few times
21   a month, they could bring it, or there were other
22   Palestinians who came there sometimes, and they
23   brought a lot of different stuff.  Probably it was
24   money.
25              We saw that they brought some clothes for
```

1   them, for us.  We saw that they brought some

2   weapons.  We saw RPG, some pistols.  Pistols?

3        **Q.    Mm-hmm.**

4        A.    (In English) And few times it was some

5   rifles.  And they were -- I'm not sure what they

6   were doing with them, but a few times they were,

7   like, fixing them, repairing some weapons that kind

8   of got broke, or something like that.

9             And probably people who left, like who

10  were with us for almost every day, they could --

11  they could bring money, or people who -- who came to

12  us few times, they could bring money to him.

13            And he had, like, a backpack with all his

14  documents, laptop, and money inside.  That's what I

15  saw.  Like, I don't know who gave him money exactly,

16  from which organization.  This I don't know.

17       **Q.   Okay.  And -- okay.  Keep going, though.**

18  **So you were telling me -- are you done with your**

19  **three points yet, or again, keep -- I don't want to**

20  **interrupt -- you know, interrupt you.  Do you -- in**

21  **terms -- you know, the case you're making that I**

22  **asked you about, do you have anything more to say**

23  **about that?**

24       A.   No.  He just told us that he's Hamas.  He

25  got some money, and a few times especially -- it was

1  like, it didn't breathe at all, like I couldn't

2  breathe even like one percent of air.  It just

3  didn't work.

4          So I was really afraid.  I didn't know

5  what it is exactly.  I didn't know, like, what it's

6  supposed to be in few days, maybe something

7  happened, and I was really nervous about it.  And I

8  asked them another time about doctor, and they

9  brought the same guy who was first doctor two months

10 ago.  And he gave me some pills.

11         Exactly this guy, I'm not sure what is his

12 name, but you can find him in some news.  He was

13 father of Abdallah Aljamal.  He was a doctor.

14         So doctor, his father, he came in the

15 beginning of December to heal my constipation and in

16 the middle of February to heal my nose, and probably

17 I had some -- like a fever, like temperature of my

18 body was too high, and nose.

19         So when I got released -- rescued, in few

20 weeks or even in few days, I saw news that this guy,

21 he was his father.  Probably his name is Ahmed

22 Aljamal.

23     **Q.   Mm-hmm.  That is his father's name, yes.**

24     A.   (In English) So this is answer on your

25 question.  Yes.  They gave me medicine.

1  was a family.  We were -- it was second, two weeks

2  after October 7, two, three weeks.  And we were on

3  the first floor, and there was a family with a

4  husband, wife, and few children on the second floor

5  who gave us food all this time.

6          But in the case of the last six months

7  with Abdallah Aljamal, I'm pretty sure the doctor,

8  his father, he was living in this apartment.  I

9  don't have any confirmation about it.  I don't have

10  any proofs.

11          But why I mention this fact, the first

12  time when I asked about medicine because of

13  constipation, he came 20 -- it took him 20 minutes

14  to come here, and when in couple of weeks after,

15  H'dudium, Abdallah Aljamal, took us to the next

16  place, it took for us also around 20 minutes to

17  achieve this place.  And two months after when I

18  asked about doctor, he came three minutes after.

19          So he was really close to us, and I think

20  that he was living in this apartment.  Most -- more

21  than that, just recently, around week ago, the guy

22  whose name is Muhammad Ahmed Aljamal --

23      Q.   Who is that?

24      A.   (In English) Yeah.

25      Q.   Who is that?

# EXHIBIT K



UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA


ALMOG MEIR JAN, SHLOMI ZIV, and ANDREY KOZLOV,

      Plaintiffs

v.                    NO. 3:24-cv-05553-TMC

PEOPLE MEDIA PROJECT, a Washington Non-Profit

Corporation, d/b/a PALESTINE CHRONICLE; RAMZY

BAROUD; JOHN HARVEY; and DOES 1 through 10,

      Defendants.

_____


REMOTE STREAMING DEPOSITION OF

ALMOG MEIR JAN


TAKEN ON

TUESDAY, SEPTEMBER 30, 2025

9:26 A.M.


HOLTZMAN VOGEL BARAN TORCHINSKY JOSEFIAK, PLLC

15405 JOHN MARSHALL HIGHWAY

HAYMARKET, VIRGINIA 20169



NAEGELI
DEPOSITION & TRIAL

(800) 528 - 3335
NAEGELIUSA.COM

*Nationwide*

COURT REPORTING

LEGAL VIDEOGRAPHY

REMOTE DEPOSITIONS

TRIAL PRESENTATION

LEGAL TRANSCRIPTION

COPYING AND SCANNING

LANGUAGE INTERPRETERS



*Powerful*
LITIGATION SUPPORT


NAEGELI
DEPOSITION & TRIAL | (800) 528-3335
NAEGELIUSA.COM

1  you repeat what you just said?  Because now I have

2  two translations.

3             MS. BECK:  Yeah.

4             THE INTERPRETER:  Simply --

5             THE DEPONENT:  (In English)  So let's talk

6  -- let's talk --

7             THE INTERPRETER:  -- she said I missed a

8  word or two, and I just said that that's why I asked

9  him to break his sentences.  That's what we said.

10            THE DEPONENT:  (In English)  Okay.  So

11  first of all --

12            (Via Interpreter)  First of all, Abdallah

13  Al Jamal not receive money from Hamas.

14  BY MR. KOVALIK:

15      Q.   **And how do you know that?  How do you know**

16  **that?**

17      A.   He told me.

18      Q.   **Okay.**

19      A.   He told me that he is a volunteer at a

20  Hamas.  This is ideology.

21  BY MR. KOVALIK:

22      Q.   **Okay.**

23      A.   The second, Al Jamal told us that part of

24  his work is to write articles and then to present

25  them in the university in Gaza, the Muslim

1   university in Gaza.

2           The third thing is that working in Gaza is

3   -- because don't have a lot of money.  Abdallah

4   Jamal had a lot of money, so I can assume.  I can

5   assume that he was receiving money from outside

6   Gaza.

7       Q.   But you don't know that?

8       A.   I don't know for sure that he was working.

9       Q.   Okay.  And if he was getting money outside

10  of Gaza, let's just assume that, you don't know who

11  he was getting it from?

12      A.   For sure -- I can't say for sure who he

13  got the money from.

14      Q.   Okay.  He can't say for sure?  I just want

15  to make sure.

16           THE INTERPRETER:  Yeah.  He said he can't.

17           THE DEPONENT:  (In English)  Yeah.

18  BY MR. KOVALIK:

19      Q.   Okay.  Say for sure.

20           Okay.  Okay.  Very good.  So let's talk a

21  little bit about -- and by the way, I understand you

22  went through a lot, and I -- I know this is hard to

23  talk about, but I will ask you about the events of

24  your kidnapping and -- and being held hostage.

25      A.   (In English)  Okay.

ALMOG MAIR JAN                 September 30, 2025                        32
89114

1      Q.   What about things that have a connection
2  to the case?  Were there things you talked about?
3      A.   (In English)  I can say that we had a lot
4  of conversation, and it was -- he had some ideology,
5  very, very extremely -- extremely ideology about
6  Palestine, about -- about Israel, about what -- what
7  is the solution for this conflict.  He told us that
8  he's speaking a lot in the universities.  He told us
9  that he have like a doctor, doctor degree.  I don't
10 know.  PhD?
11             THE INTERPRETER:  PhD.  PhD.
12             THE DEPONENT:  (In English)  PhD.
13             And -- and this is the things that we
14 talked about --
15 BY MR. KOVALIK:
16     Q.   Okay.
17     A.   -- to add connection, some connection.
18     Q.   Were you aware while you were in captivity
19 that Al Jamal was a journalist?
20     A.   I didn't notice, but he had like laptops
21 that he was all -- all the time like typing.  He had
22 the camera, good camera, that film us on -- the
23 first time that I met Abdallah it was that he came
24 to me, Shlomi, and Andrey and film us, make us --
25 make us like a film to -- to make like -- to make a

```
 1        A.   (In English)  Yeah.

 2        Q.   Okay.

 3        A.   (In English)  When -- when they published

 4   -- when they published Abdallah Al Jamal report --

 5   report?  So I looked at it, and it say that he is a

 6   writer, so yeah.

 7        Q.   Okay.  While you're in captivity at any --

 8   at any time did you receive any sort of medical

 9   treatment or medicine from anyone?

10        A.   (In English)  Yeah.  I get some.

11        Q.   What'd you get?

12        A.   (In English)  I got sometimes vitamins, I

13   think twice.  And I got like Acamol.

14        Q.   A what?

15        A.   (In English)  Acamol.

16             THE INTERPRETER:  Acamol is a name -- is a

17   name of a headache or pain -- pain reliver

18   medication in Israel.

19   BY MR. KOVALIK:

20        Q.   Okay.  And who gave that to you?  Do you

21   know the -- who -- who gave that to you, the

22   vitamins and the medicine?

23        A.   (In English)  Yeah.  Sometimes --

24   sometimes it was Abdallah, sometimes it was other

25   captor, sometimes it was his father.  He was a
```

1  doctor, so he gave us pills.

2      **Q.   Did his father, the doctor, ever examine**

3  **you?**

4      A.   (In English)  Yes.

5      **Q.   To see that you were okay?**

6      A.   (In English)  Not me but Andrey, yeah.

7      **Q.   Okay.  Okay.  And did you receive food and**

8  **water during captivity?**

9      A.   (In English)  Again, I didn't understand

10  the question.

11         Yes, I get some.  If no, I'm not exist

12  here.

13     **Q.   Well, that's true.**

14         **And who gave you the food and water?**

15     A.   (In English)  The guards.  The captors.

16     **Q.   And did you lose weight during the**

17  **captivity?**

18     A.   (In English)  Most of them, no.  Just a

19  couple -- just maybe one --

20         Yeah.  I lost -- in -- in the first three

21  -- three months to the war I lost like maybe 10

22  kilos.  And after this, I raise a little bit.  It

23  was like 10 -- 3 kilo minus, something like this.

24     **Q.   So did you gain a little weight while you**

25  **were in the last place you were at?**

1   cigarette.  Okay.

2            THE REPORTER:  The time is 10:22 a.m., and

3   we are off the record.

4            (WHEREUPON, a recess was taken)

5            THE REPORTER:  The time is 10:35 a.m., and

6   we are back on the record.

7   BY MR. KOVALIK:

8        **Q.   Okay.  Mr. Jan, I want to ask you a little**

9   **more about Abdallah Al Jamal.**

10       A.   (In English)  Okay.

11       **Q.   You said he had a lot of money.  How --**

12   **how do you know that?**

13       A.   (In English)  Because he showed us a lot

14   of cash.  He had a lot of cash, in dollars and

15   shekels.

16       **Q.   And do you know why he showed you the**

17   **money?**

18       A.   (In English)  He just split it between the

19   -- between the terrorists.  He gave -- he gave them

20   money to go to -- to the market or -- or salaries,

21   like this.

22       **Q.   Yeah.  I was going to ask, do you know**

23   **what the money was used for?**

24       A.   (In English)  Not specific, but I know

25   that some of the money went to -- to aid and supply

1  that he bought from the market.  And there was a lot

2  of things like medical -- medical equipment that

3  they needed to -- to have if they bought -- like I

4  don't know, like medicines or pills or anything

5  else.

6      **Q.   Okay.  All right.  In terms of Abdallah Al**

7  **Jamal, were you able to speak with him?  What --**

8  **what language does he -- did he speak?**

9      A.   (In English)  He spoke a little bit

10  English and Arabic.  And in the start it was like

11  hand -- hand language, and after this we -- he knew

12  -- he knew a little bit English, and we -- and we

13  put -- and we combination it with Arabic.

14      **Q.   Okay.  I assume you could not use your**

15  **phone or computer while you were in captivity?**

16      A.   (In English)  No, not at all.

17      **Q.   Okay.**

18      A.   (In English)  Not -- there -- there was no

19  electricity in Gaza.

20      **Q.   Okay.  Okay.  Were there any**

21  **telecommunications working at that point that you**

22  **know of in Gaza or where you were at?**

23      A.   (In English)  Yeah.  Yeah.  They had like

24  red line.  They had phone, like a red line of Hamas.

25  They had like -- like a telephone, like a -- like a